# In The United States Court of Federal Claims

06-211 T

Plaintiff(s) or Petitioner(s) James R. Thompson

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: (See RCFC 83.1(c)) Thomas R. Helfand
Firm Name: Winstead Seccrest & Minick P.C.
Post Office Box:
Street Address: 1201 Elm Street, Suite 5400
City-State-Zip: Dallas, Texas 75270
Telephone & Facsimile Numbers: (214) 745-5400 (Telephone) (214) 745-5390 (Fax)
E-mail address: thelfand@winstead.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 212

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Suit to recover federal income taxes and interest erroneously or illegally assessed and collected pursuant to 26 U.S.C. § 469.

Government Agency Involved: TRE

See attached Sheet for three digit code.

Amount Claimed: $781,241.00 plus interest

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005