IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES R. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-211 T |
| | ) | Judge Victor J. Wolski |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of George L. Squires, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

George L. Squires, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: April 5, 2006

s/George L. Squires
GEORGE L. SQUIRES
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-6587
Fax: (202) 514-9440