# In the United States Court of Federal Claims

No. 06-211T
(Filed July 17, 2006)

* * * * * * * * * * * * * * * * * * ** * * *
*
**JAMES R. THOMPSON ,** * CC: Judge Mary Ellen Coster Williams
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * ** *

**ORDER**

On July 17, 2006, defendant electronically filed a document in this case with a caption indicating that it was intended for a different case (No. 06-218T) pending before a different judge on this Court. It is hereby **ORDERED** that the document be returned to the defendant and **STRICKEN** from the Docket.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge