IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-211 T
(Judge Victor J. Wolski)

JAMES R. THOMPSON,
Plaintiff
v.
THE UNITED STATES,
Defendant

DEFENDANT'S MOTION FOR LEAVE
TO FILE CORRECTED STIPULATION
AND JOINT PRELIMINARY STATUS REPORT

Defendant, the United States, respectfully moves to file the attached corrected Stipulation (for dismissal with prejudice of Count III of the complaint) and Joint Preliminary Status Report. Earlier today, defendant's counsel filed the Stipulation and JPSR electronically, but he failed to include the "/S" mark and typed names on the signature lines for attorneys. In all other respects

the documents earlier filed and the attached documents are identical.

Respectfully submitted,

S/ George L. Squires

GEORGE L. SQUIRES
Attorney of Record
United States Department of Justice Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587 (phone)
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN FRAHM
Assistant Chief, Court of Federal Claims Section

s/ Steven Frahm

Of Counsel

August 28, 2006