IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-211 T
(Judge Victor J. Wolski)

JAMES R. THOMPSON,
Plaintiff
v.
THE UNITED STATES,
Defendant

STIPULATION

Pursuant to RCFC 15(a) and 41(a), plaintiff and defendant stipulate to the dismissal with prejudice of Count III of the Complaint, consisting of ¶¶ 34-35, and that portion of the prayer for relief which consists of the following: "including the award of reasonable litigation costs incurred in this proceeding, under 26 U.S.C. § 7430."

Respectfully submitted,

s/ Thomas R. Helfand

THOMAS R. HELFAND
Attorney of Record for Plaintiff

STUART M. REYNOLDS, JR.
Winstead Sechrest & Minick P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2199
(214) 745-5400 (phone)
(214) 745-5390 (fax)

August 24, 2006

s/ George L. Squires

______________________

GEORGE L. SQUIRES
Attorney of Record
United States Department of Justice Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6587 (phone)
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN FRAHM
Assistant Chief, Court of Federal Claims Section

s/ Steven Frahm

____________________________

Of Counsel

August 28, 2006