# In the United States Court of Federal Claims

No. 06-211T
(Filed August 30, 2006)

* * * * * * * * * * * * * * * * * * ** * * *
*
**JAMES R. THOMPSON ,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * ** *

## ORDER

Defendant electronically filed the JPSR and a stipulation but did not "sign" the documents and has moved for leave to file corrected copies. The motion is granted. The corrected copies shall be considered filed.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge