IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-211T
(Judge Victor J. Wolski)

JAMES R. THOMPSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**ORDER**

CAME ON TO BE CONSIDERED Plaintiff's Motion to Deem Matters Admitted, Motion to Strike Designated Expert, Motion to Compel Discovery Responses and Motion to Confirm Scheduling Order and Trial Date, and the responses thereto, and the Court, considering the motions and the responses and all prior proceedings had in this case, is of the opinion that the motions are well taken and should be granted. It is now, therefore, hereby

**ORDERED** that

1. Plaintiff's Motion to Deem Matters Admitted is granted and the requested admissions set forth in Plaintiff's First Set of Requests for Admissions may not be controverted by Defendant;

2. Plaintiff's Motion to Strike Designated Expert is granted;

3. Plaintiff's Motion to Compel Discovery Responses is granted and Defendant is directed to answer Plaintiff's Interrogatories fully and completely and to produce all requested documents on or before ____________________, 2007;

4. Plaintiff's Motion to Confirm Scheduling Order and Trial Date is granted and counsel are directed to confer in good faith and to prepare all of the materials called for in the Joint Preliminary Status Report and by the rules of this Court and to be prepared to present this case for trial to this Court on April 17, 2007.

SIGNED this _____ day of ____________________, 2007

____________________________________

VICTOR J. WOLSKI, JUDGE

Dallas_1\4571911\1
44222-1 1/10/2007