# In the United States Court of Federal Claims

No. 06-211T
(Filed January 26, 2007)

* * * * * * * * * * * * * * * * * ** * * *
*
**JAMES R. THOMPSON,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * ** *

**ORDER**

A status conference shall be held via telephone on Thursday, February 1, 2007 at 10 a.m. The Court will initiate the call to the parties.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge