# In the United States Court of Federal Claims

No. 06-211T
(Filed January 29, 2007)

* * * * * * * * * * * * * * * * * * * * *

**JAMES R. THOMPSON,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * *

## ORDER

Due to the Clerk's recent announcement that an emergency drill at the Court will be conducted on Thursday, February 1, 2007, the status conference in this matter, which conflicts with that exercise, is hereby rescheduled. The status conference shall now be held via telephone on Thursday, February 1, 2007 at **10:30 a.m.** The Court will initiate the call to the parties.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge