# In the United States Court of Federal Claims

No. 06-211T
(Filed February 1, 2007)

* * * * * * * * * * * * * * * * * * * * *

**JAMES R. THOMPSON,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the Court held a preliminary status conference by telephone with the parties on February 1, 2007. As was discussed with counsel for the parties, the Court schedules the following:

1. Discovery Cut-off. All discovery shall be completed by the close of business on **Friday, May 25, 2007**.

2. Summary Judgment. Any motions for summary judgment shall be filed on or before **Monday, June 11, 2007**. The opposition to any motion shall be filed on or before **Monday, July 2, 2007**, and the reply in support on or before **Wednesday, July 11, 2007**. Oral argument on any motions for summary judgment will be held at **10 a.m.** on **Thursday, July 19, 2007**, at the Howard T. Markey National Courts Building, 717 Madison Pl., N.W., Washington, D.C.

3. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before **Tuesday, July 24, 2007**.

4. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff shall file his Memorandum of Contentions of Fact and Law ("Memorandum") on or before **Tuesday, August 7, 2007**. Defendant shall file its responsive Memorandum on or before **Tuesday, September 4, 2007**. Each Memorandum shall be accompanied by witness lists and

exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15, and 16. Any objection to a witness or exhibit not made in the Memorandum or in a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived unless justice shall otherwise require. Defendant shall file its responses to any motions filed by the plaintiff on or before **Tuesday, August 21, 2007**. Plaintiff shall file his responses to any motions filed by defendant on or before **Tuesday, September 18, 2007**.

5. Pretrial Conference. The pretrial conference will be held on **October 1, 2007** at **10:00 a.m.** Eastern time by telephone. The parties are advised that if objections to any exhibits remain outstanding at this time, this may require the pretrial conference to be held at the Howard T. Markey National Courts Building. The parties shall prepare and submit to the Court a joint preliminary trial schedule on or before **Friday, September 28, 2007**.

6. Trial. Trial will be held on **Tuesday, October 9, 2007** through **Thursday, October 11, 2007**. Trial will begin at **9:00 a.m.** on each day. Trial will be held at a courthouse to be determined in Dallas, Texas.

Defendant's motion to set date for responding to plaintiff's written discovery requests and plaintiff's motions to deem matters admitted, to strike designated expert, to compel discovery responses, and to confirm scheduling order and trial date are **DENIED** as moot due to the adoption of the above schedule.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge