# In the United States Court of Federal Claims

No. 06-211T
(Filed February 12, 2007)

* * * * * * * * * * * * * * * * * * ** * * *
*
**JAMES R. THOMPSON,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * ** *

**SCHEDULING ORDER**

The Scheduling Order issued on February 1, 2007, is amended as follows:

Trial. Trial will be held on **Monday, October 15, 2007** through **Wednesday, October 17, 2007**. Trial will begin at **9:00 a.m.** on each day. Trial will be held at a courthouse to be determined in Dallas, Texas.

All other dates in the schedule remain unchanged.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge