IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-211T
(Judge Victor J. Wolski)

JAMES R. THOMPSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COMES James R. Thompson, Plaintiff, and submits this his Motion for Partial Summary Judgment on the following legal issue: Whether Mr. Thompson, as the member who managed an LLC, should be treated as owning a limited partnership interest for purposes of applying the material participation standards under the "passive activity" loss limitations of Internal Revenue Code § 469. Mr. Thompson submits that the answer to the question is "no." In support of his motion, Mr. Thompson submits Plaintiff's Proposed Findings of Uncontroverted Fact, a Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment and an Appendix to Motion for Partial Summary Judgment.

Respectfully submitted,

WINSTEAD PC
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2199
(214) 745-5400 (Phone)
(214) 745-5390 (Fax)

By: /s/ Stuart M. Reynolds, Jr.
Thomas R. Helfand, State Bar No. 09392500
Stuart M. Reynolds, Jr., State Bar No. 16805700

**ATTORNEYS FOR PLAINTIFF JAMES R. THOMPSON**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this 13th day of April, 2007, a true and correct copy of the foregoing was forwarded via first class mail to the following:

Jeffrey R. Malo
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

/s/ Stuart M. Reynolds, Jr.
One of Counsel