**THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-211 T**
**(Judge Victor J. Wolski)**

---

**JAMES R. THOMPSON,**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

In accordance with RCFC 6.1, the United States respectfully moves the Court to enlarge the time for defendant to respond to plaintiff's motion for partial summary judgment for a period of 28 days, to and including June 11, 2007. This is the first such motion for enlargement, and plaintiff has advised that he consents to the additional time. In support of this motion, the United States submits the following:

1. The Court's February 1, 2007, Scheduling Order provides, among other matters, that any motions for summary judgment shall be filed by June 11, 2007. On April 16, 2007, defendant unexpectedly received a motion for partial summary judgment by plaintiff, filed the prior Friday, April 13, 2007. Defendant's response is due to be filed by May 14, 2007. RCFC 6 and 7.2(c).

2. When plaintiff's motion was received, defendant's counsel was preparing for

numerous depositions in this case, previously scheduled to take place during the weeks of April 23rd and 30th. Numerous depositions were in fact conducted in Dallas, TX and Orlando, FL during that period.

3. In the course of those depositions, the parties discussed a possible means to settle this case, either partially, or fully. Their discussions are continuing. In addition, defendant is engaged in discussions with the Internal Revenue Service and within the Department of Justice, regarding the resolution of this case.

4. The time spent preparing for and conducting depositions, and the time needed to conduct the necessary discussions regarding the settlement of this case will require an enlargement of time for defendant to file its response to plaintiff's motion, through June 11, 2007. This is the same date by which the Court's Scheduling Order provides that motions for summary judgment shall be filed. The requested enlargement will not affect the remaining pretrial schedule.

Respectfully submitted,

May 7, 2007

s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN FRAHM
*Assistant Chief, Court of Federal Claims Section*

May 7, 2007

s/ Steven Frahm
Of Counsel