# In the United States Court of Federal Claims

No. 06-211T
(Filed May 8, 2007)

* * * * * * * * * * * * * * * * * * ** * * *
*
**JAMES R. THOMPSON,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * ** *

**ORDER**

The Court has reviewed defendant's unopposed motion for enlargement of time in which to respond to plaintiff's motion for partial summary judgment. The motion is **GRANTED**. Defendant shall respond to plaintiff's motion on or before **June 11, 2007**. All other dates in the schedule, set forth in orders on February 1 and February 12, 2007, remain unchanged.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge