THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-211 T
(Judge Victor J. Wolski)

---

JAMES R. THOMPSON

Plaintiff,

v.

THE UNITED STATES

Defendant.

---

**DEFENDANT'S CROSS MOTION
FOR PARTIAL SUMMARY JUDGMENT**

---

Defendant, the United States, respectfully moves the Court for partial summary judgment on the ground that there is no genuine issue as to any material fact with respect to whether plaintiff holds a limited partnership interest for federal tax purposes under Temp. Treas. Reg. § 1.469-5T. In support of its cross-motion, defendant relies on the accompanying Defendant's Brief in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Its Cross Motion for Partial Summary Judgment, and on Defendant's Proposed Findings of Uncontroverted Fact and the accompanying exhibits.

Respectfully submitted,

June 11, 2007

s/ Jeffrey R. Malo
JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN FRAHM
Assistant Chief, Court of Federal Claims Section

June 11, 2007

s/ Steven Frahm
Of Counsel