Case 1:06-cv-00211-VJW Document 30-4 Filed 06/11/2007 Page 1 of 1

HOME ABOUT ORIX USA PRODUCTS & SERVICES CAREERS CONTACT US

SEARCH

ORIX

Home > About ORIX USA > Executive Bios > James R. Thompson

## Our Team



**James R. Thompson**
**President & CEO**
**ORIX USA Corporation**

Mr. Thompson is the President and CEO of ORIX USA and is responsible for managing ORIX Corporation's operations in the United States. Mr. Thompson has 26 years of comprehensive experience in the US capital markets. After joining ORIX USA in 1991 to initiate and manage ORIX USA's activities in the commercial mortgage securities market, Mr. Thompson was named Chairman and CEO of ORIX Capital Markets in 1997 and President and CEO of ORIX USA in 2004.

Before joining ORIX USA, Mr. Thompson held senior management positions with various financial institutions, including Financial Corporation of Santa Barbara and Mission Hills Mortgage, and was responsible for various loan origination, securitization and other capital markets and investment related functions.

**OFFICES**

**EXECUTIVE BIOGRAPHIES**

**Takeshi Sato**
Chairman

**James R. Thompson**
President & CEO

**Hideto Nishitani**
Deputy President

**Edgar L. Smith II**
Vice Chairman

**Michael E. Cousins CPA**
Chief Financial Officer

Privacy Statement Legal Information Site Map Copyright © 2005 ORIX USA Corporation All rights reserved.

GOVERNMENT EXHIBIT
2