GOVERNMENT EXHIBIT 5

# Mountain Air Charter, LLC

FAA Licensed Air Carrier
Air Carrier Certificate #MNIA230K
Regulated by the FAA under Part 135

## Business Overview and Operating Results

Inception through Calendar Year 2004
(including discussion of 2005 and beyond projections)

www.mountainaircharter.com

MAC 0001

# Overview of the Business

- To provide FAA certified Part 135 air passenger service to the general public
  - Mountain Air Charter offers business travelers an intelligent and economical alternative to commercial air travel.
- Achieve targeted EBITDA based return on capital (ROC) by building relationships with reliable and recurring air passenger customers including executive business travelers and leisure travelers to vacation destinations throughout Mexico, U.S. and Caribbean.
- In 2002, it was determined that a targeted 3-4% EBITDA based ROC would be realized if (1) there was moderate long-term economic depreciation and (2) annual flight hours were no less than 350 hours.
- As described in a separate slide, the Pilatus PC-12 historical resale performance virtually assured MAC that the first prong of the ROC strategy could be achieved. This leaves the overall ROC goal contingent upon MAC executing Mr. Thompson's strategy to capture a reliable and recurring "King Air B-200" type customer base (the King Air B-200 is the benchmark executive aircraft for this aircraft class). As the actual results are demonstrating, Mr. Thompson's strategy appears to be working with overall ROC goals still on target.

# Overview of the Business

(Continued)

- The desired recurring customer base is being achieved and, as a result, it is allowing MAC to achieve its targeted 3-4% return on its capital investment.
- Consistent revenue growth has been as follows:
  - First full year (2003) resulted in $166,700 of revenue
  - Second full year (2004) resulted in $288,500 of revenue (173% increase over Year 1)
  - Third full year (2005) expectations are $350,000 of revenue (121% increase over Year 2)
- MAC intended to generate its first positive EBITDA-based return on capital and net cash flow from operations by 2005 and it is on target to meet or exceed this milestone.
- In fact...in the second full year of operations (2004), actual results produced a only small net tax loss before interest, depreciation and amortization of $27,000.

# Actual Revenue Growth

## with 2005 Projections

- Yr 3: 2005 (projected)
  - $350,000 total

    ***<u>FIRST</u> Positive EBITDA / Cash Flow
  - $1,000 per 135 hour
- Yr 2: 2004
  - $288,500 total
  - $916 per 135 hour
- Yr 1: 2003
  - $166,700 total
  - $587 per 135 hour



# Actual Revenue Growth

## (Continued)

## Comparison between actual and plan results

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Mountain Air Charter, LLC** | | | | | | | | | |
| | **Comparison between Actual and Plan** | | | | | | | | | |
| | Year | | 1 | 2 | [redacted] | 3 | 4 | 5 | 6 | 7 |
| | Revenue | a | 166,762 | 288,500 | | 350,000 | 371,315 | 393,928 | 417,918 | 443,370 |
| | Operating Expenses | b | (450,958) | (315,500) | | (301,130) | (314,834) | (328,954) | (343,507) | (358,510) |
| | Net Income (Loss) | c | (284,196) | (27,000) | | 48,870 | 56,481 | 64,974 | 74,412 | 84,860 |
| | | | | | | | | | | |
| | Hours | a | 284.2 | 315 | | 350 | 361 | 371 | 382 | 394 |
| | Hourly Rate | f | 586.8 | 915.9 | | 1,000.0 | 1,030.0 | 1,060.9 | 1,092.7 | 1,125.5 |
| | Average Hourly Costs | d | 1,586.8 | 1,001.6 | | 860.4 | 873.3 | 885.9 | 898.2 | 910.1 |
| | | | ← | → | | ← | | | | → |
| | | | Avg. hourly cost decreases | | | Average hourly cost increases | | | | |
| | | | as total revenue | | | as total revenue increases | | | | |
| | | | approaches breakpoint | | | past breakpoint (3% fixed and variable increases) | | | | |

| | |
|---|---|
| a | - Includes only air carrier flight hours and revenue (hours and rates are estimated to increase at 3% rate in years 4 through 7) |
| b | - Expenses exclude interest, depreciation and amortization |
| c | - Net income for tax before interest, depreciation and amortization |
| d | - Includes fixed and variable costs (all costs estimated to increase at 3% rate beyond year 3) |
| e | - Breakpoint to profitability to occur between the end of Year 2 and and end of year 3 with revenue increasing to an estimated $350,000. |
| f | - Estimated hourly rate based on actual through year 3 and predicted increases at 3% annually in years 4 through 7. |
| | Lower hourly rate in years 1 and 2 due to early bulk fuel purchases and introductory rates. |

MAC 0005

# Why a Pilatus PC-12?

- The Pilatus PC-12 is MAC's most significant investment and its <u>only</u> operating aircraft.
- Why build the business around a Pilatus PC-12 ?
  - Consultations and analysis indicated that the PC-12 holds a unique place in the executive business charter market
    - Holds value better than any other aircraft in its class
    - Competes directly with King Air B-200 on charter price but has much lower operating costs (see next page for comparison)
  - Combines excellent economy and reliability with the inherent safety of single-engine turboprop operation.
  - Comfortable, pressurized cabin is larger than a King Air B-200 and seats six passengers comfortably.
  - With a max cruise speed of 310 mph and a max cruising altitude of 29,000 ft, the PC-12 offers travelers a safe and comfortable alternative to commercial air travel.
  - The ideal aircraft for the executive business charter market.

# Pilatus PC-12 (continued)



**<u>The PC-12 holds a unique place in the Executive Business Charter Market</u>**

- The aircraft is more expensive than a King Air B-200 but it <u>holds its value</u>
- Data indicated that over the long term, MAC should expect little or no economic depreciation
- Little or no economic depreciation is key to ensuring that target return on capital is achieved (3-4%). It was decided that the PC-12 was best for achieving this key base goal (it is still true today)
- The aircraft competes for the typical King Air B-200 customer but has significantly lower hourly operating costs
- Single pilot, single engine aircraft is one key to lower costs (downside was that this could also limit the potential customer base)
- Mr. Thompson's strategy is to find the "right" recurring typical B-200 customer and charge them a comparable rate but generate a higher overall margins

| | King Air B200 | PC 12 |
|---|---|---|
| Hourly | | |
| Fuel Gallons | 113 | 71 |
| Fuel Cost per hour | 367.25 | 230.75 |
| Maintenance | 137.37 | 119.59 |
| Engine Reserve | 119.67 | 81.46 |
| Total Hourly Variable Costs | 624.29 | 431.8 |
| | | |
| Annual | | |
| Crew | 91,000 | 64,000 |
| Hanger | 19,752 | 25,000 |
| Insurance | 31,500 | 37,752 |
| Misc. | 44,920 | 23,248 |
| Total Fixed Costs | 187,172 | 150,000 |
| | | |
| Gross take off weight | 12,500 lbs | 9920 lbs |
| Configuration | twn, trboprp | sgl, trboprp |
| Maximum seats | 15 | 11 |
| Cruise speed | 289kts | 270kts |
| Range | 1500nm | 1469nm |
| | | |
| Hourly fixed costs | | |
| Crew | 227.5 | 160 |
| Hanger | 49.38 | 62.5 |
| Insurance | 78.75 | 94.38 |
| Misc. | 112.3 | 58.12 |
| Hours | 400 | 400 |
| | | |

# Overview of Air Carrier Operations

- MAC is certified and regulated by the FAA as a Part 135 on-demand air charter air carrier. Obtaining the FAA certification was a significant investment and required a significant amount of time, expense and effort during MAC's start up year – 2002. MAC could not fly air passengers until this certification was obtained.
- The principal of the business, James R. Thompson, a general aviation pilot with over 22 years experience and 4,500 flight hours, spent considerable time ensuring this certification was obtained as quickly as possible in 2002 because it was *key and critical* to MAC's viability and MAC could not generate revenue until it was obtained and a pilot was *hired and trained.*
- MAC employs one FAA-licensed pilot <u>who flys ALL</u> of MAC's charter flights (no exceptions) and who also attends to the in-flight needs of MAC's air passengers. In addition to his other duties, Mr. Thompson spent <u>considerable time</u> in 2002 ensuring that MAC's newly hired pilot obtained the necessary certification with the FAA (even accompanying him on virtually every flight in 2002). It should be NOTED that employing a single pilot is one key to MAC's cost advantage over competing King Air B-200s.
- In addition to these responsibilities, Mr. Thompson is <u>solely</u> responsible for ALL aspects of the business including but not limited to the maintenance of financials records and tax filings, aircraft repairs, scheduling aircraft flights, customer marketing and billing and vendor accounts payable.
- In addition, Mr. Thompson regularly pilots "demonstration" flights for potential new customers, pilots Part 135 positioning flights and periodically pilots the the aircraft for maintenance purposes.
- Most importantly, Mr. Thompson is responsible for the strategic direction of the company including the evaluation and identification of MAC customers as well as executing the overall strategy of capturing a reliable and recurring customer so that the target EBITDA based ROC can be achieved. NOTE also that when it is appropriate, Mr. Thompson is taxed on all personal use of the aircraft under the applicable Internal Revenue Code rules using the standard industry fare rates.

# Overview of Air Carrier Operations
## (Continued)



- As previously noted, target ROC is <u>realized</u> if (1) there is moderate long-term economic depreciation and (2) annual flight hours were no less than 350 hours. The second part of this two prong strategy was in part dependent on capturing reliable and recurring "King Air B-200 type" customers.
- MAC is successfully capturing such a customer - ORIX USA Corporation. At the start, ORIX USA Corporation flights constituted less than 50% of total MAC flights.
- Since that time, increased usage by ORIX USA Corporation has coincided with (1) the move of ORIX USA Corporation's headquarters from New York to Dallas and (2) Mr. Thompson's added national responsibilities. The move from New York increased the need for an efficient executive travel option for flights originating from the new Dallas headquarters to locations nationwide.
- The ORIX USA Corporation passenger list includes most executives and departments leaders and company directors, representatives and current or existing clients.
- The increase in ORIX USA Corporation flights with MAC continues to squeeze out other potential MAC customers. Nonetheless, this result is consistent with the overall strategy to develop relationships with regular and reliable customers. <u>The headquarters move from New York to Dallas has thus benefited MAC and has accelerated the realization of MAC's overall strategy.</u>
- Pursuant to FAA guidelines, all flights are operated in accordance with Part 135 regulations and piloted only by Part 135 certified pilots (this excludes Mr. Thompson from operating the aircraft on ORIX USA Corporation flights)
- <u>Mr. Thompson owns no stock in ORIX USA Corporation</u>. ORIX USA Corporation is a $4 billion financial services corporation owned by a large publicly traded (NYSE) Japanese corporation. Authorization for flight arrangements with MAC are approved by an independent committee of the ORIX USA Corporation board. Mr. Thompson is not a participant in this approval process.