# ARTICLES OF ORGANIZATION
# OF
# MOUNTAIN AIR CHARTER, L.L.C.

FILED
In the Office of the
Secretary of State of Texas

MAR 19 2002

Corporations Section

## ARTICLE ONE

The name of the limited liability company is MOUNTAIN AIR CHARTER, L.L.C.

## ARTICLE TWO

The period of its duration is perpetual.

## ARTICLE THREE

The purpose for which the Company is organized is the transaction of any and all lawful business for which a limited liability company may be organized under the Texas Limited Liability Company Act.

## ARTICLE FOUR

The street address of its initial Registered Office, and the name of its initial Registered Agent at this address, is as follows:

Kenneth G. Wincorn
100 North Central Expressway, Suite 1300
Richardson, Texas 75080

GOVERNMENT
EXHIBIT
6

### ARTICLE FIVE

The company is to be managed by a manager. The name and address of the initial Manager, who is to serve until the first annual meeting of members or until his successor is duly elected, is:

James R. Thompson
5758 Belmont Avenue
Dallas, Texas 75206

### ARTICLE SIX

The name and address of the Organizer is:

Marilyn S. Hershman
408 W. 17th Street, Suite 101
Austin, Texas 78701-1207
(512) 474-2002

IN WITNESS WHEREOF: I have hereunto set my hand this 18th day of March, 2002.

Marilyn S. Hershman
Marilyn S. Hershman, Organizer

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Gwyn Shea
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF ORGANIZATION
## OF

MOUNTAIN AIR CHARTER, L.L.C.
Filing Number: 800065764

The undersigned, as Secretary of State of Texas, hereby certifies that Articles of Organization for the above named company have been received in this office and have been found to conform to law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the Secretary by law, hereby issues this Certificate of Organization.

Issuance of this Certificate of Organization does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 03/19/2002

Effective: 03/19/2002

Gwyn Shea
Secretary of State

Come visit us on the internet at http://www.sos.state.tx.us/
PHONE(512) 463-5555 FAX(512) 463-5709 TTY7-1-1
Prepared by: Rosa Ruedas

Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697

FILED
In the Office of the
Secretary of State of Texas

MAR 27 2003

Corporations Section

## CHANGE OF REGISTERED AGENT/REGISTERED OFFICE

1. The name of the entity is Mountain Air Charter, L.L.C.

   and the file number issued to the entity by the secretary of state is 800065764.

2. The entity is: (Check one.)

   ☐ a *business corporation*, which has authorized the changes indicated below through its board of directors or by an officer of the corporation so authorized by its board of directors, as provided by the Texas Business Corporation Act.

   ☐ a *non-profit corporation*, which has authorized the changes indicated below through its board of directors or by an officer of the corporation so authorized by its board of directors, or through its members in whom management of the corporation is vested pursuant to article 2.14C, as provided by the Texas Non-Profit Corporation Act.

   [X] a *limited liability company*, which has authorized the changes indicated below through its members or managers, as provided by the Texas Limited Liability Company Act.

   ☐ a *limited partnership*, which has authorized the changes indicated below through its partners, as provided by the Texas Revised Limited Partnership Act.

   ☐ an *out-of-state financial institution*, which has authorized the changes indicated below in the manner provided under the laws governing its formation.

3. The registered office address as PRESENTLY shown in the records of the Texas secretary of state is 100 North Central Expressway, Suite 1300, Richardson, Texas 75080.

4. The address of the NEW registered office is: 5758 Belmont Avenue, Dallas, Texas. 75206.

5. The name of the registered agent as PRESENTLY shown in the records of the Texas secretary of state is Kenneth G. Wincorn.

6. The name of the NEW registered agent is James R. Thompson.

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Gwyn Shea
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF FILING
## OF

MOUNTAIN AIR CHARTER, L.L.C.
Filing Number: 800065764

The undersigned, as Secretary of State of Texas, hereby certifies that the statement of change of registered agent/office for the above named entity has been received in this office and has been found to conform to law.

ACCORDINGLY the undersigned, as Secretary of State, and by virtue of the authority vested in the Secretary by law hereby issues this Certificate of Filing.

Dated: 03/27/2003

Effective: 03/27/2003

Gwyn Shea
Secretary of State



MAC 1842

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

THE STATE OF TEXAS

Gwyn Shea
Secretary of State

# Office of the Secretary of State

March 31, 2003

Akin Gump Strauss Hauer & Feld
300 West 6th St, Suite 2100
Austin, TX 78701 USA

RE: MOUNTAIN AIR CHARTER, L.L.C.
File Number: 800065764

It has been our pleasure to file the change of registered agent or registered office, or both for the referenced entity. This letter may be used as evidence of the filing and payment of the filing fee.

If we may be of further service at any time, please let us know.

Sincerely,

Corporations Section
Statutory Filings Division
(512) 463-5555

Enclosure

MAC 1843