


GOVERNMENT EXHIBIT 7

# PC-12
# EXCEEDING EXPECTATIONS EVERYWHERE

The Pilatus PC-12 has quickly developed a reputation for outstanding versatility, performance, and operational flexibility. As such, it is one of the most popular turbine-powered business aircraft on the market today. In operation around the globe, the PC-12 has found popularity in a number of roles – executive transport, cargo, air ambulance, airline, and government special mission applications. Whether it's the large cabin, single pilot operations, long range, low operating costs, high speed, short field capability, or precision Swiss engineering and construction, each customer finds the perfect balance of features to serve their needs in the PC-12.

### FEATURES




### PERFORMANCE

The PC-12/47 Executive has the following performance under international standard atmospheric (ISA) conditions:

| | | |
|---|---|---|
| Take-off distance over 50 ft obstacle | 2,650 ft | (808 m) |
| Landing distance over 50 ft obstacle | 1,830 ft | (560 m) |
| Rate of climb (MTOW) | 1,575 ft/min | (480 m/min) |
| Max. cruise speed | 270 KTAS | (500 km/h) |
| Max. range with 3 passengers (26,000 ft, High Speed Cruise, NBAA IFR reserves) | 1,467 NM | (2,718 km) |
| Max. operating altitude | 30,000 ft | (9,144 m) |
| Stall speed (MTOW) | 66 KIAS | (122 km/h) |

### WEIGHTS

| | | |
|---|---|---|
| Basic empty weight | 6,365 lb | (2,887 kg) |
| Max. take-off weight | 10,450 lb | (4,740 kg) |
| Max. landing weight | 9,920 lb | (4,500 kg) |
| Max. payload | 2,475 lb | (1,123 kg) |
| Payload with full fuel | 1,221 lb | (554 kg) |












Note: performance and weights vary for aircraft registered in European Aviation Safety Agency (EASA) member countries.

PILATUS

# ꟷEATURES & BENEFITS

ʼhe Pilatus PC-12 is like no other aircraft made today, or ever, for that matter. It's remarkable combination of features, listed below, is simply ıot available in any other single aircraft. For you, that means the PC-12 is ready to go where you want, when you want,in first-class comfort ınd safety. In a word, the PC-12 is versatile.





| PC-12 FEATURE | BENEFITS TO YOU |
|---|---|
| 310 MPH Speed | Gets you to your destination quickly and efficiently. |
| 2,239 NM Range | Ability to make most trips non-stop, even fully loaded with passengers and baggage. Go coast-to-coast with only one stop. Saves time and fuel. |
| 330 Cubic Foot Cabin | Room to carry eight people and baggage in complete comfort. As large as a mid-size business jet costing 3 times as much. |
| Standard Cargo Door | Load huge amounts of baggage, even palletised loads. Have a Suburban? Not a problem. Have two Suburbans? Still not a problem. |
| Trailing Link Gear | Makes every landing a soft, comfortable one. Passengers love it, pilots are heroes. |
| Single Engine Turboprop | Safe, proven reliability of Pratt & Whitney PT6 engine. Superior fuel efficiency, lower maintenance costs, and simpler operations in critical flight regimes. |
| Low Approach and Stall Speed | Able to land on very short, even unimproved runways – often closer to your actual destination. Less energy to dissipate in the critical landing phase. |
| 30,000 Foot Cruise Altitude | Allows you to fly high above weather instead of through it or around it. More fuel efficient altitude. |
| Pressurized Cabin | Passenger comfort on long flights. Allows high altitude cruise flight. |
| Private Lavatory | Fully-enclosed with hard doors. Provides total privacy. |
| Quiet, Comfortable Cabin | Allows you to conduct business, catch a nap, or enjoy entertainment en route to your destination. Arrive refreshed with less fatigue. |
| Single Pilot Certified | Provides operational flexibility. |
| Swiss Design & Engineering | There is a difference. Take a closer look at every detail. Pilatus' heritage as the world's premier military training aircraft producer shows through even in the PC-12. |

Ꝋ Pilatus Aircraft Ltd. All rights reserved.