# MOUNTAIN AIR CHARTER, LLC

## Documentation Supporting Application for Air Carrier Operating Certificate

### Table of Contents


| | | |
|---|---|---|
| Tab | 1 | Letter of Intent |
| | 2 | Preapplication Statement of Intent |
| | 3 | DOT Economic Authority and Insurance |
| | 4 | Letter of Compliance |
| | 5 | Minimum Equipment List |
| | 6 | Approved Aircraft Inspection Program |
| | 7 | Organization and Management |
| | 8 | Personnel |
| | 9 | Drug Testing |
| | 10 | Miscellaneous Forms |
| | 11 | Hazardous Materials |


GOVERNMENT EXHIBIT
8

LETTER OF INTENT

Mountain Air Charter, LLC.

13532 Braemar Drive
Dallas, Texas 75234
972-241-8102

April 3, 2002

Dallas FAA/FSDO
3300 Love Field Drive
Dallas, Texas 75235

Dear Sir or Madam:

Please consider this a Letter of Intent to begin an on-demand charter operation under Part 135.

The charter operation will be based at Redbird Airport, Dallas, Texas. We plan to use one aircraft, a Pilatus PC-12 Serial number 463, N463JT, in day and night operations in both VFR and IFR conditions throughout the United States, Canada, Mexico and the Caribbean.

Sincerely,

T. E. Travis
Chief Pilot
Mountain Air Charter

PREAPPLICATION
STATEMENT OF INTENT

Form Approved
OMB No. 2120-0008

US Department of Transportation
Federal Aviation Administration

# PREAPPLICATION STATEMENT OF INTENT

**Agency Display of Estimated Burden:** The FAA estimates that the average burden for this report form is 5 hours for the requirements in FAR Part 121.26 and 40 hours for the requirements in FAR Part 121.47 for each response. You may submit any comments concerning the accuracy of this burden estimate or any suggestions for reducing the burden to the Office of Management and Budget. You may also send comments to the Federal Aviation Administration, Air Transportation Division, AFS- 200, 800 Independence Avenue, SW, Washington, DC 20591, Attention: OMB number 2120-0008.

***Section 1A. To Be Completed By All Applicants***

**1. Name and mailing address of company**

**Mountain Air Charter, LLC**
**13532 Braemar Drive**
**Dallas, TX 75234**

**2. Address of principal base where operations will be conducted** *(Do not use post office box)*

**Jet Center of Dallas**
**4975 voyager Drive**
**Redbird Airport (KRBD)**
**Dallas, Texas 75237**

**3. Proposed Start-up date**
June 30, 2002

**4. Requested three-letter company identifier in order of preference**
1. 3JT 2. AAC 3. ADA

**5. Management Personnel**

| Name (Last, first, middle) | Title | Telephone (including area code) |
| --- | --- | --- |
| ***N/A*** | | |

***Section 1B. To Be Completed By Air Operators***

**6. Proposed type of operation (check as many as applicable)**

- [x] Air Carrier Certificate
- [ ] Operating Certificate
- [ ] Part 121
- [ ] Part 125
- [x] Part 135
- [x] Passengers and Cargo
- [ ] Cargo Only
- [ ] Scheduled Operations
- [x] Nonscheduled Operations
- [x] Single Pilot Operator
- [ ] Single Pilot-in-Command Operator
- [ ] Basic Part 135 Operator

***Section 1C. To Be Completed By Air Agencies***

**7. Proposed type of agency and rating(s)**

- [ ] Part 145 Repair Station
- [ ] Part 147 Maintenance School

- [ ] Domestic

- [ ] Airframe

- [ ] Foreign
- [ ] New
- [ ] Renew

- [ ] Powerplant

MAC 1434

☐ Satellite

☐ Both

☐ Airframe
☐ Instrument

☐ Powerplant
☐ Accessory
☐ Part 149 Parachute Loft

☐ Propeller
☐ Specialized Service

☐ Radio

*Section 1D. To Be Completed By Air Operators*

**8. Aircraft Data**

| Numbers and types of aircraft (by make, model, and series) | Number of passenger seats or cargo payload capacity |
|---|---|
| **Pilatus PC-12** | **7** |

**9. Geographic area of intended operations**

**48 Contiguous States and the District of Columbia, Alaska, Mexico, Canada, Caribbean**

*Section 1E. To Be Completed By All Applicants*

10. Additional information that provides a better understanding of the proposed operation or business *(attach additional sheets, if necessary)*

**Mountain Air Charter, LLC is a new entrant FAR Part 135 applicant who proposes to begin operations on June 30, 2002 using a Pilatus PC12, which is owned by the company.**

**The applicant will conduct operations as a Single-Pilot operator. Mr. Tom Travis, an ATP with Single and Multiengine ratings will be the named Pilot in Command on the Certificate.**

**Aviation Sales, Inc. of Englewood, CO, a manufacturers approved maintenance facility, will conduct scheduled aircraft maintenance, using the manufacturers approved program.**

**Due to the nature of a Single-Pilot operation, management personnel (FAR 119.69(a), General Manual Requirements (FAR 135.21(a) and Pilot Training Programs (FAR 135.341) are not required.**

**Aircraft Ground and Flight Initial training will be conducted at the SIMCOM Orlando, Florida Training Facility using their FAA approved Part 142 Training Program.**

MAC 1435

11. The statements and information contained on this form denote an intent to apply for FAA certification.

Form Approved
OMB No. 2120-0008

| Signature | Date | Name and Title<br>**James Thompson, Managing Member** |
|---|---|---|

***Section 2. To Be Completed By FAA District Office***

| | |
|---|---|
| | Date forwarded to Region |
| | For:<br>☐ Action ☐ Information only |

Remarks:

Section 3 To be Completed By Regional Office

| | |
|---|---|
| Received By: | Precertification Number: |
| Date: | Date coordinated with AVN-120: |
| District office responsibility: | Date forwarded to district office: |

Remarks:

**MAC 1436**