Received: 15/ 5/02 15:59; 2146302155 -> Onix Capital Markets; Page 2
05/15/2002 16:53 21463[illegible]55 WINCORN,HSUEH ALEX PAGE 02

# PROMISSORY NOTE

**$2,600,000** **MAY 15, 2002**

FOR VALUE RECEIVED, the undersigned, MOUNTAIN AIR CHARTER, L.L.C., a Texas Limited Liability Company (the "Maker"), promises to pay to the order of JAMES R. THOMPSON, an Individual, 5758 Belmont Avenue, Dallas, Texas 75206 (the "Holder"), the principal sum of TWO MILLION SIX HUNDRED THOUSAND AND NO/100 DOLLARS ($2,600,000.00). The amount of this Note shall be due and payable at an annual interest rate of 6% (six percent) to be paid in five (5) annual installments beginning May 15, 2003. The principal amount of this Note shall be paid with the 5th (fifth) installment, and may be prepaid in whole or in part from time to time without penalty or premium. This Note is payable in lawful money of the United States of America in the form of cash, cashier's check, money order, or wire transfer, in Dallas County, Texas, to James R. Thompson, 5758 Belmont Avenue, Dallas, Texas 75206. Non-payment of this Note shall constitute a default hereunder, and the entire indebtedness shall be matured, at the opinion of the Holder. If, upon the occurrence of such default, this Note is placed in the hands of an attorney for collection or suit is brought on the same or same is collected through bankruptcy, probate or other judicial proceedings, then the Maker agrees and promises to pay any and all reasonable attorneys' fees. In any case, where a payment is due on a Sunday or a holiday, the Maker shall be entitled to delay payment until the next succeeding business day. This Note shall be governed as to validity, interpretation, construction, and effect, and in all other respects, by the laws of the State of Texas.

**MOUNTAIN AIR CHARTER, L.L.C., the Maker**

By: [signature]
JAMES R. THOMPSON, MANAGER

GOVERNMENT EXHIBIT 11

MAC 0625

ATTACHMENT A