AIRSURE LIMITED

June 7, 2002

Mountain Air Charter, LLC
Attn: Jim Thompson
5758 Belmont Avenue
Dallas , TX 75206

RE: Policy No. 360AC-615396

Dear Jim:

Enclosed is the above policy, issued through USAIG - Denver. I have reviewed it and everything appears to be in order, but I would urge you to check it as well to make certain that there are no errors and that nothing has been omitted.

We sincerely thank you for giving us the opportunity to serve your aviation insurancc needs. We appreciate your demonstrated confidence in AirSure Ltd.

Regards,

Mark Vaughan
mvaughan@airsure.com

Enclosure

GOVERNMENT EXHIBIT 13

MAC 0419

AIRSURE LIMITED

January 30, 2003

Mountain Air Charter, LLC
Attn: Jim Thompson
5758 Belmont Avenue
Dallas , TX 75206

RE: Policy No. 360AC-615396
Endorsement No. 11

Dear Jim:

Enclosed please find Endorsement Number 11 which allows solo flight for you. Read it over carefully and attach it to your policy.

Please contact me if you have any questions. Thank you so very much.

Regards,

Mark Vaughan
mvaughan@airsure.com

Enclosure

MAC 0420

# *USAIG All-Clear*

## Changing the "Pilots" section of your Coverage Summary Page

The "Pilots" section shown on the Coverage Summary Page is changed to read:

**PILOTS:**

JAMES R. THOMPSON holding an FAA PRIVATE Pilot Certificate with FAA INSTRUMENT Rating.

THOMAS TRAVIS holding an FAA AIRLINE TRANSPORT Pilot Certificate.

Any Pilot holding an FAA COMMERCIAL Pilot Certificate with FAA INSTRUMENT Rating who has flown a minimum of 3000 hours as Pilot In Command, at least 1000 hours of which shall have been in RETRACTABLE GEARED aircraft, at least 500 hours of which shall have been in TURBO PROP aircraft, at least 50 hours of which shall have been in PILATUS PC-12 aircraft and who has successfully completed the Manufacturer's Approved Ground and Flight School in the preceding twelve (12) months.

This endorsement does not change any of your coverage except as stated above. It is effective on the date and hour shown below, local Standard Time at the Policyholder's address.

Policy Issued to: **MOUNTAIN AIR CHARTER, LLC**

| 11 | 360AC-615396 | 11/11/2002 at 12:01 A.M. |
|---|---|---|
| Endorsement No. | Policy No. | Date and hour endorsement takes effect |

*Approved: **United States Aviation Underwriters, Inc., Aviation Managers***

By [signature]

**MAC 0421**

# AVIATION CERTIFICATE OF INSURANCE

**CERTIFICATE DATE:** 10/16/2001

**CERTIFICATE NUMBER:** 08

**CERTIFICATE HOLDER:**
Pratt & Whitney Engine Services, Inc.
Attn: Mr. Chad Griffith
Benedum Industrial Park
1525 Midway Park Road
Bridgeport, W. Virginia 26330

**POLICYHOLDER:**
Hank's Corporate Maintenance
P. O. Box 110090
Carrollton, Texas 75011-0090

This is to certify that the following policy(s), subject to the terms, conditions, limitations and endorsements contained therein, and during their effective period, have been issued by the company(s) indicated below. In the event of material change or cancellation of said policy(s), the company will endeavor to notify the certificate holder, but failure to do so shall impose no liability or obligation of any kind upon the undersigned or the company(s) involved.

| | |
|---|---|
| POLICY TYPE: | **AIRPORT** |
| INSURANCE COMPANY: | XL Specialty Insurance Company |
| POLICY NUMBER: | NAF 3004798 |
| POLICY PERIOD: | 03/23/2001 to 03/23/2002 |

Comprehensive General Liability — $5,000,000.00 Combined Single Limit

*The foregoing evidence of coverage is not verbatim of policy conditions, limitations or language; the policy(s) represented by this Certificate are not amended in any way unless so stated on this Certificate.*

**ADDITIONAL AGREEMENTS:**

**ADDITIONAL INSURED** — PRATT & WHITNEY ENGINE SERVICES, INC. ARE INCLUDED AS AN ADDITIONAL INSURED AS THEIR RESPECTIVE INTERESTS MAY APPEAR, BUT ONLY WITH RESPECT TO THE OPERATIONS OF HANK'S CORPORATE MAINTENANCE, INC.

MAC 0422

**NOTICE OF CANCELLATION:** IN THE EVENT OF MATERIAL CHANGE OR CANCELLATION OF SAID POLICY(S), THE COMPANY(S) SHALL ENDEAVOR GIVE 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER WITH THE EXCEPTION OF A 10 DAY NOTICE FOR NON-PAYMENT OF PREMIUM.

AERO INSURANCE, INC.
P.O. Box 397
Addison, TX 75001
(972) 980-0800 telephone (972) 980-4090 fax

Authorized Signature

12/27/2002 10:00 9729804090 AERO INSURANCE PAGE 02

POLICY NUMBER: 360AC-615396

# *USAIG All-Clear*
## 3 6 0 P O L I C Y
## COVERAGE SUMMARY PAGE

,ur Coverage Summary Pages give you a complete rundown of the insurance you have under your All-Clear rolicy and along with your policy and any endorsements you have, form your complete insurance policy. Throughout this policy the words "you" and "your" refer to the person or organization named on the Coverage Summary Page as Policyholder.

**NAME AND ADDRESS OF POLICYHOLDER:**

MOUNTAIN AIR CHARTER, LLC
BOX #408
704 MAIN STREET
JORDAN VALLEY, OR 97910

**YOUR BUSINESS IS:** AIRCRAFT OWNERSHIP

You are a Limited Liability Company which owns the aircraft.

**YOUR POLICY PERIOD:** is from 05/15/2002 to 05/15/2003 beginning and ending at 12:01 AM Local standard time at the address shown above.

**AIRCRAFT USE:** You agree not to charge anyone for using your aircraft. They can, however, reimburse you for operating expenses.

**AIRCRAFT:**

| Year Make and Model | Type | Airworthiness Category | FAA ID | Pass Ex Crew |
|---|---|---|---|---|
| 2002 PILATUS PC-12 | LAND | STANDARD | N463JT | 7 |

You keep your aircraft principally in TEXAS

**PILOTS:**

JAMES R. THOMPSON holding an FAA PRIVATE Pilot Certificate with FAA INSTRUMENT Rating.

THOMAS TRAVIS holding an FAA AIRLINE TRANSPORT Pilot Certificate.

Any Pilot holding an FAA COMMERCIAL Pilot Certificate with FAA INSTRUMENT Rating who has flown a minimum of 3000 hours as Pilot In Command, at least 1000 hours of which shall have been in RETRACTABLE GEARED aircraft, at least 500 hours of which shall have been in TURBO PROP aircraft, at least 50 hours of which shall have been in PILATUS PC-12 aircraft and who has successfully completed the Manufacturer's Approved Ground and Flight School in the preceding twelve (12) months.

MAC 0423

**USAIG All-Clear**

360 POLICY

COVERAGE SUMMARY PAGE

POLICY NUMBER: 360AC-615396

.MITS OF YOUR COVERAGE. You are insured up to the limits below. The limits may be altered by the policy or by any attached endorsements.

| COVERAGE | LIMITS OF COVERAGE | |
|---|---|---|
| Combined Liability Coverage for bodily injury and property damage | $3,000,000 | Each Occurrence |
| Medical Coverage | $5,000 | Each Person |
| Personal Injury | $3,000,000 | Each Occurrence and Aggregate |

(Part of and not in addition to Combined Liability Coverage)

Aircraft Physical Damage Coverage

| FAA ID | Not in Motion Deductible | In Motion Deductible | Limit |
|---|---|---|---|
| N463JT | Nil | Nil | $3,400,000 |

WHOM WE WILL PAY: Payments for loss covered under your Aircraft Physical Damage Coverage will be made to you .

**This policy contains the following attached Form numbers which are a part of this policy:**

385E-AC (Rev. 03-99),532-AC (1-93),373-AC (3-95),531-AC (0901),533-AC1 (1-98),367-AC,448-AC (7-93),449-AC (4-93),530-AC (1-86),410-AC (10-94), MC06-0502

This policy is written through the Aviation Managers on : 5/30/02

**Approved by United States Aviation Underwriters, Inc., Aviation Managers**

Countersignature of Authorized Representative

Place of Signing

| | |
|---|---|
| Premium: | $51,000 |
| Endorsement Premium | Included |
| Total Premium | $51,000 |

**MAC 0424**

# *USAIG All-Clear*

## Expansion of Coverage

This attachment expands or adds coverages to your basic policy.

**Coverage for Bodily Injury and Property Damage for Airport Premises.** We will pay claims for bodily injury, mental anguish and damage to someone else's property resulting from the ownership, maintenance or use of airport premises. This coverage for airport premises is part of and not in addition to the Limits of Coverage for Combined Liability Coverage for bodily injury and property damage shown on your Coverage Summary Page, and is in the same amount shown for one aircraft.

**Liability Coverage for Aircraft Physical Damage While Using Non-Owned Aircraft.** "Your Liability Coverage" is expanded to cover claims arising from physical damage, which you have caused, to a non-owned aircraft you're using which you don't own in whole or in part.

This coverage does not apply to aircraft covered elsewhere in your policy.

You may use the non-owned aircraft for the purposes shown on the Coverage Summary Page of your policy. Only those pilots named on the Coverage Summary Page of your policy may, with your permission and only for your business, operate the aircraft while it's in flight.

Your coverage under this section for Liability Coverage for Aircraft Physical Damage is $100,000 each occurrence.

We won't cover damage to property you own, rent, control or transport, except the non-owned aircraft you are using.

**Coverage for Bodily Injury and Property Damage for Sale of Your Owned Aircraft.** We will pay claims for bodily injury, mental anguish and damage to someone else's property resulting from the sale of your aircraft or from the relinquishment of an aircraft leased exclusively to you and described on your Coverage Summary Page, or from the sale of your owned aircraft parts to someone else.

You are covered for claims arising out of an accident causing bodily injury or property damage which occurs during your policy period. This coverage for sale of your aircraft or its parts is part of and not in addition to the Limits of Coverage for Combined Liability Coverage for bodily injury and property damage shown on your Coverage Summary Page for aircraft sold or relinquished.

**Property Damage.** The "Property damage" section appearing on Page 3 of your policy is changed to read: "We won't cover damage to any property you own, rent, control or transport. But we will cover the personal effects and baggage of each passenger in any one occurrence for up to $5,000. We will also pay up to $50,000 during the policy period for damage to hangars and their contents you don't own."

**Maintenance or Repair Flights.** While your aircraft is in the care, custody or control of an FAA Approved Repair Station for the purpose of maintenance or repair, the "Pilots" section appearing on your Coverage Summary Page will not apply, provided you do nothing which would affect the "Rights against third parties" section appearing on Page 4 of your policy.

**Emergency landing.** If a pilot named on your Coverage Summary Page is forced to make an emergency landing away from an airport and there is no physical damage to your aircraft and you have Aircraft Physical Damage Coverage, we will pay the cost to transport your aircraft to the nearest airport. But we won't pay more than the limit of "Your Aircraft Physical Damage Coverage."

**MAC 0425**

# *USAIG All-Clear*

## Expansion of Coverage

**Spare Engine and Parts Coverage.** In addition to the Limit of Coverage for "Your Aircraft Physical Damage Coverage," we will cover you against risk of physical loss or damage to spare engines and aircraft parts which are owned by you or for which you are legally responsible and which are intended to be used for your aircraft described on your Coverage Summary Page. But we won't pay more than $25,000 in any one occurrence. All of the terms and conditions of your policy which apply to "Your Aircraft Physical Damage Coverage" also apply to your spare engines and parts coverage. We won't cover loss of spare engines or parts which disappear mysteriously.

**Aircraft Physical Damage Extra Expense.** If your aircraft is damaged, and your policy covers the loss, we will reimburse you for the extra expense arising from the leasing or renting of a replacement aircraft, while your aircraft is being repaired. "Extra expense" means that portion of the actual cost of leasing or renting a replacement aircraft which exceeds the cost you would have incurred had you operated your own aircraft which was damaged. A "replacement aircraft" means an aircraft of similar size, weight and performance.

We won't cover "extra expense" after completion of repairs to your aircraft; or, if your aircraft is a total loss and we have furnished you with a Proof of Loss or you have permanently replaced your damaged aircraft.

What we'll pay. We'll pay up to $200 per day for leased or rented "replacement aircraft." The most we'll pay for loss covered by this section is $4,500. Coverage applies only if the estimated period for necessary repairs exceeds seven (7) days.

Payments for covered "extra expense" incurred will be made for the period beginning with the date of the occurrence which caused the damage and ending on the sixtieth (60th) day following the date of occurrence which caused the damage. Coverage for "extra expense" is in addition to and not part of "Aircraft Physical Damage Coverage."

The amount of aircraft physical damage deductible shown on the Coverage Summary Page will apply to the physical damage to your aircraft and the "extra expense" when combined together as one claim.

You will be required to provide the Aviation Managers with invoices for all covered extra expenses within ninety (90) days from the date you incur the extra expenses.

Coverage provided under this section applies separately to each aircraft shown on the Coverage Summary Page.

MAC 0426

 385E-AC (Rev. 03-99)

# *USAIG All-Clear*
## Personal Injury Coverage

What this attachment does. This attachment expands your "Combined Liability Coverage for Bodily Injury and Property Damage" section of your policy to include "Personal Injury."

"Personal Injury" means one or more of the following offenses:

- false arrest, detention or imprisonment;
- malicious prosecution;
- damage to someone's reputation or violation of someone's right to privacy, caused by publication or public statement;
- entering someone's residence, place of business or other property, or evicting someone from their home or place of business when you have no right to do so;
- discrimination against someone on racial or religious grounds, where the law permits us to cover you for this type of discrimination committed by you or at your direction.

Claims we won't cover. We won't cover personal injury:

- sustained by any person or organization shown on the Coverage Summary Page as the "Policyholder", or
- arising from any publication or utterance which first occurred before the effective date of your policy; or
- arising from any publication or utterance made by any person or organization, at their direction, knowing the publication or utterance to be false; or
- arising out of any advertising by any person or organization described in the "Who's covered" section of your policy; or
- which does not arise directly from the ownership, maintenance or use of an aircraft covered under your policy; or
- sustained by any person arising directly or indirectly out of applying for, termination of, or related to their employment, including coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, discrimination or other employment related practices, policies, acts or omissions, by any person or organization described in the "Who's covered" section of your policy; or
- arising from liability assumed by any person or organization described in the "Who's covered" section of your policy; or
- arising out of the willful violation of a penal statute or offenses committed by or with the knowledge or consent of any person or organization described in the "Who's covered" section of your policy.

MAC 0427

# *USAIG All-Clear*

## Personal Injury Coverage

Limits of your coverage. You have coverage under this attachment for the Limits of Coverage shown on the Coverage Summary Page which are part of and not in addition to your "Limits of Coverage for Combined Liability Coverage for Bodily Injury and Property Damage" shown on the Coverage Summary Page.

The "Each Occurrence" limit is the most we'll pay in any one occurrence no matter how many people or organizations are involved. The "Aggregate" limit is the most we'll pay for all occurrences during your policy's annual period.

If you have other insurance. This attachment provides you with excess insurance. This means if you have other insurance covering a loss that's also covered by this attachment, we'll pay claims only when all other valid and collectible insurance covering the loss has been exhausted. Of course, this restriction does not apply to any insurance you purchased in excess of this attachment.

If any other insurance written through the Aviation Managers covers the loss, the Limit of Coverage under this policy will be reduced by the Limit of Coverage under the other insurance.

**MAC 0428**

# *USAIG All-Clear*

## War, Hi-jacking and Other Perils Exclusion Clause

This Exclusion Clause cancels and supersedes the "War-Confiscation" section appearing on Page 5 of your policy.

The following Exclusion Clause is added to the sections of your policy entitled, "Liability claims we won't cover"; "Aircraft damage we won't cover"; and "Your Medical Coverage":

"We won't cover any claim, damage, injury, loss, cost, expense, or liability of any nature whatsoever arising from, occasioned by, or in consequence of:

(a) War, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, martial law, military or usurped power or attempts at usurpation of power.

(b) Any hostile detonation of any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter.

(c) Strikes, riots, civil commotions or labor disturbances.

(d) Any act of one or more persons, whether or not agents of a sovereign power, for political or terrorist purposes and whether the loss or damage resulting there from is accidental or intentional.

(e) Any malicious act or act of sabotage.

(f) Confiscation, nationalization, seizure, restraint, detention, appropriation, requisition for title or use by or under the order of any government (whether civil, military or de facto) or public or local authority.

(g) Hi-jacking or any unlawful seizure or wrongful exercise of control of the aircraft or crew (including any attempt at such seizure or control) made by any person or persons on board the aircraft acting without your consent.

Furthermore, your policy does not cover claims arising while the aircraft is outside of your control by reason of any of the above perils. The aircraft shall be deemed to have been restored to your control upon the safe return of the aircraft to you at an airfield not excluded by the geographical limits of your policy, and entirely suitable for the operation of the aircraft (such safe return shall require that the aircraft be parked with engines shut down and under no duress)."

531-AC (Rev. 09-01)

# *USAIG All-Clear*
## Non-Ownership Liability Exclusion Restricting Aircraft Size

The following restriction is added to the "Liability claims we won't cover" section of your policy and applies to "Your coverage for other aircraft":

> "We won't cover claims arising out of the use of any aircraft which has a seating capacity, excluding crew, in excess of forty (40) passengers."

533-AC1 (01-98)

## Mexican Operations Warning

If you have an accident in Mexico, you may be jailed and your aircraft impounded unless your aviation insurance is written by a Mexican insurance company.

To avoid these possibilities you must obtain additional insurance from a company licensed under the laws of Mexico.

367-AC

## Employment Practices Exclusion

The following is added to the "Liability claims we won't cover" section appearing on Page 3 of your policy:

> "Bodily injury. We won't cover bodily injury arising from coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, discrimination or other employment related practices, policies, acts or omissions, as a consequence of applying for, termination of, or employment by any person or organization described in the "Who's covered" section of your policy."

448-AC (7-93)

## Definition of Mental Anguish

The following is added to the "Combined coverage for bodily injury and property damage," and the "Combined coverage for bodily injury (except to passengers) and property damage," and the "Coverage for bodily injury to anyone but passengers," and the "Coverage for bodily injury to passengers only" sections of "Your Liability Coverage":

> "The term 'mental anguish' means the mental sensation of pain, distress, fright or anxiety, but only when the result of an occurrence covered under your policy."

449-AC (4-93)

# *USAIG All-Clear*
## Environmental Disturbance/Pollution Exclusion

The following paragraph is added to the "Liability claims we won't cover" section of your policy:

"Environmental Disturbance-Pollution. We won't cover, under this policy or any of its endorsements, bodily injury, mental anguish and damage to someone else's property caused by:

- noise, whether or not it's audible to the human ear, or vibration, including sonic boom or similar phenomena caused by the movement or operation of an aircraft or any of its parts; or,
- any interference with the quiet enjoyment of property of others caused by the operation of an aircraft or any of its parts; or
- pollution arising out of the actual, alleged or threatened discharge, dispersal, release or escape of pollutants, whether gradual or sudden and accidental. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

However, only as respects operation of your aircraft, this section won't apply to noise, interference with the quiet enjoyment of property of others, or pollutants released because of a crash or collision of your aircraft, or which results from an emergency causing abnormal operation of your aircraft."

530-AC (1-86)

## Definition of Total Loss

The "Total loss" section under "What we'll pay" appearing on Page 4 of your policy is changed to read:

"Total loss. If your aircraft is a total loss, we'll pay you the amount shown on the Coverage Summary Page for Your Aircraft Physical Damage Limit, less any deductible that applies.

We will consider your aircraft a total loss when the cost of the repairs equals or exceeds the Limit of Insurance, as set forth on your Coverage Summary Page. Disappearance or theft of the entire aircraft will be considered a total loss.

The cost of repairs consists of those items set forth under "Partial loss - someone else makes repairs" appearing on Page 4 of your policy.

We have the right to return the stolen aircraft or any of its components anytime before we pay for loss or damage, with payment for any damage which resulted from the theft.

We will return any unearned Aircraft Physical Damage premium to you. We will compute what we've earned based on the percentage of your policy period that has elapsed at the time the aircraft becomes a total loss. All of your "Aircraft Physical Damage Coverage" for the aircraft will end as soon as we make payment unless another aircraft is also insured for "Aircraft Physical Damage Coverage" under your policy.

410-AC (10-94)

*USAIG All-Clear*

## MEMBER COMPANY SCHEDULE

**EACH OF THE COMPANIES LISTED BELOW HAS CAUSED THIS POLICY TO BE EXECUTED ON THEIR BEHALF BY THE AVIATION MANAGERS**

| | | |
|---|---|---|
| Secretary | ACE American Insurance Company<br>Philadelphia, Pennsylvania | President |
| Secretary | The Cincinnati Insurance Company<br>Cincinnati, Ohio | President |
| Secretary | Hartford Fire Insurance Company<br>Hartford, Connecticut | President |
| Secretary | Liberty Mutual Insurance Company<br>Boston, Massachusetts | President |
| Secretary | Zurich American Insurance Company<br>Schaumburg, Illinois | President |

**MAC 0432**

DOT Form 4522

## STANDARD ENDORSEMENT

U. S. Department of Transportation - Office of the Secretary of Transportation

AIR TAXI OPERATOR POLICIES OF INSURANCE FOR AIRCRAFT BODILY INJURY AND PROPERTY DAMAGE LIABILITY

The policy to which this endorsement is attached is amended to ensure compliance by the Named Insured, an air taxi operator providing services in air transportation, with the provisions of Part 298 of the regulations of the U. S. Department of Transportation.

1. In consideration of the premium stated in the policy to which this endorsement is attached, the Insurer agrees to pay, within the limits of liability for coverages specified in the policy, all sums which the Named Insured shall become legally obligated to pay as damages for bodily injury to or death of persons or for loss of or damage to property of others, resulting from the Named Insured's negligent operation, maintenance or use of aircraft in "air transportation," as that term is defined in the Federal Aviation Act of 1958, as amended. The liability of the Insurer is not contingent upon the solvency or freedom from bankruptcy of the Named Insured.

2. The Insurer also agrees that the attached policy shall remain in force, and cannot be replaced, cancelled, withdrawn, or modified to exclude any aircraft or to reduce the extent of liability coverage, by the Insurer or the Insured, nor expire by its own terms, until ten (10) days after written notice by the Insurer (by the retiring Insurer, in the event of replacement) describing the change is received by the Department's Office of Aviation Analysis, Washington, D.C. 20590 (or for Alaskan operators, is received by DOT Field Office, Anchorage, Alaska 99501). In addition, with respect to expiration by the policy's own terms, the Insurer agrees that to be effective the notice to the Department of nonrenewal must be received not more than thirty days before the expiration date.

3. The Insurer further agrees that, within the limits of liability for coverages specified in the policy, no term, condition, limitation, stipulation or other provision contained in the policy or any endorsement attached to it or any violation of it by the Named Insured, except the EXCLUSIONS contained in this endorsement, shall relieve the Insurer of liability with respect to such bodily injury or property damage. In this connection, the Insurer expressly agrees that no violation by the Named Insured of any safety or other rule, regulation or order, or other legally imposed requirement of the U. S. Department of Transportation (including the Federal Aviation Administration) and no special waiver issued by the Department shall affect the insurance afforded under this policy.

4. The Insurer further agrees that, while an aircraft owned by the Named Insured and declared in this policy, is withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction such insurance as is afforded by this policy with respect to such aircraft, applies also with respect to another aircraft of similar type, horse-power, and seating capacity, whether or not owned by the Insured, while temporarily used as a substitute for such aircraft. (Applicable only if aircraft are listed in policy by FAA registration number.)

5. The only EXCLUSIONS of the policy to which this endorsement is attached follow:

"EXCLUSIONS, unless otherwise provided in the policy of insurance, the liability insurance afforded under this policy shall not apply to:

(a) Any loss against which the Named Insured has other valid and collectible insurance, except that the limits of liability provided under this policy shall be excess of the limits provided by such other valid and collectible insurance up to the limits certified in a certificate of insurance, but in no event exceeding the limits of liability expressed elsewhere in this policy;

(b) Liability assumed by the Named Insured under any contract or agreement, unless such liability would have attached to the Insured even in the absence of such contract or agreement: Provided, however, that this exclusion shall not apply to the Named Insured's waiver of liability limitations under the Warsaw Convention by signing a counterpart to the agreement of carriers (Agreement CAB 18900), as approved by Board Order E-23680, May 13, 1966, agreeing to a minimum liability for injury or death of passengers of $75,000 per passenger, or any amendment or amendments to such agreement which may be approved by the Board and to which the Named Insured becomes a party;

(c) Bodily injury, sickness, disease, mental anguish or death of any employee of the Named Insured while engaged in the duties of employment, or any obligation for which the Named Insured or any company as Insurer may be held liable under any workmen's compensation or occupational disease law;

(d) Loss of or damage to property owned, rented, occupied or used by, or in the care, custody or control of the Named Insured, or carried in or on any aircraft with respect to which the insurance afforded by this policy applies;

MAC 0433

DOT Form 4522

STANDARD ENDORSEMENT

(e) Personal injuries or death, or damage to or destruction of property, caused directly or indirectly, by hostile or war like action, including action in hindering, combating or defending against an actual, impending or expected attack by any government or sovereign power, de jure or de facto, or military, naval or air forces, or by an agent of such government, power, authority, or forces; the discharge, explosion or use of any weapon of war employing atomic fission or atomic fusion, or radioactive materials, insurrection, rebellion, revolution, civil war or usurped power, including any action hindering, combating, or defending against such an occurrence; or confiscation by any government or public authority;

(f) Any loss arising from operations within any geographic area other than the following:

(1) Between any points in the 'area of operation' described in the operations specifications issued by the FAA in conjunction with its issuance of the ATCO Operating Certificate to the Insured as follows: Worldwide

Provided, however, That if one or more of the 48 contiguous States or the District of Columbia is listed in such area of operation, all 48 contiguous States and the District of Columbia must be included with the coverage of insurance under this certificate; and

(2) Within any other geographic area for which coverage is specified in the policy of insurance;

And provided, further, that a loss caused by mere misadventure in flying over or landing is any geographic area not specified in (1) or (2) above shall not be excluded.

(g) Any loss arising from operations by the Named Insured to or from installations of the Distant Early Warning System (DEW line) or the Ballistic Missile Early Warning System (BMEWS);

(h) Any loss arising from operation of an aircraft (1) without a copilot, if one is required under the attached policy of insurance or (2) by a pilot (or pilot and copilot) not named in or meeting the qualification, experience, and currency requirements provided in the attached policy of insurance;

(i) Any loss arising from the ownership, maintenance, or use of any aircraft of a type or class not specified for coverage in the policy, or any aircraft not declared to the Insurer in accordance with the terms and conditions of this policy, other than substitute aircraft as authorized in paragraph 4 of this endorsement;

(j) Any loss arising from operations other than the carriage by aircraft of persons or property as a common carrier for compensation or hire, or the carriage of mail by aircraft, in interstate, overseas, or foreign air transportation;

(k) Any loss arising from operations with aircraft for which an airworthiness certificate has not been issued, has been surrendered, or has been suspended or revoked by the Administrator of the Federal Aviation Administration, or has expired by its terms;

(l) Any loss arising from operations with aircraft which, at takeoff, have not had inspections, maintenance, preventive maintenance, and alterations performed when required by the Federal Aviation Regulations, or which have not had such inspections, maintenance, preventive maintenance and alterations performed by persons authorized by the Federal Aviation Regulations."

6. The Named Insured will promptly reimburse the Insurer for payments made by the Insurer which the Insurer would not have been obligated to make except for the provisions of this endorsement.

7. Any exclusions, conditions or provisions of this endorsement that have the effect of restricting or nullifying the coverage granted by this policy in the absence of this endorsement shall not apply.

Page 2 of 2 Pages

Attached and forming part of Policy No(s). **360AC-615396**

Issued by: One or more companies members of the United States Aircraft Insurance Group (USAIG)
United States Aviation Underwriters, Incorporated, Aviation Managers

To: **MOUNTAIN AIR CHARTER, LLC**

Date: 05/15/2002 at 12:01A.M.

By: ______________________
Authorized Representative

Endorsement No. 1

DOT Form 4522 (4/87)

# *USAIG All-Clear*
## Amending Provision

**Issued with policy subject to insurance requirements contained in 14 CFR Part 205 of the U.S. Department of Transportation.**

We have issued a Certificate of Insurance on OST Form 6410 showing the following Coverage and Limits of Coverage:

| | Coverages | Limits of Coverage (Minimum Limits) |
|---|---|---|
| [ ] | Liability Coverage for bodily injury (except to passengers) | $ 75,000.00 Each Person<br>$ 300,000.00 Each Occurrence |
| [ ] | Liability Coverage for bodily injury to passengers only | $ 75,000.00 Each Passenger<br>$ 75,000.00 X 75% of total number of passenger seats installed in the aircraft "Each Occurrence" |
| [ ] | Property Damage | $ 100,000.00 Each Occurrence |
| OR | | |
| [ X ] | Combined Liability Coverage | The "Each Occurrence" limit is at least equal to the required minimums stated above for: Liability Coverage for bodily injury (except to passengers, other than cargo attendants); Liability Coverage for bodily injury to passengers only; and, Property Damage. |
| OR | | |
| [ ] | Liability Coverage for bodily injury (except to passengers, other than cargo attendants) and property damage | $ 300,000.00 Each Person<br>$ 2,000,000.00 Each Occurrence |
| [ ] | Liability Coverage for bodily injury to passengers only | $ 300,000.00 Each Passenger<br>$ 300,000.00 X 75% of total number of passenger seats installed in the aircraft "Each Occurrence" |
| OR | | |
| [ ] | Combined Liability Coverage | The "Each Occurrence" limit is at least equal to the required minimums stated above for: Liability Coverage for bodily injury (except to passengers, other than cargo attendants) and property damage; and, Liability Coverage for bodily injury to passengers only. |

MAC 0435

# *USAIG All-Clear*
## Amending Provision

OR

| | | |
|---|---|---|
| [ ] | Liability Coverage for bodily injury (except to passengers, other than cargo attendants) and property damage | $ 300,000.00 Each Person<br>$20,000,000.00 Each Occurrence |
| [ ] | Liability Coverage for bodily injury to passengers only | $ 300,000.00 Each Passenger<br>$ 300,000.00 X 75% of total number of passenger seats installed in the aircraft "Each Occurrence" |

OR

| | | |
|---|---|---|
| [ ] | Combined Liability Coverage | The "Each Occurrence" limit is at least equal to the required minimums stated above for: Liability Coverage for bodily injury (except to passengers, other than cargo attendants) and property damage; and, Liability Coverage for bodily injury to passengers only. |

OPTIONAL

| | | |
|---|---|---|
| [ ] | Cargo Legal Liability Coverage | $ Each Occurrence |

The OST Form 6410 and the insurance requirements of 14 CFR Part 205 apply only to the "Your Liability Coverage" section of your policy, and no other coverages provided by your policy.

Wherever the words "Named Insured" are used in the OST Form 6410, they will mean the same as the worc "Policyholder" appearing on your Coverage Summary Page.

If we negotiate and settle any claim, suit or judgment which we would not have had to settle without the OST Form 6410 being attached to your policy, you agree to promptly reimburse us for all payments we've made, including all costs of defense, court costs, judgments and settlements made.



OST-6410-AC (10/92)

This endorsement does not change any of your coverage except as stated above. It is effective on the date and hour shown below, local Standard Time at the Policyholder's address.

Policy Issued to: **MOUNTAIN AIR CHARTER, LLC**

| Endorsement No. | Policy No. | Date and hour endorsement takes effect |
|---|---|---|
| 2 | 360AC-615396 | 05/15/2002 at 12:01 A.M. |

*Approved: United States Aviation Underwriters, Inc., Aviation Managers*

*By* ____________________

MAC 0436

024-1092

# *USAIG All-Clear*

## Designated Company

Although a number of insurance companies are listed on the Member Company Schedule attached to your policy, you designate the following company as the one which issued your policy:

Liberty Mutual Insurance Company
Boston, Massachusetts.

Wherever the words "we," "our" or "us" are used in your policy, they mean the designated company.

Since the company you designated is a member of the United States Aircraft Insurance Group, your coverage is automatically shared by all companies listed on the Member Company Schedule attached to your policy. If the company you designated becomes insolvent the Group will assume all its legal and financial obligations under your policy.

The company you designated must comply with all government laws regarding serving of notice and paying taxes.

The insurance agent who countersigned your policy is a licensed agent of the company you designated.

365-AC

This endorsement does not change any of your coverage except as stated above. It is effective on the date and hour shown below, local Standard Time at the Policyholder's address.

Policy Issued to: **MOUNTAIN AIR CHARTER, LLC**

| **3** | **360AC-615396** | **05/15/2002 at 12:01 A.M.** |
|---|---|---|
| Endorsement No. | Policy No. | Date and hour endorsement takes effect |

*Approved: **United States Aviation Underwriters, Inc., Aviation Managers***

*By* ____________________ **MAC 0437**

075-0997

## *USAIG All-Clear*

1. The "Who's covered" section of "Your Liability Coverage" appearing on Page 3 of your policy includes JAMES R. THOMPSON, but only for claims resulting from your ownership, maintenance or use of the aircraft.

2. The "Who's covered" section of "Your Liability Coverage" appearing on Page 3 of your policy includes THOMAS TRAVIS, but only for claims resulting from your ownership, maintenance or use of the aircraft.

3. The "Whom we'll pay" section appearing on the Coverage Summary Page is changed to read:

   "Whom we'll pay. Payments for loss covered under 'Your Aircraft Physical Damage Coverage' will be made to JAMES R. THOMPSON."

4. The "AIRCRAFT USE" section shown on the Coverage Summary Page is changed to read:

   AIRCRAFT USE: Air Taxi Commercial Use. In addition to Non-Commercial use, you may charge for using the aircraft to transport passengers or freight only.

This endorsement does not change any of your coverage except as stated above. It is effective on the date and hour shown below, local Standard Time at the Policyholder's address.

Policy Issued to: **MOUNTAIN AIR CHARTER, LLC**

| Endorsement No. | Policy No. | Date and hour endorsement takes effect |
|---|---|---|
| 4 | 360AC-615396 | 05/15/2002 at 12:01 A.M. |

*Approved: United States Aviation Underwriters, Inc., Aviation Managers*

By ______________________

**MAC 0438**

FF01-0997

# *USAIG All-Clear*

## Limited Liability Company (LLC)

If you are shown on the Coverage Summary Page as a "Limited Liability Company" (LLC) you are covered. Your members are also covered, but only with respect to the conduct of your business. Your managers are covered, but only with respect to their duties as managers. Your employees are covered but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

However, no employee is covered, while working within the scope of his or her job duties, who injures someone who works for the same employer.

This endorsement does not change any of your coverage except as stated above. It is effective on the date and hour shown below, local Standard Time at the Policyholder's address.

Policy Issued to: **MOUNTAIN AIR CHARTER, LLC**

| 5 | 360AC-615396 | 05/15/2002 at 12:01 A.M. |
|---|---|---|
| Endorsement No. | Policy No. | Date and hour endorsement takes effect |

*Approved:* ***United States Aviation Underwriters, Inc., Aviation Managers***

*By* ______________________

**MAC 0439**

117-0997

# *USAIG All-Clear*
## Change of Coverage

**Only when the aircraft is being piloted by JAMES R. THOMPSON, the Coverages, as shown on the Coverage Summary Page of your policy are changed as follows:**

Limits of Your Coverage. You are insured up to the limits shown below for those coverages for which a dollar amount has been filled in. If no dollar amount appears, you don't have that coverage. These limits may be altered by the policy or by any attached endorsements.

| Coverage | Limits of Coverage | |
|---|---|---|
| Combined Liability Coverage for bodily injury and property damage | $ 1,000,000 | Each Occurrence |
| Personal Injury | $ 1,000,000 | Each Occurrence and Aggregate (Part of and not in addition to Combined Liability Coverage) |
| Medical Coverage | $ 5,000 | Each Person |
| Aircraft Physical Damage Coverage: | $ 3,400,000 | Limit |

| Description of Aircraft | Not In-Motion Deductible | In-Motion Deductible |
|---|---|---|
| 2002 Pilatus PC-12, N463JT | $ Nil | $ Nil |

Additional Premium for this endorsement $Included

368-AC

This endorsement does not change any of your coverage except as stated above. It is effective on the date and hour shown below, local Standard Time at the Policyholder's address.

Policy Issued to: **MOUNTAIN AIR CHARTER, LLC**

| Endorsement No. | Policy No. | Date and hour endorsement takes effect |
|---|---|---|
| **6** | **360AC-615396** | **05/15/2002 at 12:01 A.M.** |

*Approved: **United States Aviation Underwriters, Inc., Aviation Managers***

*By* ______________________

**MAC 0440**

058-0997

# *USAIG All-Clear*

## Date Change Recognition Exclusion Endorsement

This policy does not cover any claim, damage, injury, loss, cost, expense or liability (whether in contract, tort, negligence, product liability, misrepresentation, fraud or otherwise) of any nature whatsoever arising from, occasioned by, or in consequence of (whether directly or indirectly and whether wholly or partly):

A) Any actual or alleged failure, malfunction or inadequacy of:

1) Any of the following, whether belonging to you, to any person or organization covered under this policy, or to others, whether or not part of any computer system or whether in your possession, or of any person or organization covered under this policy, or of any third party;

a) computer hardware, including microprocessors; or
b) computer application software; or
c) computer operating systems and related software; or
d) computer networks; or
e) microprocessors, computer chips, integrated circuits or other information technology equipment or systems; or

2) Any other products or systems and any services, data, or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A) 1) of this exclusion;

due to the inability to correctly recognize, process, distinguish, interpret or accept:

– the change of year from 1999 to 2000; or
– the change of date from August 21, 1999 to August 22, 1999; or
– any other change of year, date or time;

B) Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify, or test for any potential or actual problems described in Paragraph A) of this exclusion.

534-AC(10/98)

This endorsement does not change any of your coverage except as stated above. It is effective on the date and hour shown below, local Standard Time at the Policyholder's address.

Policy Issued to: **MOUNTAIN AIR CHARTER, LLC**

| 7 | 360AC-615396 | 05/15/2002 at 12:01 A.M. |
|---|---|---|
| Endorsement No. | Policy No. | Date and hour endorsement takes effect |

*Approved: **United States Aviation Underwriters, Inc., Aviation Managers***

*By* ______________________

MAC 0441

209-1098

# *USAIG All-Clear*

## Date Change Recognition Exclusion Endorsement
## Limited Write-Back Provisions

Applicable to Your Aircraft Physical Damage and Your Liability Coverages:

The Date Change Recognition Exclusion Endorsement shall not apply to:

1. any accidental loss of or damage to an aircraft covered under your policy;

2. any sums which you or any person or organization covered under your policy shall become legally liable to pay as damages because of:

   A) accidental bodily injury to passengers directly caused by an accident to an aircraft covered under your policy; and/or
   B) loss of or damage to baggage and personal articles of passengers, mail and cargo directly caused by an accident to an aircraft covered under your policy; and/or
   C) accidental bodily injury and accidental property damage directly caused by an aircraft covered under your policy or by any person or object falling therefrom.

Applicable to other coverages:

The Date Change Recognition Exclusion shall not apply to any sums which you or any person or organization covered under your policy shall become legally liable to pay as damages because of bodily injury or physical injury to or destruction of tangible property resulting from a covered occurrence.

535-AC(10/98)

This endorsement does not change any of your coverage except as stated above. It is effective on the date and hour shown below, local Standard Time at the Policyholder's address.

Policy Issued to: MOUNTAIN AIR CHARTER, LLC

| 8 | 360AC-615396 | 05/15/2002 at 12:01 A.M. |
| --- | --- | --- |
| Endorsement No. | Policy No. | Date and hour endorsement takes effect |

*Approved: **United States Aviation Underwriters, Inc., Aviation Managers***

*By* ______________________

MAC 0442

210-1098

# *USAIG All-Clear*
## Texas Notice

**IMPORTANT NOTICE**

1. To obtain information or make a complaint:

2. You may contact your agent at:

   AirSure, Ltd.
   25548 Genesee Trail Rd.
   Golden, CO 80401
   303-526-5300

3. You may call us, the Aviation Managers, at our toll-free telephone number for information or to make a complaint at:

   1-800-323-2072.

4. You may also write us, the Aviation Managers, at:

   United States Aviation Underwriters, Incorporated
   Two Allen Center
   Suite 3510
   1200 Smith Street
   Houston, Texas 77002.

5. You may contact the Texas Department of Insurance to obtain information on companies, Coverages, rights or complaints at:

   1-800-252-3439.

6. You may write the Texas Department of Insurance at:

   Post Office Box 149104
   Austin, Texas 78714-9104
   FAX Number (512) 475-1771.

7. PREMIUM OR CLAIM DISPUTES:

   Should you have a dispute concerning your premium or about a claim, you should contact the agent or us, the Aviation Managers, first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

8. ATTACH THIS NOTICE TO YOUR POLICY:

   This notice is for information only and does not become a part or condition of the attached document.

**MAC 0443**

# *USAIG All-Clear*
## Cancellation and Nonrenewal
## For use in the State of Texas

The "Cancelling this policy" section of your policy is deleted in its entirety and replaced by the following:

Cancelling this policy.

The Policyholder shown on the Coverage Summary Page may cancel this policy by mailing or delivering to us or the Aviation Managers advance written notice of when in the future you want your coverage to end. Unless stated otherwise below, we will compute the premium we've earned using the customary short rate table and procedure. Any premium we have not yet earned will be returned to you.

We or the Aviation Managers can cancel your policy subject to the following conditions:

We or the Aviation Managers may cancel this policy by mailing or delivering to the Policyholder written notice of cancellation, stating the reason for cancellation, at least ten (10) days before the effective date of cancellation.

(1) If this policy has been in effect for sixty (60) days or fewer days, we or the Aviation Managers may cancel for any reason.

(2) If this policy has been in effect for more than sixty (60) days, we or the Aviation Managers may cancel only for one or more of the following reasons:

(a) fraud in obtaining coverage;

(b) failure to pay premiums when due;

(c) an increase in hazard within the control of the Policyholder which would produce an increase in rate;

(d) loss of our or the Aviation Managers' reinsurance covering all or part of the risk covered by the policy; or

(e) if we or the Aviation Managers have been placed in supervision, conservatorship or receivership and the cancellation has been approved or directed by the supervisor, conservator or receiver.

The following is added and supersedes any other provision to the contrary:

NONRENEWAL

1. We or the Aviation Managers may elect not renew this policy by mailing or delivering to the Policyholder, at the last mailing address known to us or the Aviation Managers, written notice of nonrenewal, stating the reason for nonrenewal, at least sixty (60) days before the expiration date. If notice is mailed or delivered less than sixty (60) days before the expiration date, this policy will remain in effect until the sixty-first (61st) day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro-rata based on the previous year's premium.

2. If notice is mailed, proof of mailing will be sufficient proof of notice.

635-AC (07/95)

This endorsement does not change any of your coverage except as stated above. It is effective on the date and hour shown below, local Standard Time at the Policyholder's address.

Policy Issued to: **MOUNTAIN AIR CHARTER, LLC**

| 9 | 360AC-615396 | 05/15/2002 at 12:01 A.M. |
|---|---|---|
| Endorsement No. | Policy No. | Date and hour endorsement takes effect |

*Approved: United States Aviation Underwriters, Inc., Aviation Managers*

*By* ______________________

**MAC 0444**

TX01-0795

# *USAIG All-Clear*

## Changing the "Pilots" section of your Coverage Summary Page

The "Pilots" section shown on the Coverage Summary Page is changed to read:

**PILOTS:**

JAMES R. THOMPSON holding an FAA PRIVATE Pilot Certificate with FAA INSTRUMENT Rating, but only while accompanied, at all times, by THOMAS TRAVIS.

THOMAS TRAVIS holding an FAA AIRLINE TRANSPORT Pilot Certificate.

Any pilot holding an FAA COMMERCIAL Pilot Certificate with FAA INSTRUMENT Rating who has flown a minimum of 3000 hours as Pilot in Command, at least 1000 hours of which shall have been flown in RETRACTABLE GEARED aircraft, at least 500 hours of which shall have been flown in TURBO PROP aircraft and at least 50 hours of which shall have been flown in PILATUS PC-12 aircraft, and who has successfully completed the Manufacturer's approved Ground and Flight School within the preceding twelve (12) months.

This endorsement does not change any of your coverage except as stated above. It is effective on the date and hour shown below, local Standard Time at the Policyholder's address.

Policy Issued to: **MOUNTAIN AIR CHARTER, LLC**

| 10 | 360AC-615396 | 05/15/2002 at 12:01 A.M. |
|---|---|---|
| Endorsement No. | Policy No. | Date and hour endorsement takes effect |

*Approved: **United States Aviation Underwriters, Inc., Aviation Managers***

*By* [signature]

**MAC 0445**

# *360° All-Clear Aircraft Policy*

***USAIG***

*United States Aircraft Insurance Group*
*is managed by United States Aviation Underwriters, Inc.*
*Home Office: One Seaport Plaza, 199 Water Street, New York, New York 10038*

**January 1, 1998**

# 360° ALL CLEAR AIRCRAFT POLICY INDEX


| ITEMS | PAGE NO. |
|---|---|
| **our Medical Coverage** | 8 |
| What we'll pay | 8 |
| Whom we'll pay | 8 |
| Proof of loss | 8 |
| Suits for medical payment | 8 |
| **Your Coverage for Other Aircraft** | 8 and 9 |
| Other aircraft | 8 |
| Substitute aircraft | 8 |
| Newly acquired aircraft | 9 |
| **Notice** | 9 |
| **Member Company Schedule** | |

# USAIG ALL-CLEAR AIRCRAFT POLICY

We or the Aviation Managers can cancel your policy by mailing or delivering notice to you at the address shown on the Coverage Summary Page at least thirty (30) days before the cancellation date. If, however, your policy is being cancelled because you didn't pay a premium, only ten (10) days notice will be provided. The mailing or delivery of the notice will be sufficient proof that you were notified. We will compute the premium we've earned based on the percentage of your policy period that has been used at the time of cancellation. Any premium we have not yet earned will be returned to you.

**Legal actions.** Each of us named in the Schedule of Member Companies, or the Aviation Managers, can bring suit against you if you fail to pay a premium when it's due, or fail to live up to the terms of your policy in any other way. Any judgment involving one of us or the Aviation Managers will be binding on all.

**State law.** If any terms of your policy conflict with state law, we'll comply with that law.

**Limitations on use.** To be covered under your policy the aircraft must be owned, maintained or used only for the aircraft use described on the Coverage Summary Page and flown only by a pilot or pilots described there. The aircraft must also be registered under a Standard Airworthiness Certificate issued by the Federal Aviation Administration (FAA), or its foreign equivalent. While your aircraft is in the care, custody or control of an FAA Approved Repair Station for the purpose of maintenance or repair, the "Pilots" section appearing on the Coverage Summary Page will not apply, provided you do nothing which would affect the "Rights against third parties" section of your policy.

**If you have other insurance.** If you have other insurance covering a loss that's also covered by your policy, we'll pay only our share of any claim. We will compute what percentage the applicable "Limits of Coverage" for your policy is of the total amount of all valid and collectible insurance covering the loss. We will pay this percentage. This section does not apply to any insurance purchased as excess insurance. Excess insurance is insurance which becomes effective only when all other valid and collectible insurance covering the loss has been exhausted. Other insurance includes any retained limit under any self insurance or deductible program you have established. If any other insurance covering the loss is written through the Aviation Managers, the "Limit of Coverage" that applies under your policy will be reduced by the "Limit of Coverage" under the other insurance.

**Our right of recovery.** If we pay a claim under your policy, we will take over your right to recover that amount from any other person or organization. You agree to cooperate with us and not do anything that will interfere with our chances of recovery.

## YOUR LIABILITY COVERAGE

Following is a description of your Coverage under your policy for liability claims made against you. The "Limits of Coverage" you have purchased are shown on the Coverage Summary Page.

**Combined Liability Coverage for bodily injury and property damage.** If you have this Coverage we'll pay claims for bodily injury, mental anguish, personal injury and damage to someone else's property resulting from the ownership, maintenance or use of the aircraft. But we won't pay more for all injuries and damage in any one occurrence than the "Limits of Coverage" shown on the Coverage Summary Page.

This coverage includes bodily injury, mental anguish and personal injury to persons or passengers. A passenger is anyone who enters your aircraft to ride in or operate it.

If the Coverage Summary Page shows a separate limit for "each passenger," the most we'll pay for "each passenger" is the amount shown on the Coverage Summary Page.

The term "mental anguish" means the mental sensation of pain, distress, fright or anxiety, but only when the result of an occurrence covered under your policy.

As respects personal injury, the most we'll pay for all occurrences during your policy period is the "Aggregate Limit of Coverage" shown on the Coverage Summary Page. "Personal injury" means one or more of the following offenses: false arrest, detention or imprisonment, malicious prosecution, damage to someone's reputation or violation of someone's right to privacy, caused by publication or public statement; entering someone's residence, place of business or other property, or evicting someone from their home or place of business when you had no right to do so; or discrimination against someone on racial or religious grounds, where the law permits us to cover you for this type of discrimination committed by you or at your direction.

MAC 0448

# USAIG ALL-CLEAR AIRCRAFT POLICY

**iability claims we won't cover:**

1. **Aircraft.** We won't cover claims for damage to your aircraft under "Your Liability Coverage" section of your policy.

2. **Assumed liability.** We won't cover any liability assumed under a contract or agreement other than an Airport Contract signed with a governmental body so an airport may be used.

3. **Intentional injury.** We won't cover claims for intentional injuries or property damage caused by you or any other person or organization at your or their direction, except to prevent dangerous interference with the operation of an aircraft.

4. **Workers' compensation.** We won't cover any claim that's covered under a workers' compensation, unemployment compensation, disability benefits law or similar law. Nor will we cover claims for injury to your or any other person's or organization's employees while they're actually doing work for you or them, except for liability you or they assume under a contract or agreement you or they sign with a governmental body so you or they may use an airport.

5. **Property damage.** We won't cover damage to any property you or any other person or organization legally responsible for the use of your aircraft owns, rents, controls or transports, including claims for loss of use and consequential damage. We will pay up to $10,000.00 during your policy period for damage to hangars or their contents which you or they don't own. We will also cover the personal effects and baggage of each passenger in any one occurrence for up to $1,000.00.

6. **Personal injury.** We won't cover personal injury:

   a. sustained by any person or organization shown on the Coverage Summary Page as the "Policyholder"; or

   b. arising from any publication or utterance which first occurred before the effective date of your policy; or

   c. arising from any publication or utterance made by any person or organization at their direction, knowing the publication or utterance to be false; or

   d. arising out of any advertising by any person or organization described in the "Who's covered" section of your policy; or

   e. which does not arise directly from your ownership, maintenance or use of your aircraft; or

   f. sustained by any person arising directly or indirectly out of applying for, termination of, or related to their employment, including coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, discrimination or other employment related practices, acts or omissions, by any person or organization described in the "Who's covered" section of your policy; or

   g. arising from liability assumed by any person or organization described in the "Who's covered" section of your policy; or

MAC 0449

# USAIG ALL-CLEAR AIRCRAFT POLICY

'n addition, whether you make repairs or someone else makes repairs, we will pay the cost of transporting, by the east expensive means, damaged parts or the aircraft from the site of the loss to the most practical place where repairs can be made; and, the aircraft back to the place of the loss, or your home airport, whichever is closer.

The words "similar kind and quality" mean "similar kind and quality, less an allowance for physical deterioration and depreciation." If repair or replacement of damaged parts results in better than similar kind and quality you must pay the amount of the betterment.

**Your not in-motion deductible.** The not in-motion deductible shown on the Coverage Summary Page will apply to each loss to your aircraft while it's not in-motion.

**Your in-motion deductible.** The in-motion deductible shown on the Coverage Summary Page will apply to any loss to your aircraft while it is in-motion. An aircraft is in-motion whenever it is intentionally moving on the ground or in flight as a result of engine power or autorotation.

This means you'll first pay an amount equal to the deductible. We will then pay the remainder of your loss up to the limit of "Your Aircraft Physical Damage Coverage."

No deductible will apply, however, to any loss to your aircraft caused by: (1) fire, explosion, lightning, theft, robbery, vandalism; or (2) an accident involving an aircraft we insure that's owned by someone else; or (3) accidental damage to your aircraft while it's being transported after being dismantled.

**Emergency landing.** If a pilot shown on the Coverage Summary Page is forced to make an emergency landing away from an airport and there is no physical damage to your aircraft, we will pay the cost of transporting your aircraft to an airport nearest the forced landing site, by the least expensive means. But we won't pay more than the limit of "Your Aircraft Physical Damage Coverage."

**What you must do.** You agree to give us a sworn Proof of Loss Statement within ninety (90) days of the loss. You also agree to allow us or anyone we designate to question you under oath and to show us the damaged property and any records you have to prove the loss.

**Nhen we'll pay.** We will pay for a loss to your aircraft within thirty (30) days from the time agreement is reached on the amount of the loss, provided you have complied with the requirements of your policy. We'll deduct any premiums you owe and other debts you have with us.

**Suits for aircraft physical damage payments.** No suit or other legal action to recover payment can be brought under your policy unless you have complied with all of its terms and the action is brought within one (1) year after the occurrence which led to the loss or damage.

**Rights against third parties.** This insurance is for your benefit alone and not for any other person or organization. Except for what you agree to do under an Airport Contract, you promise not to do anything that will take away our right to collect for damages caused by others.

**Automatic reinstatement.** If your aircraft is damaged, we'll reduce the limit of insurance you have on your aircraft by the amount of damage. Once repairs begin, we'll increase your limit of insurance by the value of the completed repairs until the original limit of insurance on your aircraft is restored or your policy expires, whichever happens first.

**Arbitration of disputes.** If we can't agree with you on the amount of loss to your aircraft, the following procedure will be used to settle the dispute:

1. You can request in writing that the dispute be submitted for arbitration. We can do the same.

2. Each will then select an appraiser and will inform the other of that choice within twenty (20) days of the initial notification.

MAC 0450

# USAIG ALL-CLEAR AIRCRAFT POLICY

## /OUR MEDICAL COVERAGE

We will pay all reasonable medical expenses that passengers, pilots and crew members, including you, incur within one (1) year from the date of an accident. But the aircraft must have been used by you or with your permission when the accident occurred. Reasonable medical expenses include necessary costs of medical, surgical, dental, ambulance, hospital, professional nursing and funeral services.

**What we'll pay.** The amount shown on the Coverage Summary Page for "each person" is the most we'll pay for all medical expenses for one person in any one accident. We won't, however, provide medical services to anyone or their employees until any medical benefits covered under workers' compensation have been deducted.

**Whom we'll pay.** We can pay each injured person directly or we can pay the hospital or any other organization that provided service. Any payment we make will be applied against the limits of "Your Medical Coverage" but won't be an admission of your legal responsibility by us.

**Proof of Loss.** As soon as reasonably possible after the accident, an injured person or someone representing him or her must give us written proof of a claim. An injured person must also submit to physical examination by any doctor we select, whenever we reasonably ask. You will also help us obtain medical reports and copies of records.

**Suits for medical payment.** No suit or other legal action to recover payment can be brought under your policy unless you have complied with all its terms and at least thirty (30) days have elapsed since the required proof of claim has been given to the Aviation Managers.

## YOUR COVERAGE FOR OTHER AIRCRAFT

**Other aircraft.** If you are an individual or a corporation and you own the aircraft described on the Coverage Summary Page alone or as a co-owner with your spouse, "Your Liability and Medical Coverage" under your policy will also cover you and the following people while you or they are lawfully using another aircraft with your permission:

1. Your spouse living in the same household.
2. If you are a corporation, any of your executive officers, while they are using another aircraft on your behalf for business purposes.

We won't, however, cover the use of the other aircraft if the Coverage Summary Page allows you to charge people for using your own aircraft. We also won't cover any aircraft that is owned or used on a regular or frequent basis by you or anyone listed above, or their employers, or members of their household, or by any executive officer if you are a corporation. Nor will we cover you if you are leasing the aircraft described on the Coverage Summary Page to someone else.

**Substitute aircraft.** If you are temporarily using another aircraft because your aircraft described on the Coverage Summary Page is withdrawn from service and not available to you because of breakdown, repair, servicing or damage, we'll continue to provide you with the same Liability and Medical Coverage you have under your policy for the withdrawn aircraft. We won't cover any person or organization covered under your policy who owns or furnishes the substitute aircraft. Nor will we cover the legal responsibility of any agent or employee of the owner of the aircraft.

Coverage for "Other aircraft" and "Substitute aircraft" is excess insurance. This means if there is other insurance covering you which covers the loss, your Coverage for "Other aircraft" and "Substitute aircraft" will only pay claims when all other valid and collectible insurance covering the loss has been exhausted.

MAC 0451

U.S. Department of Transportation
Office of the Secretary of Transportation

**AGENCY DISPLAY OF ESTIMATED BURDEN**

The public reporting burden for this collection of information is estimated to average 30 minutes per response. If you wish to comment on the accuracy of the estimate or make suggestions for reducing this burden, please direct your comments to the Department of Transportation at the following address:
U.S. Department of Transportation
Office of Aviation Analysis, X-56
400 7th Street, SW.
Washington, DC 20590

OMB No. 2106-0030 Expires 2-28-01

# U.S. AIR CARRIERS
# CERTIFICATE OF INSURANCE

## POLICIES OF INSURANCE FOR AIRCRAFT ACCIDENT BODILY INJURY AND PROPERTY DAMAGE LIABILITY

FILING INSTRUCTIONS: File an original of this form with the FAA, Air Transportation Div., AFS-200,800 Independence Ave., SW., Washington, DC 20591. NOTE: If Block 2B on the reverse is filled in because the insured is an air taxi operator conducting scheduled passenger service (i.e., a commuter air carrier), file an original of this form with the Air Carrier Fitness Div., X-56, Office of Aviation Analysis, Dept. of Transportation, 400 7th St., SW., Washington, DC 20590.

*(Please type information, except signatures.)*

THIS CERTIFIES THAT: One or more of the member companies of the United States Aircraft Insurance Group
c/o United States Aviation Underwriters, Incorporated
(Name of Insurer)

has issued a policy or policies of Aircraft Liability Insurance to Mountain Air Charter, LLC Box #408 704 Main Street Jordan Valley, Oregon 97910
(Name and address of Insured U.S. Air Carrier)

effective from 12:01am 05/15/2002 until ten (10) days after written notice from the insurer or carrier of the intent to terminate coverage is received by the Department of Transportation.

COPY FOR YOUR FILES

NOTE: Part 205 of the Department's Regulations does not allow for a predetermined termination date, and a certificate showing such a date is unacceptable.

1. The Insurer *(Check One)*:

☒ is licensed to issue aircraft insurance policies in the United States;
☐ is licensed or approved by the government of __________ to issue aircraft insurance policies; or
☐ is an approved surplus line insurer in the State(s) of __________

2. The insurer assumes, under the policy or policies listed below, aircraft accident liability insured to minimums at least equal to the following during operation, maintenance, or use of aircraft in "air transportation" as that term is defined in 49 U.S.C. 40102. *(Complete applicable section(s) below):*

A. **U.S. AIR TAXI OPERATORS WITH PART 298 AUTHORITY ONLY**
The aircraft covered by this policy are SMALL AIRCRAFT (i.e., with 60 or fewer passenger seats or with a maximum payload capacity of 18,000 pounds or less). *(Check separate or combined coverage as appropriate)*:

☐ Separate Coverages:

| *Policy No.* | *Type of Liability* | *Minimum Limit* *Each Person* | *Each Occurrence* |
|---|---|---|---|
| | Bodily Injury Liability (Excluding Passengers) | $ 75,000 | $300,000 |
| | Passenger Bodily Injury | $ 75,000 | $75,000 x 75% of total number of passenger seats installed in aircraft |
| | Property Damage | | $100,000 |

X Combined Coverage: This combined coverage is a single limit of liability for each occurrence at least equal to the required minimums stated above for bodily injury (excluding passengers), property damaged, and passenger bodily injury.

*Policy No.* 360AC-615396 Amount of Coverage $3,000,000 CSL

☐ This policy covers CARGO operations *only* and *excludes* passenger liability insurance.

MAC 0452

COPY

OST Form 6410

B. **U.S. COMMUTER AND CERTIFICATED AIR CARRIERS OPERATING SMALL AIRCRAFT**

The aircraft covered by this policy are SMALL AIRCRAFT (i.e., with 60 or fewer passenger seats or with a maximum payload capacity of 18,000 pounds or less). *(Check separate or combined coverage as appropriate):*

☐ Separate Coverages:

| *Policy No.* | *Type of Liability* | *Minimum Limit* Each Person | *Minimum Limit* Each Occurrence |
|---|---|---|---|
| ________ | Combined Bodily Injury (Excluding Passengers other than cargo attendants) and Property Damage Liability | $300,000 | $2,000,000 |
| ________ | Passenger Bodily Injury | $300,000 | $300,000 x 75% of total number of passenger seats installed in aircraft |

☐ Combined Coverage: This combined coverage is a single limit of liability for each occurrence at least equal to the required minimums stated above for bodily injury (excluding passengers), property damaged, and passenger bodily injury.

*Policy No.* ________ Amount of Coverage ________

☐ This policy covers CARGO operations *only* and *excludes* passenger liability insurance.

C. **U.S. CERTIFICATED AIR CARRIERS OPERATING LARGE AIRCRAFT**

The aircraft covered by this policy are LARGE AIRCRAFT (i.e., with more than 60 passenger seats or with a maximum payload capacity of more than 18,000 pounds). *(Check separate or combined coverage as appropriate):*

☐ Separate Coverages:

| *Policy No.* | *Type of Liability* | *Minimum Limit* Each Person | *Minimum Limit* Each Occurrence |
|---|---|---|---|
| ________ | Combined Bodily Injury (Excluding Passengers other than cargo attendants) and Property Damage Liability | $300,000 | $20,000,000 |
| ________ | Passenger Bodily Injury | $300,000 | $300,000 x 75% of total number of passenger seats installed in aircraft |

☐ Combined Coverage: This combined coverage is a single limit of liability for each occurrence at least equal to the required minimums stated above for bodily injury (excluding passengers), property damaged, and passenger bodily injury.

*Policy No.* ________ Amount of Coverage ________

☐ This policy covers CARGO operations *only* and *excludes* passenger liability insurance.

| 3. The policy or policies listed in this certificate insure(s) *(Check One)*: | Make and Model | FAA or Foreign Flag Registration No. |
|---|---|---|
| ☒ Operations conducted with all aircraft operated by the insured | 2002 Pilatus PC-12 | N463JT |
| ☐ Operations conducted with the following types of aircraft: | | |
| ☐ Operations with the following aircraft: (Use additional page if necessary) | | |

4. Each policy listed in this certificate meets or exceeds the requirements in 14 CFR Part 205.

| | |
|---|---|
| **United States Aircraft Insurance Group c/o United States Aviation Underwriters, Incorporated** | **AirSure, Ltd.** |
| *(Name of Insurer)* | *(Name of Broker, if applicable)* |
| **6300 S. Syracuse Way, #370** | **25548 Genesee Trail Road** |
| *(Address)* | *(Address)* |
| **Englewood, CO 80111** | **Golden, CO 80401** |
| | *(City, State, Zip Code)* |
| **Jon L. Downey, Vice-President** | **Mark Vaughan** |
| *Contact (person who can verify the effectiveness of the coverage)* | *(Officer or authorized representative)* |
| **`3-773-1606 / 303-721-0387** | **(303) 526-5300 / (303) 526-5303** |
| *(Area Code, Phone Number) (Area Code, Fax Number)* | *(Area Code, Phone Number) (Area Code, Fax Number)* |
| ________ | [signature] |
| *(Signature, if applicable)* | *(Signature)* |
| **May 30, 2002** | **May 30, 2002** |
| *(Date)* | *(Date)* |

MAC 0453