Name: Thomas Edwin Travis
Address: 13532 Braemar Drive
Dallas, Texas 75234
972-241-8102
E-mail: tomtravis@aol.com

Date of birth: August 19, 1941

Education: Bachelor of Arts from Arkansas A&M 1964
Major: History Minor: Mathematics

Personal: Married . Two daughters.

Aviation experience: Civilian trained

Employed by Commercial Aviation in Monticello, Arkansas as a flight instructor, charter pilot and crop duster pilot from March 1964 until November 1964.

Employed by Fleeman Flying Service in Monroe, Louisiana as a flight instructor, charter pilot and crop duster pilot from November 1964 until October 1965.

Employed by Georgia Pacific Paper Corp. in Crossett, Arkansas from as a corporate pilot from October to December of 1965.

Hired by American Airlines as Flight Officer December 1965
Upgraded to First Officer 1966
Upgraded to Captain in 1979
Selected as Check Airman in 1983

Fleet Supervisor B747/DC-10 January 1988 until June 1989 with responsibility for selecting, training and supervising check airmen on both fleets.

Fleet Manager B747/DC-10 from June 1989 until March 1991 with responsibility for all pilot and flight engineer training on both fleets in the ground school, simulator and line qualification phases

Returned to check airman status in March of 1991.

Served as check airman for 18 years on 9 different aircraft types

Retired August 2001 due to FAA Age 60 Rule.

Certificates and ratings: Airline Transport Pilot #1527483: Airplane single engine land, Multi-engine land and sea, B727, B737, B747, B757, B767, B777,DC-9, DC-10, MD-11
Commercial privileges: Airplane single engine sea, glider, Rotorcraft helicopter, helicopter instrument, gyroplane.
Flight Instructor #1527483: Airplane single and multiengine, instrument, Rotorcraft helicopter, helicopter instrument, gyroplane, glider
Ground Instructor #1615369: Advanced and Instrument
Mechanic #1975944 : Airframe and Powerplant
Flight Engineer #1678290: Turbojet powered
Aircraft Dispatcher #2089078

Flight time: 22,186 hours total. Flight instruction given: 7,158 hours.

GOVERNMENT EXHIBIT 14

DEPARTMENT OF TRANSPORTATION - FEDERAL AVIATION ADMINISTRATION

IV NAME
THOMAS EDWIN TRAVIS
V ADDRESS
13532 BRAEMAR DR
DALLAS TX 75234-6130

| VI NATIONALITY | IVa D.O.B. | | | | |
|---|---|---|---|---|---|
| USA | 19AUG1941 | | | | |
| SEX | HEIGHT | WEIGHT | HAIR | EYES | |
| M | 71 | 170 | BROWN | GRAY | |

IX HAS BEEN FOUND TO BE PROPERLY QUALIFIED TO EXERCISE THE PRIVILEGES OF
II FLIGHT INSTRUCTOR
III CERTIFICATE NUMBER 1527483CFI
X DATE OF ISSUE 30 OCT 2000

VII SIGNATURE OF HOLDER XIV VIII ADMINISTRATOR

THOMAS EDWIN TRAVIS 1527483X

XII RATINGS

FLIGHT INSTRUCTOR
AIRPLANE SINGLE AND MULTIENGINE
ROTORCRAFT HELICOPTER AND GYROPLANE
INSTRUMENT AIRPLANE AND HELICOPTER GLIDER

XIII LIMITATIONS

VALID ONLY WHEN ACCOMPANIED BY PILOT CERTIFICATE NO. 1527483. EXPIRES: 31 DEC 2002.

I UNITED STATES OF AMERICA XI
DEPARTMENT OF TRANSPORTATION - FEDERAL AVIATION ADMINISTRATION

IV NAME
THOMAS EDWIN TRAVIS
V ADDRESS
13532 BRAEMAR DR
DALLAS TX 75234-6130

| VI NATIONALITY | IVa D.O.B. | | | |
|---|---|---|---|---|
| USA | 19AUG1941 | | | |
| SEX | HEIGHT | WEIGHT | HAIR | EYES |
| M | 71 | 170 | BROWN | GRAY |

IX HAS BEEN FOUND TO BE PROPERLY QUALIFIED TO EXERCISE THE PRIVILEGES OF
II AIRLINE TRANSPORT PILOT
III CERTIFICATE NUMBER 1527483
X DATE OF ISSUE 30 JAN 2001

VII SIGNATURE OF HOLDER XIV VIII ADMINISTRATOR

THOMAS EDWIN TRAVIS 152

XII RATINGS

*AIRLINE TRANSPORT PILOT
AIRPLANE SINGLE ENGINE LAND AIRPLANE MULTIENGINE LAND
B-727 B-737 B-747 B-757 B-767 B-777 DC-9 DC-10 MD-11
COMMERCIAL PRIVILEGES
AIRPLANE SINGLE ENGINE SEA
ROTORCRAFT HELICOPTER AND GYROPLANE INSTRUMENT HELICOP
GLIDER

XIII LIMITATIONS

I. UNITED STATES OF AMERICA XI
DEPARTMENT OF TRANSPORTATION-FEDERAL AVIATION ADMINISTRATION

THIS CERTIFIES THAT IV. THOMAS EDWIN TRAVIS
V. 14281 SOUTHERN PINES DRIVE
DALLAS TEXAS 75234

| DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES | SEX | NATIONALITY VI |
|---|---|---|---|---|---|---|
| 08-19-41 | 69 IN. | 159 | BROWN | GRAY | M | USA |

IX. HAS BEEN FOUND TO BE PROPERLY QUALIFIED TO EXERCISE THE PRIVILEGES OF
II. GROUND INSTRUCTOR III. CERT. NO. 1615369
RATINGS AND LIMITATIONS
XII. ADVANCED GROUND INSTRUCTOR
INSTRUMENT GROUND INSTRUCTOR*
XIII.
VII. SIGNATURE OF HOLDER X. ADMINISTRATOR
X. DATE OF ISSUE: 05-03-71 VIII.
AC FORM 8060-1 (3-69) SUPERSEDES PREVIOUS EDITION

I. UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION-FEDERAL AVIATION ADMINISTRATION

THIS CERTIFIES THAT IV. THOMAS EDWIN TRAVIS
V. 14281 SOUTHERN PINES DRIVE
DALLAS. TEXAS 75234

| DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES | SEX | NATI |
|---|---|---|---|---|---|---|
| 08-19-41 | 71 IN. | 150 | BROWN | GRAY | M | USA |

IX. HAS BEEN FOUND TO BE PROPERLY QUALIFIED TO EXERCISE THE PRIVILE
II. MECHANIC III. CERT. NO. 1975
RATINGS AND LIMITATIONS
XII. AIRFRAME
POWERPLANT*
XIII.
VII. SIGNATURE OF HOLDER X. ADMINISTRATOR
X. DATE OF ISSUE: 12-03-69 VIII.
AC FORM 8060-1 (3-69) SUPERSEDES PREVIOUS EDITION

I. UNITED STATES OF AMERICA XI.
DEPARTMENT OF TRANSPORTATION-FEDERAL AVIATION ADMINISTRATION

THIS CERTIFIES THAT IV. THOMAS EDWIN TRAVIS
V. 14281 SOUTHERN PINES DRIVE
DALLAS TEXAS 75234

| DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES | SEX | NATIONALITY VI. |
|---|---|---|---|---|---|---|
| 08-19-41 | 69 IN. | 159 | BROWN | GRAY | M | USA |

IX. HAS BEEN FOUND TO BE PROPERLY QUALIFIED TO EXERCISE THE PRIVILEGES OF
II. AIRCRAFT DISPATCHER* III. CERT NO 2089078
RATINGS AND LIMITATIONS
XII.
XIII.
VII. SIGNATURE OF HOLDER X. ADMINISTRATOR
X. DATE OF ISSUE 04-29-71 VIII.
AC FORM 8060-1 (3-69) SUPERSEDES PREVIOUS EDITION

I. UNITED STATES OF AMERICA XI.

THIS CERTIFIES THAT IV. THOMAS EDWIN TRAVIS
V. 1005 MAIN STREET
CROSSETT, ARKANSAS

| DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES | SEX | NATION |
|---|---|---|---|---|---|---|
| 08-19-41 | 71 IN. | 155 | BROWN | GRAY | M | USA |

IX. HAS BEEN FOUND TO BE PROPERLY QUALIFIED TO EXERCISE THE PRI
II. FLIGHT ENGINEER III. CERT. NO. 1678
RATINGS AND LIMITATIONS
XII. TURBOJET POWERED*
XIII.
VII. SIGNATURE OF HOLDER X. VIII. ADMINISTRATOR FEDERAL AVIATION AG
X. DATE OF ISSUE: 03-21-66
FAA FORM 1710 (7-65)

UNITED STATES OF AMERICA
Department of Transportation
Federal Aviation Administration

**MEDICAL CERTIFICATE** FIRST **CLASS**

This certifies that *(Full name and address):*

THOMAS EDWIN TRAVIS
13532 BRAEMAR DRIVE
DALLAS, TX 75234

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| 08-19-1941 | 70 | 175 | BROWN | GRAY | MALE |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

Limitations

RESTRICTIONS: NONE

| Date of Examination | Examiner's Designation No. |
|---|---|
| APRIL 1, 2002 | 14286-9 |

Examiner

Signature

Typed Name
GABRIEL FRIED, MD MPH 972-361-0155

AIRMAN'S SIGNATURE

FAA Form 8500-9 (3-99) Supersedes Previous Edition

FILE No.242 06/13 '02 10:42 ID:SIMCOM FAX:4077373887 PAGE 1/ 2

# PILOT PROFICIENCY

SIMCOM TRAINING CENTERS

# CERTIFICATE

## Thomas Edwin Travis

has satisfactorily completed a Pilatus PC-12 Initial course in accordance with the standards of SimCom Training Centers

Thomas J. Evans
Training Center Manager

May 11, 2002
Completion Date