2002

| MON | DAY | A/C MAKE | A/C ID | ROUTE | FLIGHT REMARKS | LDGS | IAP | A/C CATEGORY & CLASS: SEL | Turbine | CROSS | CONDITIONS: DAY | NIGHT | ACTUAL | HOOD | TYPE OF TIME: DUAL | PIC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | M20 | N1087N | RBD-OPF | IFR/GUL@NIGHT/OPF VISUAL @ NIG | 1 | 0 | 4.8 | | 4.8 | 2.3 | 3 | 0.4 | | | 4.8 | 4.8 |
| 1 | 7 | M20 | N1087N | OPF-BTR-RBD | VFR/GULF@10.5/NIGHT AFTER BTR | 2 | 0 | 6.6 | | 6.6 | 5.5 | 1 | 0.0 | | | 6.6 | 6.6 |
| 1 | 18 | M20 | N1087N | RBD-EGE | HARD IFR, ENROUTE & APPROACH | 1 | 1 | 4.0 | | 4.0 | 4.0 | 0 | 3.0 | | | 4.0 | 4.0 |
| 1 | 20 | M20 | N1087N | EGE-RBD | VFR DEP, PICKUP IFR, VISUAL RBD | 1 | 0 | 3.0 | | 3.0 | 3.0 | 0 | 1.0 | | | 3.0 | 3.0 |
| 2 | 16 | M20 | N1087N | RBD-DRO | VFR | 1 | 0 | 3.6 | | 3.6 | 3.6 | 0 | 0.0 | | | 3.6 | 3.6 |
| 2 | 17 | M20 | N1087N | DRO-SKY-RBD | VFR SKX, IFR SKX OUT @ 17, NIGH | 2 | 0 | 3.4 | | 3.4 | 1.4 | 2 | 0.7 | | | 3.4 | 3.4 |
| 2 | 21 | M20 | N1087N | RBD-RYY | HARD IFR DEP, RAIN, VISUAL @ RY | 1 | 0 | 2.5 | | 2.5 | 2.5 | 0.0 | 2.0 | | | 2.5 | 2.5 |
| 2 | 22 | M20 | N1087N | RYY-RBD | VFR | 1 | 0 | 3.9 | | 3.9 | 3.9 | 0.0 | 0.0 | | | 3.9 | 3.9 |
| 2 | 29 | M20 | N1087N | RBD-COS | IFR DEP, ILS 35L, | 1 | 1 | 3.5 | | 3.8 | 3.5 | 0.0 | 1.0 | | | 3.5 | 3.5 |
| 2 | 28 | M20 | N1087N | COS-RBD | NIGHT IFR DEP, VOR 17 @ NIGHT R | 1 | 1 | 3.1 | | 3.1 | 1.6 | 1.5 | 2.5 | | | 3.1 | 3.1 |
| 3 | 27 | M20 | N1087N | RBD-PGA-OAK | VFR ENROUTE TO FL200 & ILS 27R | 2 | 1 | 7.4 | | 7.4 | 5.9 | 1.5 | 0.5 | | | 7.4 | 7.4 |
| 3 | 28 | M20 | N1087N | OAK-APC | VFR | 1 | 0 | 0.3 | | 0.0 | 0.3 | 0.0 | 0.0 | | | 0.3 | 0.3 |
| 3 | 30 | M20 | N1087N | APC-SKX | IFR @ 190, VFR COND. | 1 | 0 | 4.1 | | 4.1 | 4.1 | 0.0 | 0.0 | | | 4.1 | 4.1 |
| 3 | 31 | M20 | N1087N | SKX-RBD | VFR DEP, IFR@ 190, ILS 31 @ RBD | 1 | 1 | 2.6 | | 2.6 | 2.6 | 0.0 | 0.5 | | | 2.6 | 2.6 |
| 4 | 28 | M20 | N1087N | RBD-LCL | airwork & currency | 1 | 0 | 1.2 | | 0.0 | 1.2 | 0.0 | 0.0 | | | 1.2 | 1.2 |
| 5 | 4 | M20 | N1087N | RBD-BIL | IFR DEPT, WINDS, | 1 | 1 | 5.6 | | 5.6 | 5.6 | 0.0 | 2.0 | | | 5.6 | 5.6 |
| 5 | 6 | M20 | N1087N | BIL-RBD | IFR DEP, WINDS TURB | 1 | 1 | 5.0 | | 5.0 | 3.0 | 2.0 | 1.0 | | | 5.0 | 5.0 |
| 5 | 8 | M20 | N1087N | RBD-AUS | IFR DEP, VISUAL | 1 | 0 | 1.3 | | 1.3 | 1.3 | 0.0 | 0.3 | | | 1.3 | 1.3 |
| 5 | 9 | M20 | N1087N | AUS-RBD | IFR DEP, ILS 31 | 1 | 1 | 1.2 | | 1.2 | 1.2 | 0.0 | 1.0 | | | 1.2 | 1.2 |
| 5 | 15 | PC12 | N463JT | APA-PUB-APA | Intro, basic flight training per SimCom | 6 | 0 | 3.3 | 3.3 | 2.0 | 3.3 | 0.0 | 0.0 | | 3.3 | 3.3 | 3.3 |
| 5 | 16 | PC12 | N463JT | APA-DRO-TEX-ASE | Flight syllabus,ifr procedures, high alt | 6 | 1 | 5.1 | 5.1 | 2.5 | 5.1 | 0.0 | 0.5 | | 5.1 | 5.1 | 5.1 |
| 5 | 17 | PC12 | N463JT | APA-SKX-AXX-SKX | Ops, perf review, additional familiariz | 2 | 1 | 4.8 | 4.8 | 3.0 | 4.8 | 0.0 | 1.0 | | 4.8 | 4.8 | 4.8 |
| 5 | 18 | PC12 | N463JT | APA-APA | Ops, procedures, manuevers | 1 | 0 | 3.0 | 3.0 | 1.0 | 3.0 | 0.0 | 0.0 | | 3.0 | 3.0 | 3.0 |
| 5 | 19 | PC12 | N463JT | APA-PWK | FL 290, visual @ PWK, RWY 12 | 1 | 0 | 3.6 | 3.6 | 3.6 | 3.6 | 0.0 | 0.5 | | 3.6 | 3.6 | 3.6 |
| 5 | 20 | PC12 | N463JT | PWK-RBD | FL 260, IFR, VFR @ RBD | 1 | 0 | 3.5 | 3.5 | 3.5 | 3.5 | 0.0 | 1.0 | | 3.5 | 3.5 | 3.5 |
| 5 | 23 | PC12 | N463JT | RBD-VNY-SNA | HWINDS,IFR@240 | 2 | 0 | 7.0 | 7.0 | 7.0 | 7.0 | 0.0 | 0.0 | | 7.0 | 7.0 | 7.0 |
| 5 | 24 | PC12 | N463JT | SNA-048-LMT-OAK | CRUISE AVX, N. CA, OR. | 3 | 0 | 6.0 | 6.0 | 6.0 | 6.0 | 0.0 | 0.0 | | 6.0 | 6.0 | 6.0 |
| 5 | 25 | PC12 | N463JT | OAK-2V1 (Pagosa Springs) | FL 290, TURB @ 2V1 | 2 | 4 | 3.7 | 3.7 | 3.7 | 3.7 | 0.0 | 0.0 | | 3.7 | 3.7 | 3.7 |
| 5 | 26 | PC12 | N463JT | SKX-RBD | FL 290,SIM EMER GEAR EXT. | 1 | 3 | 2.5 | 2.5 | 2.5 | 2.5 | 0.0 | 0.0 | | 2.5 | 2.5 | 2.5 |
| 5 | 27 | PC12 | N463JT | RBD-LCL | sim IFR, ILS approaches, night landin | 4 | 3 | 1.5 | 1.5 | 1.5 | 0.5 | 1.0 | 0.0 | 0.8 | 1.5 | 1.5 | 1.5 |
| 5 | 31 | PC12 | N463JT | GAI-2DF1 | CB avoid, FL 280 | 1 | 0 | 3.4 | 3.4 | 3.4 | 3.4 | 0.0 | 0.0 | | 3.4 | 3.4 | 3.4 |
| 5 | 31 | PC12 | N463JT | RBD-GAI | FL 290, hwinds | 1 | 0 | 5.3 | 5.3 | 5.3 | 5.3 | 0.0 | 0.0 | | 5.3 | 5.3 | 5.3 |
| 6 | 1 | PC12 | N463JT | 2DF1-LCL-RBD | FL 270 over gulf | 2 | 0 | 3.5 | 3.5 | 3.5 | 3.5 | 0.0 | 0.0 | | 3.5 | 3.5 | 3.5 |
| 6 | 2 | PC12 | N463JT | RBD-ACT-RBD | sim IFR, VOR 14, GPS 19, ILS 19, A | 3 | 4 | 1.8 | 1.8 | 1.8 | 1.0 | 0.8 | 0.0 | 1.0 | 1.8 | 1.8 | 1.8 |
| 6 | 4 | PC12 | N463JT | RBD-ACT-RBD | VOR-DME/GPS/ILS APPROACHES/NI | 4 | 4 | 1.9 | 1.9 | 1.9 | 1.0 | 0.9 | 0.0 | 1.0 | 1.9 | 1.9 | 1.9 |
| 6 | 6 | PC12 | N463JT | RBD-MEM-SAT-RBD | ILS 35@MEM TO MIN/ILS 31@RBD/ | 3 | 2 | 6.5 | 6.5 | 6.5 | 6.5 | 0.0 | 0.7 | | 6.5 | 6.5 | 6.5 |
| 6 | 8 | PC12 | N463JT | RBD-ACT-TYR-RBD | 13 Inst. Approaches, holding, night | 4 | 13 | 3.7 | 3.7 | 3.7 | 2.7 | 1.0 | 0.0 | 2.0 | 3.7 | 3.7 | 3.7 |
| 6 | 9 | PC12 | N463JT | RBD-SAT-MAF-SKX-RBD | Angel Flight, winds, enroute IFR | 4 | 0 | 7.3 | 7.3 | 7.3 | 6.7 | 0.6 | 0.5 | | 7.3 | 7.3 | 7.3 |
| 6 | 15 | PC12 | N463JT | APA-RBD | FL 290, CB avoid, visual @ RBD | 1 | 0 | 3.0 | 3.0 | 3.0 | 3.0 | 0.0 | 0.5 | | 3.0 | 3.0 | 3.0 |

GOVERNMENT EXHIBIT 17

MAC 2769

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 17 | PC12 | N463JT | RBD-TYR-RBD | 9 practice approaches, night | 6 | 9 | 2.4 | 2.4 | 2.4 | 1.4 | 1.0 | 0.0 | 1.0 | 2.4 | 2.4 | 2.4 |
| 6 | 18 | PC12 | N463JT | RBD-LHQ | FL 190, clr | 1 | 0 | 3.6 | 3.6 | 3.6 | 3.6 | 0.0 | 0.0 | | 3.6 | 3.6 | 3.6 |
| 6 | 19 | PC12 | N463JT | LHQ-RBD | | 1 | 0 | 3.4 | 3.4 | 3.4 | 3.4 | 0.0 | 0.3 | | 3.4 | 3.4 | 3.4 |
| 6 | 22 | PC12 | N463JT | RBD-SKX | FL260/CBS/ | 1 | 0 | 2.3 | 2.3 | 2.3 | 2.3 | 0.0 | 0.5 | | 2.3 | 2.3 | 2.3 |
| 6 | 23 | PC12 | N463JT | SKX-ASE-RBD | CLR/VIS @ ASE/VIS @ RBD | 2 | 0 | 4.1 | 4.1 | 4.1 | 4.1 | 0.0 | 0.0 | | 4.1 | 4.1 | 4.1 |
| 6 | 28 | PC12 | N463JT | FTW-RBD-SKX | | 2 | 0 | 3.0 | 3.0 | 3.0 | 3.0 | 0.0 | 0.3 | | 3.0 | 3.0 | 3.0 |
| 6 | 28 | MO20 | N1087N | RBD-FTW | | 1 | 0 | 0.4 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | | 0.0 | 0.4 | 0.4 |
| 7 | 1 | PC12 | N463JT | SKX-VNY-SKX | 260 & 290, some wx | 2 | 0 | 6.4 | 6.4 | 6.4 | 6.4 | 0.0 | 0.2 | | 6.4 | 6.4 | 6.4 |
| 7 | 2 | PC12 | N463JT | SKX-RBD | | 1 | 1 | 2.6 | 2.6 | 2.6 | 2.6 | 0.0 | 1.0 | | 2.6 | 2.6 | 2.6 |
| 7 | 4 | PC12 | N463JT | RBD-SKX | | 1 | 0 | 2.3 | 2.3 | 2.3 | 2.3 | 0.0 | 1.2 | | 2.3 | 2.3 | 2.3 |
| 7 | 5 | PC12 | N463JT | SKX-APA-SKX | | 2 | 0 | 2.3 | 2.3 | 2.3 | 2.3 | 0.0 | 0.3 | | 2.3 | 2.3 | 2.3 |
| 7 | 6 | PC12 | N463JT | SKX-JAC-WYS | CBs | 3 | 0 | 5.8 | 5.8 | 5.8 | 5.8 | 0.0 | 1.5 | | 5.8 | 5.8 | 5.8 |
| 7 | 7 | PC12 | N463JT | SKX-PUB (AREA)-RBD | CBS/FL290/ | 1 | 0 | 3.6 | 3.6 | 3.6 | 3.6 | 0.0 | 0.3 | | 3.6 | 3.6 | 3.6 |
| 7 | 10 | PC12 | N463JT | RBD-ACY-RBD | CBs/ILS @ ACY/LONG LINE OF TSTR | 2 | 1 | 10.6 | 10.6 | 1.6 | 10.6 | 0.0 | 2.0 | | 10.6 | 10.6 | 10.6 |
| 7 | 11 | PC12 | N463JT | RBD-EGE | cbs. | 1 | 0 | 3.3 | 3.3 | 3.3 | 3.3 | 0.0 | 0.5 | | 3.3 | 3.3 | 3.3 |
| 7 | 13 | PC12 | N463JT | EGE-LVX-EGE | Leadville - high altitude | 2 | 0 | 0.5 | 0.5 | 0.0 | 0.5 | 0.0 | 0.0 | | 0.5 | 0.5 | 0.5 |
| 7 | 14 | PC12 | N463JT | EGE-RBD-SKX | cbs, avoidance & penetration | 2 | 1 | 5.0 | 5.0 | 5.0 | 5.0 | 0.0 | 1.0 | | 5.0 | 5.0 | 5.0 |
| 7 | 16 | PC12 | N463JT | SKX-RBD | tstorms, rain | 1 | 0 | 2.4 | 2.4 | | 2.4 | 0.0 | 0.5 | | 2.4 | 2.4 | 2.4 |
| 7 | 18 | PC12 | N463JT | RBD-SKX | CBs | 1 | 0 | 2.4 | 2.4 | 2.4 | 2.4 | 0.0 | 0.3 | | 2.4 | 2.4 | 2.4 |
| 7 | 19 | PC12 | N463JT | SKX-LCL | pattern work, high x-winds | 5 | 0 | 1.7 | 1.7 | 0.0 | 1.7 | 0.0 | 0.2 | | 1.7 | 1.7 | 1.7 |
| 7 | 21 | PC12 | N463JT | SKX-RBD | CBs, VOR 17 | 1 | 1 | 2.5 | 2.5 | 2.5 | 2.5 | 0.0 | 0.0 | | 2.5 | 2.5 | 2.5 |
| 7 | 24 | PC12 | N463JT | RBD-ACT-RBD | multiple hard IFR practice approaches | 5 | 7 | 2.9 | 2.9 | 2.9 | 1.9 | 1.0 | 0.0 | 1.0 | 2.9 | 2.9 | 2.9 |
| 7 | 26 | PC12 | N463JT | RBD-SKX | cbs | 1 | 0 | 2.3 | 2.3 | 2.3 | 2.3 | 0.0 | 0.3 | | 2.3 | 2.3 | 2.3 |
| 7 | 28 | PC12 | N463JT | SKX-RBD | CBS | 1 | 0 | 2.2 | 2.2 | 2.2 | 2.2 | 0.0 | 0.2 | | 2.2 | 2.2 | 2.2 |
| 8 | 1 | PC12 | N463JT | RBD-SFO | High altitude clds @ 280 | 1 | 0 | 5.8 | 5.8 | 5.8 | 5.8 | 0.0 | 2.0 | | 5.8 | 5.8 | 5.8 |
| 8 | 5 | PC12 | N463JT | SFO-SCK-RBD | haze @ sck, high alt | 2 | 0 | 6.1 | 6.1 | 6.1 | 6.1 | 0.0 | 1.5 | | 6.1 | 6.1 | 6.1 |
| 8 | 9 | PC12 | N463JT | RBD-SKX | | 1 | 0 | 2.8 | 2.8 | 2.8 | 2.8 | 0.0 | 0.2 | | 2.8 | 2.8 | 2.8 |
| 8 | 10 | PC12 | N463JT | SKX-LCL | x-wind landings, night | 4 | 0 | 0.7 | 0.7 | 0.0 | 0.5 | 0.2 | 0.0 | | 0.7 | 0.7 | 0.7 |
| 8 | 13 | PC12 | N463JT | SKX-ABQ-SKX-TEB | night @ TEB, ILS | 3 | 1 | 6.7 | 6.7 | 6.7 | 5.2 | 1.5 | 1.0 | | 6.7 | 6.7 | 6.7 |
| 8 | 14 | PC12 | N463JT | TEB-SKX | Misc cbs, wx | 1 | 0 | 8.1 | 8.1 | 8.1 | 8.1 | 0.0 | 1.0 | | 8.1 | 8.1 | 8.1 |
| 8 | 18 | MO20 | N463JT | RBD-LCL | MO20 currency | 1 | 0 | 1.0 | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | | 0.0 | 1.0 | 1.0 |
| 8 | 21 | PC12 | N463JT | RBD-ABQ-SKX | | 2 | 0 | 3.3 | 3.3 | 3.3 | 3.3 | 0.0 | 0.0 | | 3.3 | 3.3 | 3.3 |
| 8 | 25 | PC12 | N463JT | SKX-MKE-RBD | tstrm enroute, IFR | 2 | 1 | 7.1 | 7.1 | 7.1 | 7.1 | 0.0 | 1.5 | | 7.1 | 7.1 | 7.1 |
| 8 | 27 | PC12 | N463JT | RBD-SKX | | 1 | 0 | 2.6 | 2.6 | 2.6 | 2.1 | 0.5 | 0.0 | | 2.6 | 2.6 | 2.6 |
| 8 | 30 | PC12 | N463JT | RBD-SKX | | 1 | 0 | 2.5 | 2.5 | 2.6 | 2.5 | 0.0 | 0.0 | | 2.5 | 2.5 | 2.5 |
| 9 | 2 | PC12 | N463JT | SKX-RBD | | 1 | 0 | 2.2 | 2.2 | 2.6 | 2.2 | 0.0 | 0.0 | | 2.2 | 2.2 | 2.2 |
| 9 | 4 | PC12 | N463JT | RBD-IAD | enroute wx, ILS @ IAD | 1 | 1 | 4.5 | 4.5 | 2.6 | 2.5 | 2.0 | 2.0 | | 4.5 | 4.5 | 4.5 |
| 9 | 6 | PC12 | N463JT | RBD-SKX | | 1 | 0 | 2.5 | 2.5 | 2.6 | 2.5 | 0.0 | 0.0 | | 2.5 | 2.5 | 2.5 |
| 9 | 5 | PC12 | N463JT | IAD-RBD | | 1 | 1 | 4.5 | 4.5 | 2.6 | 4.5 | 0.0 | 0.5 | | 4.5 | 4.5 | 4.5 |
| 9 | 7 | PC12 | N463JT | SKX-RBD | | 0 | 0 | 2.5 | 2.5 | 2.6 | 2.5 | 0.0 | 0.0 | | 2.5 | 2.5 | 2.5 |
| 9 | 15 | M20 | N1087N | RBD-LCL | A/C CURRENCY | 3 | 0 | 1.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | | 0.0 | 1.0 | 1.0 |
| 9 | 16 | PC12 | N463JT | RBD-ACT-RBD | multiple night IFR practice approache | 3 | 5 | 2.5 | 2.5 | 2.6 | 0.5 | 2.0 | 0.0 | 1.0 | 2.5 | 2.5 | 2.5 |
| 9 | 26 | PC12 | N463JT | PWK-RBD | | 1 | 0 | 3.5 | 3.5 | 2.6 | 3.5 | 0.0 | 0.0 | | 3.5 | 3.5 | 3.5 |

MAC 2770

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 26 | PC12 | N463JT | RBD-PWK | WX ENROUTE | 1 | 1 | 3.2 | 3.2 | 2.6 | 0.0 | 3.2 | 0.5 | | 3.2 | 3.2 | 3.2 |
| 9 | 27 | PC12 | N463JT | RBD-CYVR | enroute wx & IFR, ILS @ CYVR, DEM | 1 | 0 | 8.0 | 8.0 | 2.6 | 8.0 | 0.0 | 0.0 | | 8.0 | 8.0 | 8.0 |
| 10 | 6 | PC12 | N463JT | SFO-RBD | enroute IFR, DEM 135, ILS 31 @ RBI | 1 | 1 | 5.5 | 5.5 | 2.6 | 1.5 | 4.0 | 3.0 | | 5.5 | 5.5 | 5.5 |
| 10 | 13 | PC12 | N463JT | RBD-TYR-RBD | multiple night IFR approaches | 8 | 9 | 3.3 | 3.3 | 2.6 | 1.3 | 2.0 | 0.5 | 2.0 | 3.3 | 3.3 | 3.3 |
| 10 | 13 | M20 | N1087N | RBD-LCL | A/C CURRENCY | 4 | 0 | 1.2 | 0.0 | 0.0 | 1.2 | 0.0 | 0.0 | | 0.0 | 1.2 | 1.2 |
| 10 | 13 | PC12 | N463JT | RBD-TYR-RBD | Currency 3x NIGHT FULL STOP | 10 | 12 | 3.2 | 3.2 | 2.6 | 0.0 | 3.2 | 2.0 | | 3.2 | 3.2 | 3.2 |
| 10 | 19 | M20 | 1087M | RBD-LCL | 3 ILS 31 FULL STOP | 3 | 3 | 1.0 | 0.0 | 2.6 | 1.0 | 0.0 | 0.5 | | 0.0 | 1.0 | 1.0 |
| 10 | 19 | PC-12 | N463JT | RBD-TYR-RBD | PRACTICE INST APPROACHES/NIGH | 13 | 6 | 3.2 | 0.0 | 2.6 | 1.2 | 2.0 | 2.0 | | 3.2 | 3.2 | 3.2 |
| 10 | 27 | PC-12 | N463JT | RBD-ACT-RBD | PRACTICE INST APPROACHES/NIGH | 3 | 5 | 2.9 | 0.0 | 2.6 | 0.9 | 2.0 | 2.0 | | 2.9 | 2.9 | 2.9 |
| 11 | 8 | PC-12 | N463JT | RBD-LCL | NIGHT& XWIND LANDINGS/FULL ST | 7 | 0 | 1.0 | 0.0 | 2.6 | 0.0 | 1.0 | 0.0 | | 1.0 | 1.0 | 1.0 |
| 11 | 9 | PC-12 | N463JT | RBD-LCL | X-WIND LANDINGS, Flight Maneuver | 3 | 0 | 1.4 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | | 1.4 | 1.4 | 1.4 |
| 11 | 10 | PC-12 | N463JT | RBD-ACT-RBD | Approaches, partial panel,trim failure | 3 | 3 | 2.2 | 0.0 | 2.2 | 2.2 | 0.0 | 0.5 | | 2.2 | 2.2 | 2.2 |
| 11 | 10 | PC-12 | N463JT | RBD-SPL-RBD | ENGINE OUT PROCEDURES/SIMCOM | 3 | 0 | 1.4 | 0.0 | 1.4 | 1.4 | 0.0 | 0.0 | | 1.4 | 1.4 | 1.4 |
| 11 | 11 | PC-12 | N463JT | RBD-MCO | convective, gulf, | 1 | 0 | 3.8 | 0.0 | 3.8 | 2.8 | 1.0 | 2.5 | | 3.8 | 3.8 | 3.8 |
| 11 | 11 | PC-12 | N463JT | RBD-LCL | Flap reset, engine out procedures, | 5 | 0 | 0.7 | 0.0 | 0.0 | 0.7 | 0.0 | 0.0 | | 0.7 | 0.7 | 0.7 |
| 11 | 12 | PC-12 | N463JT | MCO-RBD | convective wx gulf, tstrm avoid, | 1 | 1 | 5.1 | 0.0 | 5.1 | 5.1 | 0.0 | 3.0 | | 0.0 | 5.1 | 5.1 |
| 11 | 16 | PC-12 | N463JT | SKX-LCL | DEMO FOR CHARTER CUSTOMER | 1 | 0 | 0.4 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | | | 0.4 | 0.4 |
| 11 | 16 | PC-12 | N463JT | RBD-SKX | SIFL-LAND | 1 | 0 | 2.6 | 0.0 | 2.6 | 2.6 | 0.0 | 0.5 | | | 2.6 | 2.6 |
| 11 | 17 | M20 | N1087N | RBD-LCL | Inst currency, multiple ILS 31 circle 1 | 3 | 3 | 1.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.5 | | | 1.0 | 1.0 |
| 12 | 2 | PC-12 | N463JT | RBD-IWS-RBD | Norman Demo | 2 | 1 | 3.3 | 0.0 | 3.3 | 0.0 | 3.3 | 1.0 | | | 3.3 | 3.3 |
| 12 | 7 | M20 | N1087N | RBD-LCL | Landings, slow flight, turns | 1 | 0 | 10.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | | | 1.0 | 1.0 |
| 12 | 8 | PC-12 | N463JT | RBD-ACT-RBD | hard IFR, pratice approaches to misse | 5 | 10 | 3.0 | 0.0 | 3.0 | 1.0 | 2.0 | 3.0 | | | 3.0 | 3.0 |
| 12 | 14 | PC-12 | N463JT | RBD-SKX-RBD | | 2 | 0 | 4.7 | 0.0 | 4.7 | 2.7 | 2.0 | 1.0 | | | 4.7 | 4.7 |
| 12 | 15 | M20 | N1087N | RBD-LCL | climb to 17.5, turns, airwork | 1 | 1 | 1.3 | 0.0 | 0.0 | 1.3 | 0.0 | 0.0 | | | 1.3 | 1.3 |
| 12 | 16 | PC-12 | N463JT | SKX-RBD | SIFL- | 1 | 0 | 2.0 | 0.0 | 2.0 | 0.0 | 2.0 | 0.5 | | | 2.0 | 2.0 |
| 12 | 29 | PC-12 | N463JT | RBD-TYR-RBD | hard night IFR practice approaches, r | 6 | 9 | 2.6 | 0.0 | 2.6 | 1.1 | 1.5 | 2.0 | | | 2.6 | 2.6 |
| | ### | | | | | 240 | 136.0 | 361.9 | #### | 320.9 | #### | 52.3 | 65.9 | 9.8 | #### | 364.3 | 364.3 |

MAC 2771

2003

| MON | DAY | /C MAK | A/C ID. | FLIGHT REMARKS | LDGS | IAP | SEL | Turbine | CROSS | DAY | NIGHT | ACTUAL | HOOD | DUAL | PIC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | PC-12 | N463JT | Reposition | 1 | 0 | 0.3 | 0.0 | 0.3 | 0.0 | 0.3 | 0.0 | | | 0.3 | 0.3 |
| 1 | 10 | MO20 | N1087n | ENNIS, NIGHT | 2 | 1 | 1.0 | 0.0 | 0.0 | 0.5 | 0.5 | 0.2 | | | 1.0 | 1.0 |
| 1 | 11 | PC-12 | N463JT | wx out over gulf, mid, low level | 3 | 0 | 5.1 | 0.0 | 5.1 | 3.1 | 2.0 | 2.0 | | | 5.1 | 5.1 |
| 1 | 13 | PC-12 | N463JT | ws out of MIA, system in gulf, s | 1 | 1 | 5.1 | 0.0 | 5.1 | 4.1 | 1.0 | 2.0 | | | 5.1 | 5.1 |
| 1 | 17 | PC-12 | N463JT | ovc @ RBD, mid level, winds @ | 2 | 1 | 4.2 | 0.0 | 4.2 | 3.7 | 0.5 | 1.0 | | | 4.2 | 4.2 |
| 1 | 20 | PC-12 | N463JT | some IFR, night@ F41, | 2 | 0 | 3.2 | 0.0 | 3.2 | 2.7 | 0.5 | 0.5 | | | 3.2 | 3.2 |
| 1 | 26 | PC-12 | N463JT | Night & Inst currency, | 11 | 8 | 2.8 | 0.0 | 2.8 | 0.0 | 2.8 | 2.0 | | 2.0 | 2.8 | 2.8 |
| 2 | 2 | MO20 | N1087N | Local flight, night | 4 | 0 | 3.5 | 0.0 | 3.5 | 3.0 | 0.5 | 0.0 | | | 3.5 | 3.5 |
| 2 | 17 | PC-12 | N463JT | RTB, night @ RBD | 2 | 0 | 4.5 | 0.0 | 4.5 | 3.0 | 1.5 | 1.0 | | | 4.5 | 4.5 |
| 2 | 21 | PC-12 | N463JT | occas, wx, practice approaches | 5 | 9 | 4.8 | 0.0 | 4.8 | 0.8 | 4.0 | 2.0 | | 4.8 | 4.8 | 4.8 |
| 2 | 23 | PC-12 | N463JT | Maint/day vfr/winds | 1 | 0 | 0.4 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | | | 0.4 | 0.4 |
| 2 | 23 | MO20 | N1087N | Winds/airwork | 2 | 0 | 1.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | | | 1.0 | 1.0 |
| 3 | 14 | PC-12 | N463JT | basic currency | 7 | 0 | 0.7 | 0.0 | 0.0 | 0.7 | 0.0 | 0.0 | | | 0.7 | 0.7 |
| 3 | 20 | MO20 | N1087N | Winds/airwork/landings | 2 | 0 | 1.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | | | 1.0 | 1.0 |
| 3 | 22 | PC-12 | N463JT | night currency/4x full stop landi | 4 | 2 | 0.5 | 0.0 | 0.0 | 0.0 | 0.5 | 0.2 | | | 0.5 | 0.5 |
| 3 | 28 | PC-12 | N463JT | 4x night landings/full stop | 4 | 0 | 0.9 | 0.0 | 0.0 | 0.0 | 0.9 | 0.0 | | | 0.9 | 0.9 |
| 3 | 29 | PC-12 | N463JT | | 2 | 0 | 4.6 | 0.0 | 4.6 | 3.6 | 1.0 | 0.0 | | | 4.6 | 4.6 |
| 4 | 10 | PC-12 | N463JT | aborted MROC/oil leak/diagnose | 3 | 0 | 0.8 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | | | 0.8 | 0.8 |
| 4 | 11 | PC-12 | N463JT | diagnose oil leak with P&W | 1 | 0 | 1.1 | 0.0 | 1.1 | 1.1 | 0.0 | 0.0 | | | 1.1 | 1.1 |
| 4 | 11 | PC-12 | N463JT | diagnose leak a/c to P&W | 1 | 0 | 0.4 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | | | 0.4 | 0.4 |
| 4 | 12 | PC-12 | N463JT | a/c back to P&W | 1 | 0 | 0.3 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | | | 0.3 | 0.3 |
| 4 | 12 | PC-12 | N463JT | JRT SIFL/winds/ifr | 1 | 0 | 4.5 | 0.0 | 4.5 | 4.5 | 0.0 | 0.0 | | | 4.5 | 4.5 |
| 4 | 14 | PC-12 | N463JT | ifr/app @ DRT | 1 | 1 | 2.7 | 0.0 | 2.7 | 2.7 | 0.0 | 0.0 | | | 2.7 | 2.7 |
| 4 | 14 | PC-12 | N463JT | clr/winds | 1 | 0 | 1.4 | 0.0 | 1.4 | 1.4 | 0.0 | 0.0 | | | 1.4 | 1.4 |
| 4 | 19 | PC-12 | N463JT | night arrival | 2 | 0 | 4.7 | 0.0 | 4.7 | 4.2 | 0.5 | 0.0 | | | 4.7 | 4.7 |
| 4 | 20 | MO20 | N1087N | airwork | 1 | 0 | 1.1 | 0.0 | 0.0 | 1.1 | 0.0 | 0.0 | | | 1.1 | 1.1 |
| 4 | 24 | PC-12 | N463JT | day/ifr/winds | 1 | 0 | 3.9 | 0.0 | 3.9 | 3.9 | 0.0 | 0.0 | | | 3.9 | 3.9 |
| 4 | 26 | PC-12 | N463JT | day/vfr/winds | 1 | 0 | 3.2 | 0.0 | 3.2 | 3.2 | 0.0 | 0.0 | | | 3.2 | 3.2 |
| 5 | 4 | PC-12 | N463JT | day vfr/high winds | 9 | 0 | 0.8 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | | | 0.8 | 0.8 |
| 5 | 11 | PC-12 | N463JT | simcom recurrent training/ils@ r | 1 | 1 | 3.3 | 0.0 | 3.3 | 2.3 | 1.0 | 1.0 | | | 3.3 | 3.3 |
| 5 | 13 | PC-12 | N463JT | day vfr training simcom | 9 | 0 | 1.8 | 0.0 | 1.8 | 1.8 | 0.0 | 0.0 | | | 1.8 | 1.8 |
| 5 | 14 | PC-12 | N463JT | ifr enroute/ | 1 | 0 | 1.3 | 0.0 | 1.3 | 1.3 | 0.0 | 1.0 | | | 1.3 | 1.3 |
| 5 | 17 | PC-12 | N463JT | ifr enroute | 2 | 0 | 5.0 | 0.0 | 5.0 | 5.0 | 0.0 | 2.0 | | | 5.0 | 5.0 |
| 5 | 18 | PC-12 | N463JT | day vfr | 2 | 0 | 1.3 | 0.0 | 1.3 | 1.3 | 0.0 | 0.0 | | | 1.3 | 1.3 |
| 5 | 18 | MO20 | N1087N | In for annual insp | 1 | 0 | 1.3 | 0.0 | 1.3 | 1.3 | 0.0 | 0.1 | | | 1.3 | 1.3 |
| 5 | 22 | PC-12 | N463JT | ifr enroute/tstorms/ils @ FXE | 1 | 1 | 4.2 | 0.0 | 4.2 | 2.2 | 2.0 | 3.0 | | | 4.2 | 4.2 |
| 5 | 23 | PC-12 | N463JT | ifr enroute/ovc @ TNCM/Visual | 1 | 0 | 4.5 | 0.0 | 4.5 | 4.5 | 0.0 | 1.0 | | | 4.5 | 4.5 |
| 5 | 26 | PC-12 | N463JT | ifr enroute/visual @ TJSJ | 1 | 0 | 1.1 | 0.0 | 1.1 | 1.1 | 0.0 | 0.5 | | | 1.1 | 1.1 |

MAC 2772

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 31 | PC-12 | N463JT | IFR enroute/visual @ MDPP | 1 | 0 | 1.4 | 0.0 | 1.4 | 1.4 | 0.0 | 0.5 | | | 1.4 | 1.4 |
| 6 | 4 | PC-12 | N463JT | IFR enroute/visual@ fxe & rbd | 2 | 0 | 7.9 | 0.0 | 7.9 | 7.9 | 0.0 | 3.0 | | | 7.9 | 7.9 |
| 6 | 7 | MO20 | N1087N | MOVE FERRY PILOT | 2 | 0 | 1.1 | 0.0 | 1.1 | 1.1 | 0.0 | 0.1 | | | 1.1 | 1.1 |
| 6 | 14 | MO20 | N1087N | clr/winds | 1 | 0 | 3.0 | 0.0 | 3.0 | 3.0 | 0.0 | 0.5 | | | 3.0 | 3.0 |
| 6 | 15 | MO20 | N1087M | | 1 | 0 | 3.0 | 0.0 | 3.0 | 2.5 | 0.5 | 0.0 | | | 3.0 | 3.0 |
| 6 | 19 | PC-12 | N463JT | clr/winds | 2 | 0 | 2.3 | 0.0 | 2.3 | 2.3 | 0.0 | 0.0 | | | 2.3 | 2.3 |
| 6 | 20 | PC-12 | N463JT | clr/winds | 2 | 0 | 1.5 | 0.0 | 1.5 | 1.5 | 0.0 | 0.0 | | | 1.5 | 1.5 |
| 6 | 23 | PC-12 | N463JT | clr | 2 | 0 | 1.2 | 0.0 | 1.2 | 1.2 | 0.0 | 0.0 | | | 1.2 | 1.2 |
| 6 | 24 | PC-12 | N463JT | clr | 1 | 0 | 2.1 | 0.0 | 2.1 | 2.1 | 0.0 | 0.5 | | | 2.1 | 2.1 |
| 6 | 26 | PC-12 | N463JT | IFR ENROUTE | 1 | 0 | 2.5 | 0.0 | 2.5 | 2.5 | 0.0 | 0.5 | | | 2.5 | 2.5 |
| 6 | 27 | PC-12 | N463JT | | 2 | 0 | 1.3 | 0.0 | 1.3 | 1.3 | 0 | 0.3 | | | 1.3 | 1.3 |
| 6 | 29 | PC-12 | N463JT | | 2 | 0 | 1.4 | 0.0 | 1.4 | 1.4 | 0 | 0.1 | | | 1.4 | 1.4 |
| 6 | 30 | PC-12 | N463JT | | 1 | 0 | 2.2 | 0.0 | 2.2 | 2.2 | 0 | 0.0 | | | 2.2 | 2.2 |
| 7 | 3 | PC-12 | N463JT | | 1 | 0 | 2.3 | 0.0 | 2.3 | 2.3 | 0 | 0.0 | | | 2.3 | 2.3 |
| 7 | 5 | PC-12 | N463JT | | 2 | 0 | 1.2 | 0.0 | 1.2 | 1.2 | 0 | 0.0 | | | 1.2 | 1.2 |
| 7 | 9 | PC-12 | N463JT | | 2 | 0 | 1.2 | 0.0 | 1.2 | 1.2 | 0 | 0.0 | | | 1.2 | 1.2 |
| 7 | 10 | PC-12 | N463JT | | 1 | 0 | 1.1 | 0.0 | 1.1 | 1.1 | 0 | 0.5 | | | 1.1 | 1.1 |
| 7 | 10 | PC-12 | N463JT | | 2 | 1 | 1.2 | 0.0 | 1.2 | 1.2 | 0 | 0.5 | | | 1.2 | 1.2 |
| 7 | 11 | PC-12 | N463JT | | 2 | 0 | 1.8 | 0.0 | 1.8 | 1.8 | 0 | 0.5 | | | 1.8 | 1.8 |
| 7 | 13 | PC-12 | N463JT | | 2 | 0 | 3.3 | 0.0 | 3.3 | 3.3 | 0 | 0.8 | | | 3.3 | 3.3 |
| 7 | 19 | PC-12 | N463JT | | 1 | 0 | 2.2 | 0.0 | 2.2 | 2.2 | 0 | 0.0 | | | 2.2 | 2.2 |
| 7 | 20 | PC-12 | N463JT | | 2 | 0 | 1.0 | 0.0 | 1.0 | 1.0 | 0 | 0.0 | | | 1.0 | 1.0 |
| 7 | 21 | PC-12 | N463JT | | 2 | 0 | 2.1 | 0.0 | 2.1 | 2.1 | 0 | 0.6 | | | 2.1 | 2.1 |
| 7 | 24 | PC-12 | N463JT | ENROUTE WX | 1 | 0 | 2.8 | 0.0 | 2.8 | 2.8 | 0 | 0.5 | | | 2.8 | 2.8 |
| 7 | 24 | PC-12 | N463JT | | 2 | 0 | 2.1 | 0.0 | 2.1 | 2.1 | 0 | 0.0 | | | 2.1 | 2.1 |
| 8 | 1 | MO20 | N1087M | | 1 | 0 | 3.0 | 0.0 | 3.0 | 3.0 | 0 | 0.0 | | | 3.0 | 3.0 |
| 8 | 4 | MO20 | N1087M | | 2 | 0 | 0.8 | 0.0 | 0.8 | 0.8 | 0 | 0.0 | | | 0.8 | 0.8 |
| 8 | 5 | MO20 | N1087M | | 1 | 0 | 3.0 | 0.0 | 3.0 | 2.5 | 1 | 0.5 | | | 3.0 | 3.0 |
| 8 | 8 | PC-12 | N463JT | | 1 | 0 | 2.5 | 0.0 | 2.5 | 2.5 | 0 | 0.0 | | | 2.5 | 2.5 |
| 8 | 11 | PC-12 | N463JT | | 1 | 0 | 2.1 | 0.0 | 2.1 | 1.1 | 1 | 1.0 | | | 2.1 | 2.1 |
| 8 | 12 | PC-12 | N463JT | | 1 | 1 | 2.5 | 0.0 | 2.5 | 1.5 | 1 | 0.8 | | | 2.5 | 2.5 |
| 8 | 13 | PC-12 | N463JT | | 1 | 0 | 2.4 | 0.0 | 2.4 | 2.4 | 0 | 0.0 | | | 2.4 | 2.4 |
| 8 | 16 | PC-12 | N463JT | | 1 | 0 | 2.0 | 0.0 | 2.0 | 2.0 | 0 | 0.0 | | | 2.0 | 2.0 |
| 8 | 19 | PC-12 | N463JT | | 1 | 0 | 2.1 | 0.0 | 2.1 | 2.1 | 0 | 0.3 | | | 2.1 | 2.1 |
| 8 | 22 | PC-12 | N463JT | | 1 | 0 | 2.3 | 0.0 | 2.3 | 2.3 | 0 | 0.0 | | | 2.3 | 2.3 |
| 8 | 23 | PC-12 | N463JT | | 2 | 0 | 1.8 | 0.0 | 1.8 | 1.3 | 1 | 0.0 | | | 1.8 | 1.8 |
| 8 | 24 | PC-12 | N463JT | | 1 | 0 | 2.2 | 0.0 | 2.2 | 2.0 | 0 | 0.0 | | | 2.2 | 2.2 |
| 8 | 29 | PC-12 | N463JT | | 1 | 0 | 2.4 | 0.0 | 2.4 | 0.4 | 2 | 0.0 | | | 2.4 | 2.4 |
| 9 | 2 | PC-12 | N463JT | | 2 | 0 | 3.0 | 0.0 | 3.0 | 3.0 | 0 | 0.0 | | | 3.0 | 3.0 |
| 9 | 5 | PC-12 | N463JT | | 1 | 0 | 2.3 | 0.0 | 2.3 | 2.3 | 0 | 0.0 | | | 2.3 | 2.3 |
| 9 | 7 | PC-12 | N463JT | | 1 | 0 | 2.4 | 0.0 | 2.4 | 2.4 | 0 | 0.5 | | | 2.4 | 2.4 |
| 9 | 12 | PC-12 | N463JT | | 1 | 0 | 2.3 | 0.0 | 2.3 | 2.3 | 0 | 1.0 | | | 2.3 | 2.3 |
| 9 | 14 | PC-12 | N463JT | | 1 | 0 | 2.0 | 0.0 | 2.0 | 2.0 | 0 | 0.0 | | | 2.0 | 2.0 |
| 9 | 19 | PC-12 | N463JT | | 1 | 0 | 2.3 | 0.0 | 2.3 | 2.3 | 0 | 0.0 | | | 2.3 | 2.3 |
| 9 | 20 | PC-12 | N463JT | | 2 | 0 | 1.2 | 0.0 | 1.2 | 1.2 | 0 | 0.0 | | | 1.2 | 1.2 |
| 9 | 21 | PC-12 | N463JT | | 2 | 0 | 2.8 | 0.0 | 2.8 | 2.8 | 0 | 0.5 | | | 2.8 | 2.8 |
| 9 | 26 | PC-12 | N463JT | | 1 | 1 | 1.5 | 0.0 | 1.5 | 1.5 | 0 | 0.5 | | | 1.5 | 1.5 |
| 10 | 5 | PC-12 | N463JT | | 1 | 0 | 5.0 | 0.0 | 5.0 | 5.0 | 0 | 0.0 | | | 5.0 | 5.0 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 17 | PC-12 | N463JT | | 1 | 0 | 2.4 | 0.0 | 2.4 | 2.4 | 0 | 0.0 | | | 2.4 | 2.4 |
| 10 | 18 | PC-12 | N463JT | | 8 | 0 | 0.8 | 0.0 | 0.0 | 0.8 | 0 | 0.0 | | | 0.8 | 0.8 |
| 10 | 19 | PC-12 | N463JT | | 1 | 0 | 2.1 | 0.0 | 2.1 | 2.1 | 0 | 0.0 | | | 2.1 | 2.1 |
| 10 | 24 | PC-12 | N463JT | | 1 | 0 | 2.3 | 0.0 | 2.3 | 2.3 | 0 | 0.0 | | | 2.3 | 2.3 |
| 10 | 27 | PC-12 | N463JT | | 1 | 0 | 2.1 | 0.0 | 2.1 | 1.8 | 0 | 0.4 | | | 2.1 | 2.1 |
| 10 | 31 | PC-12 | N463JT | | 1 | 0 | 2.4 | 0.0 | 2.4 | 2.3 | 0 | 0.5 | | | 2.4 | 2.4 |
| 11 | 2 | PC-12 | N463JT | | 1 | 0 | 2.1 | 0.0 | 2.1 | 0.1 | 2 | 0.0 | | | 2.1 | 2.1 |
| 11 | 4 | PC-12 | N463JT | | 2 | 1 | 4.5 | 0.0 | 4.5 | 2.5 | 2 | 1.0 | | | 4.5 | 4.5 |
| 11 | 6 | PC-12 | N463JT | rain, ILS @ FXE, night @ TKPK, | 2 | 2 | 9.4 | 0.0 | 9.4 | 7.9 | 2 | 1.0 | | | 9.4 | 9.4 |
| 11 | 9 | PC-12 | N463JT | clds & precip | 1 | 0 | 2.2 | 0.0 | 2.2 | 2.2 | 0 | 1.5 | | | 2.2 | 2.2 |
| 11 | 10 | PC-12 | N463JT | clds & precip | 2 | 1 | 7.5 | 0.0 | 7.5 | 7.5 | 0 | 1.0 | | | 7.5 | 7.5 |
| 11 | 15 | MO20 | N1087M | | 2 | 1 | 1.5 | 0.0 | 1.5 | 1.5 | 0 | 0.3 | | | 1.5 | 1.5 |
| 11 | 21 | PC-12 | N463JT | | 1 | 0 | 2.5 | 0.0 | 2.5 | 2.5 | 0 | 0.0 | | | 2.5 | 2.5 |
| 11 | 23 | PC-12 | N463JT | | 1 | 1 | 2.2 | 0.0 | 2.2 | 1.7 | 1 | 0.6 | | | 2.2 | 2.2 |
| 12 | 13 | PC-12 | N463JT | rain, ILS @ APA | 3 | 2 | 4.5 | 0.0 | 4.5 | 2.5 | 2 | 1.4 | 0 | 0.0 | 4.5 | 4.5 |
| 12 | 14 | PC-12 | N463JT | | 1 | 0 | 1.8 | 0.0 | 1.8 | 1.8 | 0 | 0.4 | 0 | 0.0 | 1.8 | 1.8 |
| 12 | 28 | PC-12 | N463JT | | 1 | 0 | 2.4 | 0.0 | 2.4 | 2.4 | 0 | 0.3 | 0 | 0.0 | 2.4 | 2.4 |
| | | | | | | | | | | | | | | | 0.0 | 0.0 |
| | ### | | | | 195 | 36 | 252.1 | 0.0 | 242.4 | 218.5 | 33.6 | 41.5 | 0.0 | 6.8 | 252.1 | 252.1 |

MAC 2774