# PROFESSIONAL PILOT LOGBOOK

JEPPESEN SANDERSON

Logbook Number 8
Entries From 06-17-94
Through 04-04-03

© Jeppesen Sanderson, Inc., 1988, 1992
All Rights Reserved
55 Inverness Drive East, Englewood, CO 80112-5498

JS506050B

GOVERNMENT EXHIBIT 18:1

YEAR 2002

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-6 | G-35 | 4252D | ADS- | MGM-ISM | 6 30 | 6 30 | | | | | | | | | |
| 5-7 | PC-12 | 435PC | ISM- | Leesburg ISM | 2 00 | 2 00 | | | | | | | | | |
| 5-6 To 5-11 | PC-12 | Sim | | MCO | 20 00 | 20 00 | | | | | | | | | |
| 5-11 | G-35 | | ISM-[illegible]FM-ADS | | 7 15 | 7 15 | | | | | | | | | |
| 5-15 | PC-12 | 463TT | | | 2 30 | 2 30 | | | | | | | | | |
| 5-16 | " | " | | | 4 05 | 4 05 | | | | | | | | | |
| 5-17 | " | " | | | 2 45 | 2 45 | | | | | | | | | |
| 5-18 | " | " | | | 3 00 | 3 00 | | | | | | | | | |
| 5-18 | " | " | | | 3 30 | 3 30 | | | | | | | | | |
| 5-19 | " | " | | | 3 45 | 3 45 | | | | | | | | | |
| 5-22 | G-35 | 4252D | ADS-CLE-ADS | | 1 00 | 1 00 | | | | | | | | | |
| 5-23 | PC-12 | 463TT | RBD | VNY | 6 15 | 6 15 | | | | | | | | | |
| 5-23 | " | " | VNY | SNA | 45 | 45 | | | | | | | | | |
| 5-24 | " | " | SNA | 048 | 2 45 | 2 45 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 66 05 | 66 05 | | | | | | | | | |
| | | | AMT. FORWARDED | | 22,3[illegible] | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22,3[illegible] 55 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | | TYPE OF PILOTING TIME | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | FLIGHT SIMULATOR | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | REMARKS AND ENDORSEMENTS |
| | 30 | | | | | | | | | | | With Deb for Pilatus Training |
| | | | | | | | | | | | | Tom Evans & Deb Airwork & Tols |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | 45 | | | | | | | | | | | |
| | 30 | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | 3 30 | Jim Thompson - High Alt Intro. Radar usage |
| | | | | | | | | | | | 3 45 | " |
| | | | | | | | | | | | | Deb. Radio Shop. |
| | | | | | | | | | | | 6 15 | Jim Thompson & Cheryl. |
| | | | | | | | | | | | 4 45 | |
| | | | | | | | | | | | 2 45 | Circled Catalina Island. up the Coast To Mendicino |
| | 1 45 | | | | | | | | | | 17 10 | |
| | | | | | | | | | | | 764 45 | |
| | | | | | | | | | | | 784 45 | |

I certify that the entries in this log are true.

PILOT'S SIGNATURE

YEAR 2002

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | TO | TOTAL DURATION OF FLIGHT | AIRCRAFT CATEGORY AND CLASS: AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-24 | PC-12 | 463JT | 048 | LMT | 2 15 | 2 15 | | | | | | | | | |
| 5-24 | " | " | LMT | OAK | 1 00 | 1 00 | | | | | | | | | |
| 5-25 | " | " | OAK | ZUI | 3 00 | 3 00 | | | | | | | | | |
| 5-25 | " | " | ZUI | SKX | 45 | 45 | | | | | | | | | |
| 5-26 | " | " | SKX | RBD | 2 30 | 2 30 | | | | | | | | | |
| 5-27 | " | " | RBD | LCL | 1 30 | 1 30 | | | | | | | | | |
| 5-31 | " | 463JT | RBD | GAI | 5 16 | 5 18 | | | | | | | | | |
| 5-31 | " | " | GAI | Tamp Exec | 3 25 | 3 25 | | | | | | | | | |
| 6-1 | " | " | Tampa Exec | LCL | 30 | 30 | | | | | | | | | |
| 6-1 | " | " | Tampa Exec | RBD | 3 35 | | | | | | | | | | |
| 6-2 | " | " | RBD-ACT-RBD | | 1 50 | 1 50 | | | | | | | | | |
| 6-4 | " | " | RBD-ACT-RBD | | 3 25 | 3 25 | | | | | | | | | |
| 6-5 | G-35 | 4252D | ADS-54TA-FH | | 45 | 45 | | | | | | | | | |
| 6-6 | PC-12 | 463JT | RBD-Mem-SGT-RBD | | 6 00 | 6 00 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 36 18 | | | | | | | | | | |
| | | | AMT. FORWARDED | | 22387 55 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22424 13 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | | | | | | | | | | | 2 15 | Meadleard to Mt Shasta, Crater Lake Klamath Falls for fuel and a coke |
| | | | | | | | | | | | 1 00 | Circled Lodge at Susanville No Room at the Inn. |
| | | | | | | | | | | | 3 00 | To Pagosa Springs, Co. No Rooms. |
| | | | | | | | | | | | 45 | On to Taos, N.M for the night |
| | | | | | | | | | | | 2 20 | Performed Emer Gear Extension |
| 1 30 | 1 00 | | | | | | | | | | 1 20 | 4 ILS App 2 Miss - 2 Circl- to Touch & Go. Jim Thompson |
| 1 10 | | | | | | | | | | | 5 10 | X-C |
| 45 | 45 | | | | | | | | | | 3 35 | X-C From Taos Enroute |
| | | | | | | | | | | | 30 | |
| 1 10 | | | | | | | | | | | 3 35 | |
| 1 15 | | | | | | | | | | | 1 50 | GPS 14, GPS 19, ILS 19, VOR 14, VOR/DME 32 All at ACT Jim Thompson Deb |
| | | | | | | | | | | | 3 25 | ARC to VOR 32, ARC T 14, GPS 32, ILS 19, 31, GPS |
| | | | | | | | | | | | | |
| | 30 | | | | | | | | | | 6 30 | Jim Thompson. ILS to Mins at [illegible] |
| | 2 15 | | | | | | | | | | 3 35 | I certify that the entries in this log are true. |
| | | | | | | | | | | | [illegible] 45 | |
| | | | | | | | | | | | 7220 18 | PILOT'S SIGNATURE |

YEAR 2002

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6-8 | PC-12 | 463JT | RBD-ACT | TYR-RBD | 3 40 | 3 40 | | | | | | | | | |
| 6-9 | " | " | RBD-SAT | MAF-SKX | 4 50 | 4 50 | | | | | | | | | |
| 6-9 | " | " | SKX | RBD | 2 20 | 2 20 | | | | | | | | | |
| 6-11 | " | " | RBD | APA | 3 20 | 3 20 | | | | | | | | | |
| 6-14 | BE35 | 9323Y | McKinney | F51 | 30 | 30 | | | | | | | | | |
| 6-15 | PC-12 | 463JT | APA | RBD | 2 40 | 2 40 | | | | | | | | | |
| 6-17 | " | " | RBD-TYR | RBD | 2 30 | 2 30 | | | | | | | | | |
| 6-18 | " | " | RBD | LHQ | 3 35 | 3 35 | | | | | | | | | |
| 6-19 | " | " | LHQ | RBD | 3 25 | 3 25 | | | | | | | | | |
| 6-22 | BE35 | 425CD | F41 | ADS | 30 | 30 | | | | | | | | | |
| 6-22 | PC-12 | 463JT | RBD | SKX | 2 20 | 2 20 | | | | | | | | | |
| 6-23 | " | " | SKX-ASE | RBD | 4 05 | 4 05 | | | | | | | | | |
| 6-28 | " | " | RBD | FTW | 25 | 25 | | | | | | | | | |
| 6-28 | " | " | FTW | RBD-SKX | 3 10 | 3 10 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 37 10 | | | | | | | | | | |
| | | | AMT. FORWARDED | | 22424 13 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22461 23 | | | | | | | | | | |

[redacted]

| CONDITIONS OF FLIGHT: NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | FLIGHT SIMULATOR | TYPE OF PILOTING TIME: CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| :30 | | | | | | | | | | | 3:40 | Jim Thompson 4 Apps @ ACT 13 App @ TYR |
| | :20 | | | | | | | | | | 4:50 | " Angel Flt SAT-MAF X-C NAV |
| | :30 | | | | | | | | | | 2:20 | " TSM Avoidance |
| | 10 | | | | | | | | | | | G.P. Shanes Took 3 hr in for 1st Apo hr. App to mins @ APA |
| | | | | | | | | | | | :30 | Mike Zerr Fam with Class B |
| | | | | | | | | | | | | |
| 2:00 | | | | | | | | | | | 2:30 | Jim Thompson 4 Practice Approaches at TYR |
| 1:00 | | | | | | | | | | | 3:35 | " To Lancaster, OH. X-C |
| | | | | | | | | | | | 3:25 | " X-C NAV. |
| | | | | | | | | | | | | |
| | :30 | | | | | | | | | | 2:20 | Jim Thompson ~~Cheryl~~ TSM Avoidance Radar Usage |
| | :45 | | | | | | | | | | 4:05 | J.T. |
| | | | | | | | | | | | | To FTW with Cheryl, John & TJ. to pick up Jim |
| | :20 | | | | | | | | | | 2:00 | Jim Thompson X-C NAV TSM Avoidance |
| | 2:35 | | | | | | | | | | 30:15 | I certify that the entries in this log are true. |
| | | | | | | | | | | | 722:18 | |
| | | | | | | | | | | | 752:33 | PILOT'S SIGNATURE |

YEAR 2002

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7.1 | PC-12 | 463JG | SKX-VNY-SKX | | 6 25 | 6 25 | | | | | | | | | |
| 7.2 | " | " | SKX | RBD | 2 35 | 2 35 | | | | | | | | | |
| 7.4 | " | " | RBD | SKX | 2 20 | 2 20 | | | | | | | | | |
| 7.5 | " | " | SKX-AAA-SKX | | 2 20 | 2 20 | | | | | | | | | |
| 7.6 | " | " | SKX-[illegible]-SKX | | 5 50 | 5 50 | | | | | | | | | |
| 7.7 | " | " | SKX | RBD | 3 35 | 3 35 | | | | | | | | | |
| 7.10 | " | " | RBD-ACQ-RBD | | 10 35 | 10 35 | | | | | | | | | |
| 7.11 | " | " | RBD | EGE | 3 20 | 3 20 | | | | | | | | | |
| ~~7.13~~ | ~~"~~ | ~~"~~ | ~~EGE-LVK-EGE~~ | | ~~30~~ | ~~30~~ | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 37 00 | | | | | | | | | | |
| | | | AMT. FORWARDED | | 2461 23 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 2498 23 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | | TYPE OF PILOTING TIME | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | FLIGHT SIMULATOR | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | REMARKS AND ENDORSEMENTS |
| | 30 | | | | | | | | | | 6 25 | Jim Thompson X-C [signature] |
| | 1 00 | | | | | | | | | | 2 35 | " VOR/DME 17 @ RBD |
| | 1 15 | | | | | | | | | | 2 20 | " |
| | 20 | | | | | | | | | | 2 20 | Jim Thompson ILS 35 @ AFA Air Filed IFR To/From SKX |
| | 1 30 | | | | | | | | | | 5 50 | Jim Thompson - To JAC, Touch/Go At West Yellowstone, MT, CBS |
| | 20 | | | | | | | | | | 3 35 | J.T. - Looked At Ranches Near PUB |
| | 2 00 | | | | | | | | | | 10 35 | " Complex Arrival into Acq. CBT All The way home |
| | 30 | | | | | | | | | | 3 20 | J.T. & T.J. Visual App into EGE |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | 7 25 | | | | | | | | | | 37 00 | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7,250 35 | |
| | | | | | | | | | | | 7,287 35 | PILOT'S SIGNATURE |