| YEAR 2002 | | | ROUTE OF FLIGHT | | | AIRCRAFT CATEGORY AND CLASS | | | | | | | | LNDGS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | FROM | TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | DAY | NIGHT |
| 7-13 | PC12 | 463JJ | EGE | LVK-EGE | 30 | 30 | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 30 | | | | | | | | | | |
| | | | AMT. FORWARDED | | 2,498.23 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 2,498.53 | | | | | | | | | | |

GOVERNMENT EXHIBIT 18:2

| CONDITIONS OF FLIGHT | | | | | | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | FLIGHT SIMULATOR | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | 10 | | | | | | | | | | 30 | Jim Thompson. |
| | | | | | | | | | | | | High ALTITUTE |
| | | | | | | | | | | | | AIRPORT FAM. |
| | | | | | | | | | | | | KEVIN & MAGGIE |
| | | | | | | | | | | | | FLEW down & BACK |
| | | | | | | | | | | | | with us. Deb, |
| | | | | | | | | | | | | Thomas & T.J. |
| | | | | | | | | | | | | MET US IN |
| | | | | | | | | | | | | LEADVILLE, CO for lunch |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | 30 | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7287 3 | |
| | | | | | | | | | | | 7258 0 | PILOT'S SIGNATURE |

| YEAR 2002 | | | ROUTE OF FLIGHT | | | AIRCRAFT CATEGORY AND CLASS | | | | | | | | LNDGS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | FROM | TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | DAY | NIGHT |
| 7-14 | PC-12 | 463JT | EGE-RBD | SKX | 5 00 | 5 00 | | | | | | | | | |
| 7-16 | " | " | SKX | RBD | 2 25 | 2 25 | | | | | | | | | |
| 7-18 | " | " | RBD | SKX | 2 25 | 2 25 | | | | | | | | | |
| 7-19 | " | " | SKX | LCL | 1 45 | 1 45 | | | | | | | | | |
| 7-20 | " | " | SKX | RBD | 2 30 | 2 30 | | | | | | | | | |
| 7-24 | G35 | 4250D | ADS | RBD | 25 | 25 | | | | | | | | | |
| 7-24 | PC-12 | 463JT | RBD-ACT | RBD | 2 55 | 2 55 | | | | | | | | | |
| 7-24 | G-35 | 4250D | RBD | ADS | 25 | 25 | | | | | | | | | |
| 7-26 | PC-12 | 463JT | RBD | SKX | 2 20 | 2 20 | | | | | | | | | |
| 7-28 | " | " | SKX | RBD | 2 20 | 2 20 | | | | | | | | | |
| 8-01 | " | " | RBD | STO | 6 30 | 6 30 | | | | | | | | | |
| 8-5 | " | " | STO | SCK | 45 | 45 | | | | | | | | | |
| 8-5 | " | " | SCK | RBD | 5 30 | 5 30 | | | | | | | | | |
| 8-7 | G-35 | 4250D | ADS-FHK | ADS | 1 10 | 1 10 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 35 40 | 35 40 | | | | | | | | | |
| | | | AMT. FORWARDED | | 2498 53 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 2534 33 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | | TYPE OF PILOTING TIME | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | FLIGHT SIMULATOR | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | REMARKS AND ENDORSEMENTS |
| | 1 00 | | | | | | | | | | 5 00 | Jim Thompson. CI.H & Lor. Wetw / T.J. Afor/Dme 17 @ ZBD |
| | 30 | | | | | | | | | | 2 25 | J.T. TBM's, RAIN |
| | 20 | | | | | | | | | | 2 25 | J.T. TBM avoidance (chase) / Sim Emer desc. into SKX |
| | | | | | | | | | | | 1 45 | J.T. 19 TOL's. X-wind. |
| | | | | | | | | | | | 2 30 | J.T. Rain & CBS enroute |
| | | | | | | | | | | | | |
| 1 00 | | | | | | | | | | | 2 55 | Jim Thompson - Steep turns, approaches / At Act. GPS 32. ILS 19, NDB 19, GPS 1, VOR DME 14 |
| 25 | | | | | | | | | | | | |
| | 20 | | | | | | | | | | 2 20 | Jim Thompson - X-C / Sim Emer desc into SKX |
| | 30 | | | | | | | | | | 2 20 | " " X-C TBM's enroute / Vis App 17 windy |
| | 1 00 | | | | | | | | | | 6 50 | |
| | | | | | | | | | | | 45 | |
| | 45 | | | | | | | | | | 5 30 | |
| | | | | | | | | | | | | |
| 1 25 | 4 25 | | | | | | | | | | 33 40 | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7288 03 | |
| | | | | | | | | | | | 7321 43 | PILOT'S SIGNATURE |

| YEAR 2002 | | | ROUTE OF FLIGHT | | | AIRCRAFT CATEGORY AND CLASS | | | | | | | | LNDGS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | FROM | TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | DAY | NIGHT |
| 8-8 | PC-12 | 463JT | RBD | SKX | 2 20 | 2 20 | | | | | | | | | |
| 8-12 | " | " | SKX | LCL | 45 | 45 | | | | | | | | | |
| 8-13 | " | " | SKX-ABQ-SKX | | 1 20 | 1 20 | | | | | | | | | |
| 8-13 | " | " | SKX | TEB | 6 15 | 6 15 | | | | | | | | | |
| 8-14 | " | " | TEB | SKX | 6 45 | 6 45 | | | | | | | | | |
| 8-14 | " | " | SKX | APA | 1 18 | 1 18 | | | | | | | | | |
| 8-20 | " | " | APA | RBD | 2 52 | 2 52 | | | | | | | | | |
| 8-21 | " | " | RBD-ABQ-SKX | | 3 10 | 3 10 | | | | | | | | | |
| 8-21 | " | " | SKX | RBD | 2 18 | 2 18 | | | | | | | | | |
| 8-24 | " | " | RBD | SKX | 2 20 | 2 20 | | | | | | | | | |
| 8-25 | " | " | SKX | MKE | 3 50 | 3 50 | | | | | | | | | |
| 8-25 | " | " | MKE | RBD | 3 14 | 3 14 | | | | | | | | | |
| 8-27 | " | " | RBD | SKX | 2 25 | 2 25 | | | | | | | | | |
| 8-28 | " | " | SKX | APA | 1 06 | 1 06 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 40 01 | 40 01 | | | | | | | | | |
| | | | AMT. FORWARDED | | 11534 33 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 11574 34 | | | | | | | | | | |

| CONDITIONS OF FLIGHT: NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | FLIGHT SIMULATOR | TYPE OF PILOTING TIME: CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 30 | | | | | | | | | | 2 20 | Jim Thompson X-C |
| | | | | | | | | | | | 45 | " Takeoffs & landin |
| | | | | | | | | | | | 1 20 | " Picked up Jim's sister |
| 6 15 | 45 | | | | | | | | | | 6 15 | " X-C |
| | | | | | | | | | | | 6 45 | " X-C |
| | | | | | | | | | | | | Took airplane in for 100. Did DIA-DEN on 15th |
| 2 52 | 1 00 | | | | | | | | | | | |
| | 30 | | | | | | | | | | 3 10 | Jim Thompson X-C Picked up Jim's Nephew (Ne |
| 2 18 | 1 20 | | | | | | | | | | | Deb |
| | | | | | | | | | | | | Solo |
| | 45 | | | | | | | | | | 3 50 | Jim Thompson - X-C NAV. Flew Jim's sister, niece (ne |
| 3 17 | 45 | | | | | | | | | | | Jim Thompson X-C NAV Flew Toms. |
| | 20 | | | | | | | | | | | " " |
| | 20 | | | | | | | | | | | |
| 14 42 | 6 15 | | | | | | | | | | 24 25 | I certify that the entries in this log are true |
| | | | | | | | | | | | 7321 43 | |
| | | | | | | | | | | | 7346 08 | PILOT'S SIGNATURE |

GS N I G H T

YEAR 2002

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT: FROM | ROUTE OF FLIGHT: TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-28 | PC-12 | 463JT | APA | RBD | 2 48 | 2 48 | | | | | | | | | |
| 8-28 | " | " | RBD | LCL | 53 | 53 | | | | | | | | | |
| 8-29 | " | " | RBD | DAL-RBD | 20 | 20 | | | | | | | | | |
| 8-30 | " | " | RBD-DAL-RBD | | 35 | 35 | | | | | | | | | |
| 8-30 | " | " | RBD | SKX | 2 30 | 2 30 | | | | | | | | | |
| 9-2 | " | " | SKX | RBD | 2 12 | 2 12 | | | | | | | | | |
| 9-3 | G-35 | 4252D | ADS | RBD | 15 | 15 | | | | | | | | | |
| 9-3 | PC-12 | 463JT | RBD-ACT-RBD | | 1 53 | 1 53 | | | | | | | | | |
| 9-3 | G-35 | 4252D | RBD | ADS | 20 | 20 | | | | | | | | | |
| 9-4 | PC-12 | 463JT | RBD-ACT-RBD | | 2 30 | 2 30 | | | | | | | | | |
| 9-4 | " | " | RBD | IAD | 4 29 | 4 29 | | | | | | | | | |
| 9-5 | " | " | IAD | RBD | 4 28 | 4 28 | | | | | | | | | |
| 9-6 | " | " | RBD | SKX | 2 20 | 2 20 | | | | | | | | | |
| 9-8 | " | " | SKX | RBD | 2 23 | 2 23 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 27 46 | 27 46 | | | | | | | | | |
| | | | AMT. FORWARDED | | 22574 34 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22602 20 | | | | | | | | | | |