| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | 45 | | | | | | | | | | | |
| | | | | | | | | | | | 53 | David Norton App to Stalls Steep Turns 3 T&Ls |
| | | | | | | | | | | | | TT Radio Shop |
| | | | | | | | | | | | | Conformity Inspection |
| | 20 | | | | | | | | | | [illegible] | Clib & Lori Weiner |
| | | | | | | | | | | | 2 12 | Jim Thompson - X-C |
| | | | | | | | | | | | | |
| 1 53 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| | | 1 00 | | | | | | | | | | Harry Steinfeldt 135 Checkride |
| 4 29 | | | | | | | | | | | 4 29 | Jim Thompson Night X-C |
| | | | | | | | | | | | 4 28 | " X-C |
| | | | | | | | | | | | 2 20 | |
| | 1 00 | | | | | | | | | | 2 23 | |
| 6 42 | 2 00 | 1 00 | | | | | | | | | 16 47 | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7346 08 | |
| | | | | | | | | | | | 7362 55 | PILOT'S SIGNATURE |

GOVERNMENT EXHIBIT 18:3

YEAR 2002

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9-15 | PC-12 | 463JT | RBD-AGT-RBD | | 2 23 | 2 23 | | | | | | | | | |
| 9-16 | G-35 | 4250D | ADS-GLE-ADS | | 1 00 | 1 00 | | | | | | | | | |
| 9-17 | PC-12 | ~~463JT~~ | ~~RBD~~ | DAL | 45 | 45 | | | | | | | | | |
| 9-17 | " | " | DAL | RBD | 25 | 25 | | | | | | | | | |
| 9-18 | G-35 | 4250D | ADS-RBD-ADS | | 1 00 | 1 00 | | | | | | | | | |
| 9-21 | " | 4252D | ADS-SLR-ADS | | 1 30 | 1 30 | | | | | | | | | |
| 9-22 | " | " | ADS-LLano-ADS | | 3 00 | 3 00 | | | | | | | | | |
| 9-26 | 463JT → | | RBD-PWK-RBD | | 6 39 | 6 39 | | | | | | | | | |
| 9-27 | PC-12 | 463JT | RBD | CYVR | 8 00 | 8 00 | | | | | | | | | |
| 9-28 | " | " | CYVR | CYXY | 3 47 | 3 47 | | | | | | | | | |
| 9-29 | " | " | CYXY-ATLIN-CYXY | | 1 30 | 1 30 | | | | | | | | | |
| 10-6 | " | " | CYXY | SFO | 5 45 | 5 45 | | | | | | | | | |
| 10-6 | " | " | SFO | RBD | 5 27 | 5 27 | | | | | | | | | |
| 9-25 | G-35 | 4250D | ADS | GLE | 30 | 30 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 41 41 | | | | | | | | | | |
| | | | AMT. FORWARDED | | 21,602 20 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 21,644 01 | | | | | | | | | | |

[redacted]

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| 2 23 | | | | | | | | | | | 2 23 | 3 Apps @ ACT Jim Thompson |
| | | | | | | | | | | | | Deb. To CLE for Radio work |
| | | | | | | | | | | | 45 | Deb Aircraft Fam |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Cheryl |
| | | | | | | | | | | | | Deb To Fly-in |
| | | | | | | | | | | | | Cheryl To Cooper Mt. Gerald & Ann |
| 3 00 | 1 30 | | | | | | | | | | 6 39 | Jim Thompson |
| | 1 45 | | | | | | | | | | 8 00 | " Cheryl |
| | 1 00 | | | | | | | | | | [illegible] | Cheryl, Jim T, Ned Blundell, Elise Mundell, |
| | | | | | | | | | | | | " " " " " Bob |
| | 1 45 | | | | | | | | | | | Same PAX |
| 5 27 | 2 30 | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 11 20 | 8 30 | | | | | | | | | | 11 47 | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7362 55 | |
| | | | | | | | | | | | 7380 42 | PILOT'S SIGNATURE |

[redacted]

YEAR 2002

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-10 | G-35 | 4250D | CLE | ADS | 40 | 40 | | | | | | | | | |
| 10-11 | " | " | ADS-CLE-ADS | | 1 20 | 1 20 | | | | | | | | | |
| 10-15 | PC-12 | 463JT | RBD | TYR-RBD | 3 16 | 3 16 | | | | | | | | | |
| 10-15 | G-35 | 4250D | ADS | TXI-LNC-ADS | 2 00 | 2 00 | | | | | | | | | |
| 10-16 | " | " | ADS-F41-RBD-ADS | | 1 30 | 1 30 | | | | | | | | | |
| 10-17 | " | " | ADS | LCL | 1 30 | 1 30 | | | | | | | | | |
| 10-19 | PC-12 | H63JT | RBD-TYR-RBD | | 3 11 | 3 11 | | | | | | | | | |
| 10-22 | G-35 | 4250D | ADS-LBB-ADS-LBD-ADS | | 9 20 | 9 20 | | | | | | | | | |
| 10-21 | " | " | ADS-RBD-ADS | | 1 00 | 1 00 | | | | | | | | | |
| 10-28 | PC-12 | 463JT | RBD-ACT-RBD | | 2 52 | 2 52 | | | | | | | | | |
| 10-29 | G-35 | 4250D | ADS | RBD | 40 | 40 | | | | | | | | | |
| 10-29 | PC-12 | 463JT | RBD | LCL | 50 | 50 | | | | | | | | | |
| 10-30 | " | " | RBD | APA | 3 20 | 3 20 | | | | | | | | | |
| 11-08 | " | " | APA | RBD | 2 40 | 2 40 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 34 09 | 34 09 | | | | | | | | | |
| | | | AMT. FORWARDED | | 2264 01 | | | | | | | | | | |
| | | | TOTALS TO DATE | | [illegible] 10 | | | | | | | | | | |

| CONDITIONS OF FLIGHT: NIGHT | CONDITIONS OF FLIGHT: ACTUAL INSTRUMENT | CONDITIONS OF FLIGHT: SIMULATED INSTRUMENT (HOOD) | APP: NO. | APP: TYPE | FLIGHT SIMULATOR | TYPE OF PILOTING TIME: CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 3 6 | | | | | | | | | | | 3 6 | Jim Thompson 3 Night ldgs 9 App. at TYR holding |
| | | | | | | | | | | | 2 00 | DEB - ILS at TKI (McKinney) 3 full-stop ldgs. |
| | | | | | | | | | | | 1 30 | DEB. Man gear ext. X-wind ldg. |
| | | | | | | | | | | | 1 30 | DEB Unusual att. recovery ILS at McKinney with circle |
| 3 11 | 2 30 | | | | | | | | | | 2 30 | Jim Thompson - 12 approaches (3 ILS at RBD 9 [illegible] TYR |
| | 8 00 | | | | | | | | | | | Angel Flight Michelle & Kyle [illegible] IFR all day DEB |
| | | | | | | | | | | | | DEB lunch at RBD |
| 2 52 | 2 20 | | | | | | | | | | | Jim - 9 app at [illegible]. 2 night ldgs [illegible] holding |
| | 25 | | | | | | | | | | | DEB ADS 80 RBD GO ILS 31 RBD |
| | | | | | | | | | | | 50 | David Norton 4 TOLs - 3 touch & go David Comfort 2 TOLs Deb on board |
| 2 20 | 1 30 | | | | | | | | | | 3 20 | DEB PC-12 Fam. ILS into ADA snow & ice |
| 40 | 1 00 | | | | | | | | | | | |
| 12 19 | 13 45 | | | | | | | | | | 14 56 | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7380 42 | |
| | | | | | | | | | | | 7395 38 | PILOT'S SIGNATURE |

YEAR 2002

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-08 | PC-12 | 463JT | RBD | LCL | 1 00 | 1 00 | | | | | | | | | |
| 11-13 | C-35 | 4252D | ADS-ROG | ADS | 4 05 | 4 05 | | | | | | | | | |
| 11-15 | " | " | ADS-FHL | RBD-ADS | 1 15 | 1 15 | | | | | | | | | |
| 11-16 | PC-12 | 463JT | RBD | LCL | 55 | 55 | | | | | | | | | |
| 11-18 | PC-12 | " | RBD-FSD | RBD | 5 38 | 5 38 | | | | | | | | | |
| 11-19 | C-35 | 4252D | RBD | RBD | 20 | 20 | | | | | | | | | |
| 11-19 | V-35B | 7153XT | RBD | LCL | 2 00 | 2 00 | | | | | | | | | |
| 11-19 | C-35 | 4252D | RBD | ADS | 25 | 25 | | | | | | | | | |
| 11-23 | C-35 | " | ADS-ROG | ADS | 4 00 | 4 00 | | | | | | | | | |
| 11-25 | " | " | ADS-RBD | LNC-ADS | 1 10 | 1 10 | | | | | | | | | |
| 11-30 | PC-12 | 463JT | RBD | OAK | 5 29 | 5 29 | | | | | | | | | |
| 12-1 | " | " | OAK | SONOMA COUNTY | 30 | 30 | | | | | | | | | |
| 11-29 | C-35 | 4252D | ADS | CRT | 1 50 | 1 50 | | | | | | | | | |
| 11-29 | " | " | CRT | FHL | 2 30 | 2 30 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 30 57 | 30 57 | | | | | | | | | |
| | | | AMT. FORWARDED | | 22175 10 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22206 07 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| 1.00 | | | | | | | | | | | 1.00 | Jim Thompson Night X wind Indgs Fo… |
| 2.00 | | | | | | | | | | | | Cheryl to Rogers to check … Juanita |
| | | | | | | | | | | | | Walker to Ennis to pick up his plan… Lunch with Hammocks & Brookside… |
| | | | | | | | | | | | .55 | Scott Gill - A/C Fam. Scott Walker Chy news Cheryl … |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | 2.00 | Jerry Hammock - Short/Soft FL… Lndgs, Stalls, MCA Steep Turns, Lazy… |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Deb & Cheryl Picked up Jua… |
| | | | | | | | | | | | | Met George at RBD. Fuel Lunch at LNC. Windy |
| | | | | | | | | | | | | Deb |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Took Mimi home |
| 2.30 | | | | | | | | | | | | delivered airplane to Enni… for Annual |
| 5.30 | | | | | | | | | | | 3.55 | I certify that the entries in this log are true. |
| 11.00 | | | | | | | | | | | 1195.38 | |
| | | | | | | | | | | | 1199.33 | PILOT'S SIGNATURE |