YEAR 2002

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PC-12 463JT | 463JT | RBD-GGX-RBD | | 4 20 | 4 20 | | | | | | | | | |
| 12-17 | " | 463JT | RBD | ADS | 30 | 30 | | | | | | | | | |
| 12-20 | " | " | ADS | RBD | 30 | 30 | | | | | | | | | |
| 12-18 | G-35 | 4250D | FHI-RBD-ADS | | 45 | 45 | | | | | | | | | |
| 12-31 | " | " | ADS-RBD-ADS | | 1 00 | 1 00 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 7 03 | | | | | | | | | | |
| | | | AMT. FORWARDED | | 22,106 07 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22,113 12 | | | | | | | | | | |

End of 2002

454.47 Flown in 2002

(103:05 in 4250D)

GOVERNMENT EXHIBIT 18:4

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | | | | | | | | | | | | Deb - charter to Chicago |
| | | | | | | | | | | | | Meigs. Jim T. & |
| | | | | | | | | | | | | Deb |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | — | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7309.33 | |
| | | | | | | | | | | | 7355.33 | PILOT'S SIGNATURE |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT: FROM | ROUTE OF FLIGHT: TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-02 | PC-12 | 463JT | RBD | FHI | 30 | 30 | | | | | | | | | |
| 01-06 | " | " | RBD | IAD | 4 33 | 4 33 | | | | | | | | | |
| 01-06 | " | " | IAD | TEB | 1 25 | 1 25 | | | | | | | | | |
| 01-07 | " | " | TEB | RBD | 6 19 | 6 19 | | | | | | | | | |
| 1-11 | C-35 | 425DD | ADS-LNC-ADS | | 1 00 | 1 00 | | | | | | | | | |
| 1-22 | PC-12 | 463JT | FHI-DAL-RBD | | 1 00 | 1 00 | | | | | | | | | |
| 1-23 | " | " | RBD | TEB | 5 46 | 5 46 | | | | | | | | | |
| 1-24 | " | " | TEB | RBD | 6 19 | 6 19 | | | | | | | | | |
| 1-25 | " | " | RBD | FHI | 30 | 30 | | | | | | | | | |
| 1-26 | C-35 | 425DD | ADS | LCL | 30 | 30 | | | | | | | | | |
| 1-31 | " | " | ADS-ALM-DAL-ADS | | 3 00 | 3 00 | | | | | | | | | |
| 1-31 | " | " | ADS | FHI | 40 | 40 | | | | | | | | | |
| 1-31 | PC-12 | 463JT | FHI | RBD | 25 | 25 | | | | | | | | | |
| 1-31 | C-35 | RBD 425DD | ADS | | 35 | 35 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 32 32 | 32 32 | | | | | | | | | |
| | | | AMT. FORWARDED | | 2213 12 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 2246 44 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | | | | | | | | | | | 30 | Jonathan - Climbs Turns descents 1st & level Thomas & T.J. |
| | 30 | | | | | | | | | | | Jim Thompson Mike Weiss, |
| | 15 | | | | | | | | | | | " |
| | | | | | | | | | | | | " |
| | | | | | | | | | | | | Cheryl Lynch with George and Ann |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Jim Thompson, Brian , [illegible] |
| 5 30 | | | | | | | | | | | | " " " |
| | 20 | | | | | | | | | | | VOR A app. |
| | | | | | | | | | | | | |
| | 45 | | | | | | | | | | | Angel Flight [illegible] VOR A app @ [illegible] |
| | | | | | | | | | | | | Deb Thomas & Maggie |
| | | | | | | | | | | | | Thomas & Maggie |
| | | | | | | | | | | | | Deb Thomas & Maggie |
| 5 30 | 1 50 | | | | | | | | | | 30 | I certify that the entries in this log are true. |
| | | | | | | | | | | | 1399 33 | |
| | | | | | | | | | | | 1400 03 | PILOT'S SIGNATURE |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-4 | PC-12 | 463JT | RBD | APA | 3 02 | 3 02 | | | | | | | | | |
| 2-11 | C-35 | 4252D | ADS-FWH-ADS | | 1 10 | 1 10 | | | | | | | | | |
| 2-12 | " | " | ADS-LNC-ADS | | 1 00 | 1 00 | | | | | | | | | |
| 2-15 | PC-12 | 463JT | APA | RBD | 2 45 | 2 45 | | | | | | | | | |
| 2-16 | " | " | RBD | BOI | 5 51 | 5 51 | | | | | | | | | |
| 2-17 | " | " | BOI | BNA | 3 31 | 3 31 | | | | | | | | | |
| 2-21 | " | " | RBD-AMA-RBD | | 4 52 | 4 52 | | | | | | | | | |
| 2-22 | SNJ-5 | [illegible] | LNC | LCL | 50 | 50 | | | | | | | | | |
| 2-23 | ADS-FTW | RBD-ADS | 4252D | | 1 20 | 1 20 | | | | | | | | | |
| 2-27 | FTW | RBD | 463JT | PC-12 | 38 | 38 | | | | | | | | | |
| 2-27 | PC-12 | 463JT | RBD | TEB | 4 17 | 4 17 | | | | | | | | | |
| 2-28 | " | " | TEB | MEM | 4 54 | 4 54 | | | | | | | | | |
| 2-28 | " | " | MEM | RBD | 2 13 | 2 13 | | | | | | | | | |
| 3-2 | " | " | RBD | APA | 2 52 | 2 52 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 39 25 | 39 25 | | | | | | | | | |
| | | | AMT. FORWARDED | | 22745 44 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22785 09 | | | | | | | | | | |