| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | | | | | | | | | | | | Ferry for AMNANI |
| | | | | | | | | | | | | Replaced Nose wheel linkage to step retract cable |
| 1 00 | | | | | | | | | | | | CAF Meeting |
| | 45 | | | | | | | | | | | |
| 4 30 | 1 30 | | | | | | | | | | | PAX Tim Donnely, Shila Donnely Jim Thompson |
| | | | | | | | | | | | | Tim Donnely Jim Thompson |
| 4 52 | 1 30 | | | | | | | | | | | Jim T. Approaches at AMA - NDB, Holding, GPS(2) VOR DME |
| | | | | | | | | | | | | Marty Case, |
| | | | | | | | | | | | | Picked Jim T up at FTW Took him To RBD Windy! |
| | 20 | | | | | | | | | | | |
| 1 30 | 2 00 | | | | | | | | | | | Cliff Weiner Barry Hall |
| 3 54 | 45 | | | | | | | | | | | " Jim Dunn " |
| 2 13 | 45 | | | | | | | | | | | " " " |
| | 30 | | | | | | | | | | | |
| 17 59 | 10 05 | | | | | | | | | | | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7400 03 | |
| | | | | | | | | | | | | PILOT'S SIGNATURE |

GOVERNMENT EXHIBIT 18:5

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT: FROM | ROUTE OF FLIGHT: TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-7 | G-35 | 4252D | ADS-RBD-ADS | | 1 00 | 1 00 | | | | | | | | | |
| 3-8 | " | " | ADS-LNC-ADS | | 1 00 | 1 00 | | | | | | | | | |
| 3-9 | " | " | ADS | 54TA | 40 | 40 | | | | | | | | | |
| 3-9 | BE-33 | 7943M | 54TA-6R9-ACT-54TA | | 2 30 | 2 30 | | | | | | | | | |
| 3-9 | G-35 | 4252D | 54TA | ADS | 40 | 40 | | | | | | | | | |
| 3-11 | PC-12 | 463JT | APA | RBD | 2 50 | 2 50 | | | | | | | | | |
| 3-11 | " | " | RBD | LCL | 45 | 45 | | | | | | | | | |
| 3-16 | G-35 | 4252D | ADS | 11R | 1 30 | 1 30 | | | | | | | | | |
| 3-16 | " | " | 11R | RBD | 1 20 | 1 20 | | | | | | | | | |
| 3-16 | " | " | RBD | ADS | 30 | 30 | | | | | | | | | |
| 3-20 | PC-12 | 463JT | RBD | Hou | 1 09 | 1 09 | | | | | | | | | |
| 3-20 | " | " | Hou | EGE | 3 20 | 3 20 | | | | | | | | | |
| 3-20 | " | " | EGE | RBD | 3 00 | 3 00 | | | | | | | | | |
| 3-23 | " | " | RBD | EGE | 3 21 | 3 21 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 23 35 | 23 35 | | | | | | | | | |
| | | | AMT. FORWARDED | | 22785 09 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22808 44 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | FLIGHT SIMULATOR | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | 2 30 | GEORGE STAWKS - INSTRUMENT [illegible] 3 GISMAP - CIRCLING, 2 holds, STEEP TURNS [illegible] BFR COMPLETE |
| | | | | | | | | | | | | SAW DEB land A WESTWIND AT RBD |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | John LaRue - demo flight |
| | | | | | | | | | | | | BRENHAM Lunch with GEORGE |
| | | | | | | | | | | | | & JIM FREEMAN / FORMATION T/O w/ FREEMAN |
| | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | John LaRue DEB |
| | 30 | | | | | | | | | | | " " SAMANTHA LARUE, 2 children + 2 NANNIES |
| 3 00 | 1 30 | | | | | | | | | | 3 00 | DEB INSTRUMENT dual, LEFT SEAT FAM. |
| | 30 | | | | | | | | | | | |
| 3 00 | 2 50 | | | | | | | | | | 5 30 | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7400 03 | |
| | | | | | | | | | | | 7405 33 | PILOT'S SIGNATURE |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03-23 | PC-12 | 463JT | EGE | HOU | 3 37 | 3 37 | | | | | | | | | |
| " | " | " | HOU | RBD | 1 05 | 1 05 | | | | | | | | | |
| 03-24 | G-35 | 4252D | ADS | RBD | 25 | 25 | | | | | | | | | |
| 03-24 | PC-12 | 463JT | RBD | ADS | 15 | 15 | | | | | | | | | |
| 3-25 | " | ADS " | ADS | VCT | 1 21 | 1 21 | | | | | | | | | |
| 3-25 | " | " | VCT | ADS | 1 19 | 1 19 | | | | | | | | | |
| 3-25 | " | 463JT | ADS | VCT | 1 27 | 1 27 | | | | | | | | | |
| 3-25 | " | " | VCT | ADS | 1 18 | 1 18 | | | | | | | | | |
| 3-25 | " | " | ADS | RBD | 15 | 15 | | | | | | | | | |
| 3-25 | G-35 | 4252D | RBD | ADS | 25 | 25 | | | | | | | | | |
| 3-26 | " | " | ADS-RBD-ADS | | 45 | 45 | | | | | | | | | |
| 3-31 | " | " | ADS-RBD-ADS | | 45 | 45 | | | | | | | | | |
| 4-2 | " | " | ADS | 54TA | 35 | 35 | | | | | | | | | |
| 4-4 | " | " | 54TA | ADS | 33 | 33 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 14 07 | 14 07 | | | | | | | | | |
| | | | AMT. FORWARDED | | 22808 44 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22,822 51 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| 2 00 | 45 | | | | | | | | | | | John Large, Wife (Bam), 2 children + 2 Nannies |
| 1 05 | | | | | | | | | | | | |
| | | | | | | | | | | | | Princess Maggie |
| | | | | | | | | | | | | |
| | 30 | | | | | | | | | | | Chuck Putnam Frank Holliday ILS App ICC |
| | 45 | | | | | | | | | | | Mike [illegible] Burris [illegible] |
| | 45 | | | | | | | | | | | " " " " " |
| | 45 | | | | | | | | | | | Chuck Putnam Frank Holliday Frontal Passage Tsms on Arrival Route |
| | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |
| | | | | | | | | | | | | Beautiful day! |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 3 30 | 3 30 | | | | | | | | | | | I certify that the entries in this log are true. |
| | | | | | | | | | | | 1405 33 | |
| | | | | | | | | | | | 1405 33 | PILOT'S SIGNATURE |