# PROFESSIONAL PILOT LOGBOOK

JEPPESEN®

Printed in Canada

© Jeppesen Sanderson, Inc., 1988, 1992, 1994, 1997, 1998, 1999
All Rights Reserved
55 Inverness Drive East, Englewood, CO 80112-5498

Logbook Number 9
Entries From ______
Through ______

JS506055-005

GOVERNMENT EXHIBIT 18:6

# RECORD OF CERTIFICATES AND RATINGS

T. E. TRAVIS
PILOT'S NAME

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
SOCIAL SECURITY NUMBER

13532 BRAEMAR DRIVE
PERMANENT MAILING ADDRESS

DALLAS, TEXAS 75234
CHANGE OF ADDRESS

PLACE OF BIRTH

REWARD FOR RETURN OF THIS LOGBOOK. CALL COLLECT (972) 241-8102

| CERTIFICATES | | | RATINGS | |
|---|---|---|---|---|
| GRADE | NUMBER | DATE OF ORIGINAL ISSUE | CATEGORY, CLASS, OR TYPE | DATE OF ORIGINAL ISSUE |
| PRIVATE | | | AIRPLANE SINGLE-ENGINE LAND | |
| COMMERCIAL | | | AIRPLANE MULTI-ENGINE LAND | |
| AIRLINE TRANSPORT | | | | |
| FLIGHT INSTRUCTOR | | | | |
| GROUND INSTRUCTOR | | | ROTORCRAFT HELICOPTER | |
| | | | GLIDER | |
| | | | | |
| | | | INSTRUMENT | |
| RESTRICTED RADIOTELEPHONE OPERATOR PERMIT | – – – – | | | |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-7 | G-35 | 4252D | ADS | RBD | 20 | 20 | | | | | | | | | |
| 4-7 | PC-12 | 463JT | RBD | ADS | 15 | 15 | | | | | | | | | |
| 4-7 | " | " | ADS | NEW | 2 00 | 2 00 | | | | | | | | | |
| 4-7 | " | " | NEW | ADS | 2 58 | 2 58 | | | | | | | | | |
| 4-8 | " | " | ADS | RBD | 15 | 15 | | | | | | | | | |
| 4-8 | G-35 | 4252D | RBD | ADS | 25 | 25 | | | | | | | | | |
| 4-9 | PC-12 | 463JT | RBD-TPL-AUS-CRP | | 1 53 | 1 53 | | | | | | | | | |
| 4-9 | " | " | CRP-AUS-TPL-RBD | | 1 59 | 1 59 | | | | | | | | | |
| 4-12 | " | " | ADS | RBD | 1 20 | 1 20 | | | | | | | | | |
| 4-12 | " | " | RBD | ADS | 20 | 20 | | | | | | | | | |
| 4-16 | " | " | RBD | LCL | 1 21 | 1 21 | | | | | | | | | |
| 4-17 | G-35 | 4252D | ADS | RBD | 20 | 20 | | | | | | | | | |
| 4-17 | " | " | ABD-CXO | ADS | 4 02 | 4 02 | | | | | | | | | |
| 4-23 | PC-12 | 463JT | RBD | TYR | 38 | 38 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 18 16 | 18 16 | | | | | | | | | |
| | | | AMT. FORWARDED | | 2222 51 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 2841 07 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | 45 | | | | | | | | | | | Chuck Putnam & Father-in-law Ron ; Vorapp 36L at Lakefront |
| 2 58 | 2 00 | | | | | | | | | | | Thunderstorms |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | John Larue John Chance to CAT ; delivered 2 Radios in TPL, 12 in Aus |
| | | | | | | | | | | | | Picked up pax enroute ; Beautiful VFR all day |
| | | | | | | | | | | | | Test flight, climbed to FL 290 ; Rudy Rodriguez P/W |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | [illegible] ASI-FSDO ; 14CFR Part 135 ck ride - SAT |
| | | | | | | | | | | | | Cheryl |
| | | | | | | | | | | | | " |
| | 20 | | | | | | | | | | | John Larue + 6 employees ; delivered 4 of 6 in TPL |
| 2 58 | 3 05 | | | | | | | | | | | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7405 33 | |
| | | | | | | | | | | | | PILOT'S SIGNATURE |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT: FROM | ROUTE OF FLIGHT: TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-23 | PC-12 | 4C3JT | TYR | MLU | 52 | 52 | | | | | | | | | |
| 4-23 | " | " | MLU | RSN | 17 | 17 | | | | | | | | | |
| 4-23 | " | " | RSN | MLU | 14 | 14 | | | | | | | | | |
| 4-23 | " | " | MLU | RSN | 14 | 14 | | | | | | | | | |
| 4-23 | " | " | RSN | GGG | 38 | 38 | | | | | | | | | |
| 4-23 | " | " | GGG | RBD | 44 | 44 | | | | | | | | | |
| 4-24 | C-35 | 4252D | ADS-F39-CLE-ADS | | 1 30 | 1 30 | | | | | | | | | |
| 4-26 | " | " | ADS | RBD | 25 | 25 | | | | | | | | | |
| 4-26 | J-3 | NC6233H | RBD | ARLINGTON | 30 | 30 | | | | | | | | | |
| 4-26 | " | " | ARLINGTON | BEN FRANKLIN | 30 | 30 | | | | | | | | | |
| 4-26 | " | " | B.F. | MIDWAX | 30 | 30 | | | | | | | | | |
| 4-26 | " | " | MIDWAX | LCL | 1 00 | 1 00 | | | | | | | | | |
| 4-26 | " | " | MIDWAX | RBD | 20 | 20 | | | | | | | | | |
| 4-27 | ~~LNC~~ RHD | NAC 151RE | LNC | NAC | 25 | 25 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 7 59 | 7 59 | | | | | | | | | |
| | | | AMT. FORWARDED | | 22841 07 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22849 06 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | 30 | | | | | | | | | | | John LaRue + 2 ladies |
| | | | | | | | | | | | | dropped off John |
| | | | | | | | | | | | | Lunch with Mike |
| | | | | | | | | | | | | 2 PAX Picked up J.L. in [illegible] |
| | 15 | | | | | | | | | | | |
| | 30 | | | | | | | | | | | Picked up remainder of group |
| | | | | | | | | | | | | To Clemson County to see Jim H[illegible] To Gainesville for lunch Windy |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Dale Magee |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | 1 15 | | | | | | | | | | | I certify that the entries in this log are true. |
| | | | | | | | | | | | 740533 | |
| | | | | | | | | | | | | PILOT'S SIGNATURE |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | R4D | 151ZE | NAC | LNC | 30 | 30 | | | | | | | | | |
| 28 | G-35 | 4252D | ADS | LCL | 1 20 | 1 20 | | | | | | | | | |
| 29 | PC-12 | 463JT | RBD-Hou-RBD | | 2 18 | 2 18 | | | | | | | | | |
| 3 | G-35 | 4252D | ADS! | Pecan Plantation | 45 | 45 | | | | | | | | | |
| 3 | G-35 | [illegible] | RC ADS | RBD-ADS | 1 00 | 1 00 | | | | | | | | | |
| 6 | " | 4252D | ADS | RBD | 25 | 25 | | | | | | | | | |
| 6 | " | " | RBD | FTW | 35 | 35 | | | | | | | | | |
| 6 | " | " | FTW | ADS | 30 | 30 | | | | | | | | | |
| 7 | PC-12 | 312PC | DAL-ACT-GRG | | 2 15 | 2 15 | | | | | | | | | |
| | " | " | GRG | DAL | 1 00 | 1 00 | | | | | | | | | |
| 9 | " | 463JT | FTW | RBD | 1 20 | 1 20 | | | | | | | | | |
| 11 | " | " | RBD | MCO | 3 40 | 3 40 | | | | | | | | | |
| 12 | " | Sim | Orlando | | 2 00 | 2 00 | | | | | | | | | |
| 13 | " | 463JT | OCALA | LCL | 1 00 | 1 00 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 18 38 | 18 38 | | | | | | | | | |
| | | | AMT. FORWARDED | | 22849 06 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22867 44 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Cheryl Bluebonnet Tour |
| | 1 15 | | | | | | | | | | | John Larue + 4 Employees |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Hazy |
| | | | | | | | | | | | | |
| | 20 | | | | | | | | | | | |
| | 20 | | | | | | | | | | 2 15 | Scott Davis Steep Turns, Stalls, unus. att. / ILS 19, ARC TI VOR 14, VOR/DME 32, NDB 19, GPS 1 |
| | 20 | | | | | | | | | | 1 00 | To Llano hold at Aleckq X-wind Ind. STAR to DAL |
| | 20 | | | | | | | | | | | Test Flight after 100 hr to FL 300 |
| | 45 | | | | | | | | | | | |
| | 1 00 | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | 4 20 | | | | | | | | | | 3 15 | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7405 33 | |
| | | | | | | | | | | | 7408 48 | PILOT'S SIGNATURE |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-14 | PC-12 | SimCom | | Simulator | 2 00 | 2 00 | | | | | | | | | |
| 5-14 | " | 463JT | MCO | Hilton Head | 1 20 | 1 20 | | | | | | | | | |
| 5-17 | " | " | Hilton Head | RBD | 4 35 | 4 35 | | | | | | | | | |
| 5-18 | " | " | RBD | ERV | 1 01 | 1 01 | | | | | | | | | |
| 5-18 | G-35 | 425ED | ADS-RBD-ADS | | 45 | 45 | | | | | | | | | |
| 5-21 | PC-12 | 463JT | RBD | HOU | 1 08 | 1 08 | | | | | | | | | |
| 5-21 | " | " | HOU | ~~HA~~ EGE | 4 19 | 4 19 | | | | | | | | | |
| 5-22 | " | " | IAH | ~~HOU~~ EGE | 4 45 | 4 45 | | | | | | | | | |
| 5-22 | " | " | HOU | RBD | 1 06 | 1 06 | | | | | | | | | |
| 5-23 | RV8 | N969F | RBO | Pecon | 1 05 | | | | | | | | | | |
| " | " | " | Pecon | RBD | 1 10 | | | | | | | | | | |
| 5-27 | C185 | N4807 | DTO-6R9-DTO | | 4 00 | 4 00 | | | | | | | | | |
| 5-27 | G-35 | 425ED | ADS | DTO | 30 | 30 | | | | | | | | | |
| 5-27 | " | " | DTO-GLE-ADS | | 1 10 | 1 10 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 28 54 | 28 54 | | | | | | | | | |
| | | | AMT. FORWARDED | | 2267 44 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 2296 38 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | 1 00 | | | | | | | | | | | |
| | 20 | | | | | | | | | | | John Morris - Rt Seat Jim Thompson |
| | 30 | | | | | | | | | | | |
| | | | | | | | | | | | | DEB & Cheryl Followed Jim To Kerrville |
| | | | | | | | | | | | | |
| | 25 | | | | | | | | | | | DEB John Larue John/Susan Cha... Joe |
| | 1 30 | | | | | | | | | | | Picked up Samantha Larue DEB Got off in Hou |
| | 2 30 | | | | | | | | | | | " |
| | 20 | | | | | | | | | | | Dropped Samantha off in Hou |
| | | | | | | | | | | | | J.S. Freeman Tail wheel check |
| | | | | | | | | | | | | J.S. Freeman " " " |
| | | | | | | | | | | | | Dale Calendar - TOL's on Grass & Lunch at Coopers |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Took Dale Calendar To CLL |
| | | | | | | | | | | | | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7400.40 | |
| | | | | | | | | | | | | PILOT'S SIGNATURE |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-31 | G-35 | 4250D | ADS | CGT | 2 10 | 2 10 | | | | | | | | | |
| 6-1 | " | " | CGT | ADS | 2 00 | 2 00 | | | | | | | | | |
| 6-13 | PC-12 | 463JT | RBD | SKX | 2 25 | 2 25 | | | | | | | | | |
| 6-13 | " | " | SKX | RBD | 2 20 | 2 20 | | | | | | | | | |
| 6-14 | " | " | RBD | Hou | 1 06 | 1 06 | | | | | | | | | |
| 6-14 | " | " | Hou | EGE | 4 15 | 4 15 | | | | | | | | | |
| 6-14 | " | " | EGE | RBD | 2 50 | 2 50 | | | | | | | | | |
| 6-19 | G-35 | 4250D | ADS | OCH | 1 10 | 1 10 | | | | | | | | | |
| 6-19 | " | " | OCH | ADS | 1 10 | 1 10 | | | | | | | | | |
| 6-19 | " | " | ADS | OCH | 1 15 | 1 15 | | | | | | | | | |
| 6-19 | " | " | OCH | RBD | 1 00 | 1 00 | | | | | | | | | |
| 6-19 | " | " | RBD | ADS | 30 | 30 | | | | | | | | | |
| 6-21 | " | " | ADS-54TA-ADS | | 1 00 | 1 00 | | | | | | | | | |
| 6-26 | " | " | ADS-OCH-ADS | | 2 35 | 2 35 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 25 45 | 25 45 | | | | | | | | | |
| | | | AMT. FORWARDED | | 22896 38 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22922 23 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | | | | | | | | | | | | Cheryl |
| | | | | | | | | | | | | " |
| | 20 | | | | | | | | | | | DEB & 2 dogs |
| | | | | | | | | | | | | DEB & Paul Hook |
| | 20 | | | | | | | | | | | Rick Lust |
| | 45 | | | | | | | | | | | " John LaRue and family (6) |
| 2 50 | 45 | | | | | | | | | | | Rick Lust |
| | | | | | | | | | | | | Angel Flights |
| | 15 | | | | | | | | | | | Kathy Hiebert & Daughter |
| | 20 | | | | | | | | | | | Brooke |
| | | | | | | | | | | | | To RBD for fuel |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Flew to Llano with George |
| | 1 20 | | | | | | | | | | | Met Rick Lust & Dale Calendar |
| | | | | | | | | | | | | Angel Flight Kathy & Brooke Hiebert |
| 2 50 | 4 05 | | | | | | | | | | | I certify that the entries in this log are true. |
| | | | | | | | | | | | 740 40 | |
| | | | | | | | | | | | | PILOT'S SIGNATURE |

| YEAR 2003 | | | ROUTE OF FLIGHT | | | AIRCRAFT CATEGORY AND CLASS | | | | | | | | LNDGS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | FROM | TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | DAY | NIGHT |
| 6-26 | G 35 | 4252D | ADS-OCH-R30 | ADS | 3 00 | 3 00 | | | | | | | | | |
| 6-27 | " | " | ADS-F41- | ADS | 1 00 | 1 00 | | | | | | | | | |
| 7-1 | " | " | ADS | LNC | 25 | 25 | | | | | | | | | |
| 7-1 | BT-15 | | LNC | LCL | 1 00 | 1 00 | | | | | | | | 6 | |
| 7-1 | G 35 | 4252D | LNC | ADS | 25 | 25 | | | | | | | | | |
| 7-2 | C-206 | 5226S | ADS-3M8- | F89-3M8-ADS | 4 30 | 4 30 | | | | | | | | | |
| 7-15 | BT-15 | N69605 | LNC | LNC | 1 2 | 1 2 | | | | | | | | 6 | |
| 7-27 | G 35 | 4252D | ADS-MMC- | OSH | 5 38 | 5 38 | | | | | | | | | |
| 8-1 | " | " | OSH-MMC- | ADS | 5 40 | 5 40 | | | | | | | | | |
| 7-18 | ~~[illegible]~~ | 463AF | RBD | GYI | 30 | 30 | | | | | | | | | |
| 7-18 | PC-12 | 463AF | GYI | PLK | 1 25 | 1 25 | | | | | | | | | |
| " | " | " | PLK | GYI | 1 20 | 1 20 | | | | | | | | | |
| " | " | " | GYI | RBD | 40 | 40 | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 26 48 | 26 48 | | | | | | | | | |
| | | | AMT. FORWARDED | | 22922 23 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22,949 11 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | | TYPE OF PILOTING TIME | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | FLIGHT SIMULATOR | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | REMARKS AND ENDORSEMENTS |
| | 1 15 | | | | | | | | | | | ANGEL FLIGHT - Kathy & Brooke Hiebert & DEB |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | 1 00 | | TNG. BT-15 - Steep turns, stalls, Landings - wheel - 3-PT - stop & Go. |
| | | | | | | | | | | | | [signature] McGhan - CFII EXP. 8-31-04 |
| | 45 | | | | | | | | | | | DEB, Ron Weiss, |
| | | | | | | | | | | 1 2 | | CAF INIT. QUAL. BT-15 FORM 602 complete Excellent performance in BT-15 |
| | | | | | | | | | | | | [signature] CFII EXP 8-31-04 |
| | 1 00 | | | | | | | | | | | DEB Monroe City, Mo. |
| | | | | | | | | | | | | " " |
| | 20 | | | | | | | | | | | Grayson County, Point Lookout, Flo Branson, Guy, |
| | | | | | | | | | | | | Tom & Robin Johnson, Duane She[illegible] |
| | | | | | | | | | | | | Clay Emerich, Craig Wals[illegible] |
| | | | | | | | | | | | | |
| | 3 20 | | | | | | | | | 2 15 | | I certify that the entries in this log are true. |
| | | | | | | | | | | | 740848 | |
| | | | | | | | | | | | | PILOT'S SIGNATURE |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-7 | PC-12 | 463JT | FTW | RBD | 50 | 50 | | | | | | | | | |
| 8-20 | R4D | 151ZE | LNC | RBD-LNC | 1 00 | | ~~1 00~~ | 1 00 | | | | | | | |
| 8-23 | R4D | 151ZE | LNC | LCL | 30 | | ~~30~~ | 30 | | | | | | | |
| 8-20 | PC-12 | 463JT | RBD | TEB | 5 34 | 5 34 | | | | | | | | | |
| 8-21 | " | " | TEB | RBD | 5 20 | 5 20 | | | | | | | | | |
| 8-28 | " | " | RBD | RSN | 1 07 | 1 07 | | | | | | | | | |
| 8-28 | " | " | RSN | RBD | 1 05 | 1 05 | | | | | | | | | |
| 9-8 | PC-12 | 463JT | RBD-MDW-RBD | | 6 11 | 6 11 | | | | | | | | | |
| 9-10 | G-35 | 4125CD | ADS | RBD-54TA | 1 00 | 1 00 | | | | | | | | | |
| 9-10 | C-33 | 7943M | 54TA | FMN | 4 30 | 4 30 | | | | | | | | | |
| 9-11 | " | " | FMN | TRK | 4 30 | 4 30 | | | | | | | | | |
| 9-14 | " | " | TRK | TCC | 5 10 | 5 10 | | | | | | | | | |
| 9-14 | " | " | TCC | ADS | 2 30 | 2 30 | | | | | | | | | |
| 9-15 | " | " | ADS-RBD-54TA | | 1 00 | 1 00 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 40 17 | 38 47 | | | | | | | | | |
| | | | AMT. FORWARDED | | 22949 11 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 22989 28 | | | | | | | | | | |

| CONDITIONS OF FLIGHT: NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | FLIGHT SIMULATOR | TYPE OF PILOTING TIME: CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Bob Smith TEST FLT ABLER 100 OK AND DEMO |
| | | | | | | | | | | | | Copilot checkout in K4D Fred Hensley 4 David F[illegible] |
| | | | | | | | | | | | | David Hughes ATP (R4D) DC-3 1377323 |
| | 45 | | | | | | | | | | | Jim Thompson DEB |
| | 1 20 | | | | | | | | | | | |
| | | | | | | | | | | | | John LaRoe |
| | | | | | | | | | | | | " |
| 1 00 | 1 00 | | | | | | | | | | | Jim Thompson |
| | | | | | | | | | | | | |
| | 1 00 | | | | | | | | | | | GEORGE - TO RENO AIR RACES |
| | 1 30 | | | | | | | | | | | |
| | 45 | | | | | | | | | | | |
| | 1 00 | | | | | | | | | | | 54TA TOO WET |
| | | | | | | | | | | | | TO RBD for fuel |
| 1 00 | 6 50 | | | | | | | | | | | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7400 90 | |
| | | | | | | | | | | | | PILOT'S SIGNATURE |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9-15 | G-35 | 4252D | 54TA | AOS | 40 | 40 | | | | | | | | | |
| 9-17 | DC-12 | 463TT | RBD | TEB | 5 10 | 5 10 | | | | | | | | | |
| 9-18 | " | " | TEB | Ryy | 2 50 | 2 50 | | | | | | | | | |
| 9-19 | " | " | Ryy | TPA | 1 54 | 1 54 | | | | | | | | | |
| 9-19 | " | " | TPA | RBD | 3 33 | 3 33 | | | | | | | | | |
| 9-26 | " | " | RBD | SMO | 4 37 | 4 37 | | | | | | | | | |
| 9-26 | " | " | SMO | OAK | 1 31 | 1 31 | | | | | | | | | |
| 9-27 | " | " | OAK | S07 | 1 41 | 1 41 | | | | | | | | | |
| 9-27 | " | " | S07 | CYXY | 5 00 | 5 00 | | | | | | | | | |
| 10-4 | " | " | CYXY | CYDL | 1 33 | 1 33 | | | | | | | | | |
| 10-4 | " | " | CYDL | SEA | 3 20 | 3 20 | | | | | | | | | |
| 10-4 | " | " | SEA | OAK | 3 00 | 3 00 | | | | | | | | | |
| 10-5 | " | " | OAK | RBD | 4 56 | 4 56 | | | | | | | | | |
| 10-8 | G-35 | 4252D | ADS | RBD | 25 | 25 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 40 04 | 40 04 | | | | | | | | | |
| | | | AMT. FORWARDED | | 22,989 28 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 23,029 32 | | | | | | | | | | |

| CONDITIONS OF FLIGHT: NIGHT | CONDITIONS OF FLIGHT: ACTUAL INSTRUMENT | CONDITIONS OF FLIGHT: SIMULATED INSTRUMENT (HOOD) | APP: NO. | APP: TYPE | FLIGHT SIMULATOR | TYPE OF PILOTING TIME: CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | 1 30 | | | | | | | | | | | ~~[illegible]~~ Jim |
| | 1 00 | | | | | | | | | | | |
| | 30 | | | | | | | | | | | |
| | 1 00 | | | | | | | | | | | |
| | 1 00 | | | | | | | | | | | Cheryl Jim, Bob - |
| | | | | | | | | | | | | Cheryl Jim |
| | | | | | | | | | | | | Cheryl Jim Elise Mundy Bed, OR To [illegible] |
| | | | | | | | | | | | | " " " |
| | | | | | | | | | | | | Cheryl To Dease Lake, B.C. |
| 1 00 | 30 | | | | | | | | | | | ", Jim, Elise, Willa & Ned Mundy ILS @ Sen |
| 3 00 | 1 00 | | | | | | | | | | | " " " " " |
| | | | | | | | | | | | | Cheryl & Jim |
| | | | | | | | | | | | | |
| | | | | | | | | | | | 7408848 | I certify that the entries in this log are true. |
| | | | | | | | | | | | | PILOT'S SIGNATURE |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-8 | PC-12 | 463JT | RBD | FTW | 20 | 20 | | | | | | | | | |
| 10-8 | G-35 | FTW | RBD-ADS | ADS | 1 00 | 1 00 | | | | | | | | | |
| 10-15 | PC-12 | 463JT | FTW | LCL | 15 | 15 | | | | | | | | | |
| 10-15 | " | " | FTW | LCL | 15 | 15 | | | | | | | | | |
| 10-15 | " | " | FTW | ADS RBD | 45 | 45 | | | | | | | | | |
| 10-15 | " | " | RBD | Rwy | 2 20 | 2 20 | | | | | | | | | |
| 10-17 | " | " | Rwy | OGC | 2 30 | 2 30 | | | | | | | | | |
| 10-17 | " | " | OGE | RBD | 2 50 | 2 50 | | | | | | | | | |
| 10-20 | " | " | RBD | LCL | 25 | 25 | | | | | | | | | |
| 10-21 | " | " | RBD | MKC | 2 00 | 2 00 | | | | | | | | | |
| 10-21 | " | " | MKC | RBD | 1 52 | 1 52 | | | | | | | | | |
| 10-22 | G-35 | 4252D | ADS | F41 | 30 | 30 | | | | | | | | | |
| 10-22 | C-33 | 7943M | F41 | ADS | 25 | 25 | | | | | | | | | |
| 10-25 | R4D | 15TZE | RBD | LNC | 1 20 | 15 27 | | 1 20 | | | | | | | |
| | | | TOTALS THIS PAGE | | 16 47 | | | | | | | | | | |
| | | | AMT. FORWARDED | | 23029 32 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 23046 19 | | | | | | | | | | |

| CONDITIONS OF FLIGHT: NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | FLIGHT SIMULATOR | TYPE OF PILOTING TIME: CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | To Jetworks for 700hr inspection |
| | | | | | | | | | | | | Dropped George off at RBD |
| | | | | | | | | | | | | Thomas & Maggie. Gen #1 Fail Stall warn - Returned to field |
| | | | | | | | | | | | | Steve Beasley, Thomas & Maggie Test Flt |
| | | | | | | | | | | | | Thomas & Maggie to ADS Cheryl met us & took kids |
| 2 20 | | | | | | | | | | | | Jim, Moss & Debbie & Brad |
| | 1 00 | | | | | | | | | | | Jim to Schaumburg, ILL |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Luke Lombard & Mechanic Test Flt |
| | | | | | | | | | | | | Jim |
| | | | | | | | | | | | | " |
| | | | | | | | | | | | | Johnathan Engine failed |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Jim Breitenstine, Robert Collier 3 Indcs @ RBD - Jim 2+1 @ LNC |
| 2 20 | 1 00 | | | | | | | | | | | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7408 40 | |
| | | | | | | | | | | | | PILOT'S SIGNATURE |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT: FROM | ROUTE OF FLIGHT: TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-27 | PC-12 | 463JT | RBD | LCL | 30 | 30 | | | | | | | | | |
| 10-28 | " | " | RBD-ACT-RBD | | 1 20 | 1 20 | | | | | | | | | |
| 10-29 | " | " | RBD-R49-RBD | | 5 31 | 5 31 | | | | | | | | | |
| 11-8 | R4D | 15122E | LNC | ACT | 45 | | | 45 | | | | | | | |
| 11-9 | " | " | ACT | LNC | 45 | | | 45 | | | | | | | |
| 11-11 | PC-12 | 463JT | RBD. | GR9 | 1 31 | 1 31 | | | | | | | | | |
| 11-11 | " | " | GR9-C38-MN-RBD | | 2 40 | 2 40 | | | | | | | | | |
| 11-24 | " | " | RBD-TYR-RBD | | 1 13 | 1 13 | | | | | | | | | |
| 11-30 | C-33 | 7943M | ADS-CARTHAGE-ADS | | 2 30 | 2 30 | | | | | | | | | |
| 12-3 | " | " | ADS-RUS-ADS | | 2 30 | 2 30 | | | | | | | | | |
| 11-12 | PC-12 | 463JT | RBD | HEZ | 1 32 | 1 32 | | | | | | | | | |
| 11-12 | " | " | HEZ | SGF-RBD | 3 40 | 3 40 | | | | | | | | | |
| 11-13 | " | " | RBD | HEZ | 1 22 | 1 22 | | | | | | | | | |
| 11-13 | " | " | HEZ | GVT | 1 24 | 1 24 | | | | | | | | | |
| | | | TOTALS THIS PAGE | | 28 13 | | | 1 30 | | | | | | | |
| | | | AMT. FORWARDED | | 23046 19 | | | | | | | | | | |
| | | | TOTALS TO DATE | | 23074 32 | | | | | | | | | | |

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | | | | | | | | | | | | Demo flight GLEN GEHEN |
| | | | | | | | | | | | | Mike Holderead Airwork 3A AT ACT (ILS 19, VOR/DME 32, VOR 14). |
| | | | | | | | | | | | | Jim |
| | 30 | | | | | | | | | | | David Hughes, Charlie Wood AIRSHOW AT RANGER WING |
| | 30 | | | | | | | | | | | Cold, Raining ACT 600 @ 2 |
| | | | | | | | | | | | 1 31 | Mike Holderead |
| | | | | | | | | | | | 2 48 | 38 Alpine " |
| | | | | | | | | | | | 1 18 | " |
| | | | | | | | | | | | 2 30 | GEORGE - ENROUTE NW. G/S @ CARTHAGE, ILS 13 @ GGG, ILS 15 ADS |
| | 45 | | | | | | | | | | 2 30 | GEORGE - G/S RWY AT ADS. VISUAL AT ADS |
| | | | | | | | | | | | 1 32 | Mike Holderead VOR @ HEE Simulated |
| 1 00 | 1 00 | | | | | | | | | | 3 40 | " ILS @ SEP - Simulated |
| 30 | 30 | | | | | | | | | | 1 22 | " Aircraft checkout |
| 30 | 30 | | | | | | | | | | 1 24 | " " |
| | 3 45 | | | | | | | | | | 19 22 | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7408 40 | |
| | | | | | | | | | | | 7427 10 | PILOT'S SIGNATURE |

YEAR 2003

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE-ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | | ROTORCRAFT HELICOPTER | GLIDER | | | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-13 | PC-12 | 463JT | GUT | RBD | 26 | 26 | | | | | | | | | |
| 11-13 | " | " | RBD | SAT | 1 29 | 1 29 | | | | | | | | | |
| 11-13 | " | " | SAT | RBD | 1 14 | 1 14 | | | | | | | | | |
| 12-31 | " | 432MH | DAL | NEW | 1 30 | 1 30 | | | | | | | | | |
| | | | | TOTALS THIS PAGE | 4 39 | 4 39 | | | | | | | | | |
| | | | | AMT. FORWARDED | 23074 32 | | | | | | | | | | |
| | | | | TOTALS TO DATE | 23079 11 | | | | | | | | | | |

End of 2003

| CONDITIONS OF FLIGHT | | | | | FLIGHT SIMULATOR | TYPE OF PILOTING TIME | | | | | | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | |
| | | | | | | | | | | | 26 | Mike Holderand Angel Flt |
| 1 89 | 30 | | | | | | | | | | 1 29 | " " |
| 1 14 | 30 | | | | | | | | | | 1 14 | " |
| | 30 | | | | | | | | | | | Gary Evans & Family DHd home on Southwest |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | 1 30 | | | | | | | | | | 3 09 | I certify that the entries in this log are true. |
| | | | | | | | | | | | 7427 10 | |
| | | | | | | | | | | | 7430 19 | PILOT'S SIGNATURE |

365:59 Flown in 2003