U.S. Department
of Transportation
Federal Aviation
Administration

Operations Specifications

**A046. Single Engine IFR (SEIFR) Passenger-Carrying Operations Under CFR Part 135**

**HQ Control: 01/12/01**
**HQ Revision: 020**

The certificate holder is authorized to conduct single engine Title 14 Code of Federal Regulations (CFR) Part 135 passenger-carrying operations under instrument flight rules (IFR) according to the following provisions and limitations.

a. The registration number, serial number and airplane make/model/series of the airplane to be used shall be identified in paragraph D103, as appropriate, in these operations specifications.

b. Operational Procedures. Takeoff contingency planning shall include maneuvers and procedures in case of engine failure.

c. Training. The flightcrew must have successfully completed the certificate holder's approved training program curriculum segments for IFR operations, as appropriate, and the pilot-in-command must be checked for competency and/or proficiency by an authorized check airman or FAA inspector for IFR operations in accordance with CFR Sections 135.293, 297, and 299.

d. Inoperable equipment. All equipment required for passenger-carrying operations under CFR Section 135.163 is considered essential for the safe conduct of the operation. Therefore, in accordance with CFR Section 135.179(b)(3) that required equipment may not be included in the minimum equipment list and must be operational before takeoff under IFR for passenger-carrying operations.

e. Additional maintenance requirements. In addition to the equipment required in CFR Section 135.163 the certificate holder shall ensure the following requirements are met:

(1) Unless there is an appropriately qualified second-in-command as a crewmember, the airplane must be equipped with a functional autopilot in accordance with CFR Sections 135.101 and 135.105.

(2) The certificate holder shall establish an engine trend monitoring program in accordance with CFR Section 135.421.

(3) Written instructions containing the methods, techniques, and practices necessary to maintain the equipment specified in CFR Sections 135.105 and 135.163(f) and (h) must be included in the maintenance program as required by CFR Section 135.421.

GOVERNMENT EXHIBIT 19

U.S. Department
of Transportation
Federal Aviation
Administration

Operations Specifications

1. Issued by the Federal Aviation Administration.
2. These Operations Specifications are approved by direction of the Administrator.

Murphy, Joseph F Principal Operations Inspector SW05

3. Date Approval is effective: 9/6/02 Amendment Number: 0
4. I hereby accept and receive the Operations Specifications in this paragraph.

Travis, Thomas E Chief Pilot Date: 9/6/02