# Mountain Air Charter, LLC
## Statement of Revenue Calculation

**Initial Year of Flight Operations**

**FAA Licensed Air Carrier**
**Air Carrier Certificate #MNIA230K**
**Regulated by the FAA under Part 135**

**Part 135 Revenue Flight:** 1
**Part 135 Pilot:** Captain Tom Travis
**Passenger #:** 1
**Passenger / Client Name:** Mundell

| Date of Flight | Route | In | Out | Time | Fuel |
|---|---|---|---|---|---|
| Positioning Flight | RBD-CYVR | 256.2 | 264.0 | 7.8 | 2,370 |
| September 9, 2002 | CYVR-CYXY | 264.0 | 267.5 | 3.5 | 1,455 |
| September 29, 2002 | CYXY-CYSC | 267.5 | 267.9 | 0.4 | 272 |
| September 29, 2002 | CYSC-CYXY | 267.9 | 268.4 | 0.5 | 246 |
| October 6, 2002 | CYXY-SFO | 268.4 | 274.0 | 5.6 | 2,019 |
| Positioning Flight | SFO-RBD | 274.0 | 279.2 | 5.2 | 1,796 |
| | | | | 23.0 | 3,992.0 |

| | |
|---|---|
| Total invoice at standard pricing at $625 per hour | $ 14,375.00 * |
| Discounts | (8,275.00) * |
| Total invoice: | $ 6,100.00 * |

Date payment received: October 17, 2004

**NOTES:**
** - Low introductory rate was applicable in start up phase of operations only. Mundell was considered to be an important potential repeat customer. Thus, the introductory rate and substantial discount were considered necessary make the initial flight attractive and to ensure that he would consider using the aircraft for future travel. The rate incorporates introductory discounts and low bulk fuel purchase discounts. This rate was temporary and applied for introductory and marketing purposes only. Discounts were applied to eliminate cost of positioning flights for this important first time customer.*
***Mundell became a repeat customer and his rates have increased substantially from these initial introductory rates.***

GOVERNMENT EXHIBIT
20

MAC 0482

Attachment B

# Mountain Air Charter, LLC
## Statement of Revenue Calculation

**Initial Year of Flight Operations**

**FAA Licensed Air Carrier**
**Air Carrier Certificate #MNIA230K**
**Regulated by the FAA under Part 135**

**Part 135 Revenue Flight:** 2
**Part 135 Pilot:** Captain Tom Travis
**Passenger #:** 2
**Passenger / Client Name:** Norman

| Date of Flight | Route | In | Out | Time | Fuel |
|---|---|---|---|---|---|
| Positioning Flight | 0Q3-RBD | 322.1 | 327.0 | 4.9 | 1,806 |
| November 30, 2002 | RBD-OAK | 316.6 | 321.8 | 5.2 | 1,976 |
| Positioning Flight | OAK-0Q3 | 321.8 | 322.1 | 0.3 | 175 |
| | | | | 10.4 | 2,151.0 |

| | |
|---|---|
| Total invoice at standard pricing at $625 per hour | $ 6,500.00 * |
| Discounts | (1,498.00) ** |
| Total invoice: | $ 5,002.00 |

Date payment received: December 31, 2004

**NOTES:**
** - Low hourly rate was an introductory rate in start up phase of operations.*
*The rate incorporates introductory discounts and low bulk fuel purchase discounts.*
*This rate was temporary and applied for introductory and marketing purposes only.*
*** - Additional "initial customer/first flights" discount and further discounts for positioning flights.*
***Discounts were capped as Norman was not considered to have significant potential for repeat business.***

MAC 0483

B(2)

# Mountain Air Charter, LLC
## Statement of Revenue Calculation

**Initial Year of Flight Operations**

**FAA Licensed Air Carrier**
**Air Carrier Certificate #MNIA230K**
**Regulated by the FAA under Part 135**

**Part 135 Revenue Flight:** 3
**Part 135 Pilot:** Captain Tom Travis
**Passenger #:** 3
**Passenger / Client Name:** ORIX USA (Chris Smith, Managing Director Corporate Finance; Rob Stobo, Associate Director and associate)

| Date of Flight | Route | In | Out | Time | Fuel |
|---|---|---|---|---|---|
| November 18, 2002 | FSX-RBD | 313.9 | 316.6 | 2.7 | 1,136 |
| November 18, 2002 | RBD-FSD | 311.3 | 313.9 | 2.6 | 997 |
| | | | | 5.3 | 997.0 |

| | |
|---|---|
| Total invoice at standard pricing at $625 per hour | $ 3,312.50 * |
| Discounts | (87.50) * |
| Total invoice: | $ 3,225.00 * |

Date payment received: December 12, 2004

**NOTES:**
** - Low hourly rate was an introductory rate in start up phase of operations.*
*The rate incorporates introductory discounts and low bulk fuel purchase discounts.*
*This rate was temporary and applied for introductory and marketing purposes only.*



B(3)