# Michael D. Holderread

607 Evans Drive, Euless, Texas 76040 Home – (817) 355-1032 Mobile – (214) 693-1968

**Objective:** Pilot

**Qualifications:**
Airline Transport Pilot Airplane
Current Type Rating – DA-50 (10/29/06)
FAA First Class Medical (10/19/06)
292 Hours in last 12 Months

**Flight Time:**

| | | | |
|---|---|---|---|
| Total Flight Time | 7230 hours | Simulated Instrument | 79 hours |
| Pilot in Command | 7008 hours | Actual Instrument | 380 hours |
| Second in Command | 126 hours | Turbo Prop | 1225 hours |
| Flight Instructor | 1859 hours | Total Jet | 2745 hours |
| Night | 713 hours | Jet PIC | 2680 hours |
| Cross Country | 5796 hours | Total Turbine | 3969 hours |
| Multi Engine | 4866 hours | Turbin PIC | 3524 hours |

**Turbine Aircraft Flown:**
Citation I, ISP, II, Bravo, CJ, CJ2
King Air B-90, F-90, Pilatus PC12
Falcon 50

**Experience:**

| | | |
|---|---|---|
| 10/05-Present | Neuhoff Aviation<br>Part 91 Corporate Captain Falcon 50 | Love Field, Dallas, Texas |
| 10/04-10/05 | Neuhoff Aviation<br>Part 91 Corporate Captain Cessna 550 (Citation II) | Love Field, Dallas, Texas |
| 11/03-10/04 | Mountain Air Charter<br>FAR 135 Chief Pilot, FAR 135 Captain Pilatus PC12 (Single Pilot Ops) | Dallas Executive Airport, Dallas, Texas |
| 3/03-10/04 | Neuhoff Aviation<br>Corporate Contract Flying as Captain on an as-needed basis (Citation I, II) | Love Field, Dallas, Texas |
| 12/02-3/03 | Thyssen Development<br>Part 91 Corporate Captain Cessna 550 (Citation II) | Love Field, Dallas, Texas |
| 9/01-12/02 | Gehan Aviation, LLC<br>Part 91 Corporate Captain Cessna 550 (Citation Bravo) | Love Field, Dallas, Texas |
| 11/99-9/01 | Zebra Air, Inc.<br>Part 91 Corporate Captain Cessna 501SP | Love Field, Dallas, Texas |
| 6/98-11/99 | Zebra Air, Inc.<br>FAR 135 Chief Pilot, Part 135 Captain and Corporate Captain King Air F-90 | Love Field, Dallas, Texas |
| 9/97-5/98 | Lifeguard Aeromed, Inc.<br>FAR 135 First Officer CE500, Captain Cessna 414, and Seneca PA34. | Meacham Field, Fort Worth, Texas |
| 12/96-9/97 | Raven Air Charters<br>FAR 135 Check Airman and Captain Cessna 400 Series and King Air B-90<br>FAR 135 Assistant Chief Pilot | Meacham Field, Fort Worth, Texas |
| 8/94-9/97 | Raven Air Charters<br>FAR 135 Captain Cessna 400 Series and King Air B-90 | Meacham Field, Fort Worth, Texas |
| 9/92-9/97 | Qualiflight Training, Inc.<br>Flight Instructor/Assistant Chief Flight Instructor | Meacham Field, Fort Worth, Texas |

**Education:**

| | | |
|---|---|---|
| 10/87 | Primary Flight Training | Cothron Aviation, Arlington, TX |
| 5/90 | Initial Flight Instructor | Ivy Aviation, Addison, TX |
| 11/90 | Flight Instructor Instrument | Qualiflight Training, Ft. Worth, TX |
| 12/90 | A.S. Aviation Technology | Mountain View College, Dallas, TX |
| 11/94 | Multi Engine Instructor | Qualiflight Training, Ft. Worth, TX |
| 12/94 | Airline Transport Pilot | Qualiflight Training, Ft. Worth, TX |

GOVERNMENT EXHIBIT 22

**Personal:** Born: 3/6/64, Married, Two Children, 5'11", 185 lb.

*UPDATED: 04/18/07*