Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2002, or tax year beginning ______, 2002, and ending __________

▶ See separate instructions.

OMB No. 1545-0099

**2002**

| | |
|---|---|
| A Principal business activity: IR CARRIER | Name of partnership: MOUNTAIN AIR CHARTER, LLC |
| B Principal product or service: AIR CARRIER | Number, street, and room or suite no.: 5758 BELMONT AVENUE |
| C Business code number: 481000 | City or town, state, and ZIP code: DALLAS TX 75206 |
| D Employer identification number | 03-0424090 |
| E Date business started | 03/19/2002 |
| F Total assets (see page 14 of the instructions) | $ 2,384,402. |

Use the IRS label. Otherwise, print or type.

G Check applicable boxes: (1) [X] Initial return (2) [ ] Final return (3) [ ] Name change (4) [ ] Address change (5) [ ] Amended return

H Check accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**Caution:** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

**Income**

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 1 a | Gross receipts or sales | 1a | 17,327. | | |
| b | Less returns and allowances | 1b | | 1c | 17,327. |
| 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 17,327. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts *(attach schedule)* | | | 4 | |
| 5 | Net farm profit (loss) *(attach Schedule F (Form 1040))* | | | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | | | 6 | |
| 7 | Other income (loss) *(attach schedule)* | | | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 17,327. |

**Deductions** (see page 15 of the instructions for limitations)

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | 16,174. |
| 10 | Guaranteed payments to partners | | | 10 | |
| 11 | Repairs and maintenance | | | 11 | 25,863. |
| 12 | Bad debts | | | 12 | |
| 13 | Rent | | | 13 | 3,459. |
| 14 | Taxes and licenses SEE STATEMENT 1 | | | 14 | 10,144. |
| 15 | Interest | | | 15 | |
| 16 a | Depreciation (if required, attach Form 4562) | 16a | 1,115,887. | | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | 1,115,887. |
| 17 | Depletion (Do not deduct oil and gas depletion.) | | | 17 | |
| 18 | Retirement plans, etc. | | | 18 | |
| 19 | Employee benefit programs | | | 19 | |
| 20 | Other deductions *(attach schedule)* SEE STATEMENT 1 | | | 20 | 81,246. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 1,252,773. |
| 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | | 22 | -1,235,446. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ [signature] ▶ 4/15/03

Signature of general partner or limited liability company member Date

May the IRS discuss this return with the preparer shown below (see instructions)? [ ] Yes [X] No

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ [signature] | Date 4/11/03 | Check if self-employed ▶ [ ] | Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | ERNST & YOUNG LLP | | EIN ▶ 34-6565596 |
| | 2121 SAN JACINTO STREET, SUITE 1500 | | Phone no. |
| | DALLAS, TX 75201 | | 214-969-8000 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2002)

GOVERNMENT EXHIBIT 23

JSA
2P1010 2.000

TN3468 7351 04/11/2003 17:41:35 V02-5



MAC 2658

**Schedule A** Cost of Goods Sold (see page 19 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs *(attach schedule)* | 4 | |
| 5 | Other costs *(attach schedule)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:
(i) ☐ Cost as described in Regulations section 1.471-3
(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
(iii) ☐ Other (specify method used and attach explanation) ▶
b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐
c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ▶ ☐
d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No
e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If "Yes," attach explanation.

**Schedule B** **Other Information**

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☐ Domestic general partnership b ☐ Domestic limited partnership<br>c ☒ Domestic limited liability company d ☐ Domestic limited liability partnership<br>e ☐ Foreign partnership f ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | | X |
| 5 | Does this partnership meet **all three** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; and<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264**, Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2002, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** on page 8 of the instructions | | X |
| 12 | Enter the number of **Forms 8865**, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

**Designation of Tax Matters Partner** (see page 21 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ Identifying number of TMP ▶

Address of designated TMP ▶

SA
P1020 2.000

Form **1065** (2002)

TN3468 7351 04/11/2003 17:41:35 V02-5



MAC 2659

| Section | | (a) Distributive share items | Line | (b) Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | -1,235,446. |
| | 2 | Net income (loss) from rental real estate activities *(attach Form 8825)* | 2 | |
| | 3a | Gross income from other rental activities — 3a | | |
| | b | Expenses from other rental activities *(attach schedule)* — 3b | | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 | Portfolio income (loss): a Interest income SEE STATEMENT 1 | 4a | 500. |
| | b | Ordinary dividends | 4b | |
| | c | Royalty income | 4c | |
| | d | Net short-term capital gain (loss) *(attach Schedule D (Form 1065))* | 4d | |
| | e | (1) Net long-term capital gain (loss) *(attach Schedule D (Form 1065))* | 4e(1) | |
| | | (2) 28% rate gain (loss) ▶ (3) Qualified 5-year gain ▶ | | |
| | f | Other portfolio income (loss) *(attach schedule)* | 4f | |
| | 5 | Guaranteed payments to partners SEE STATEMENT 1 | 5 | 9,690. |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) *(attach Form 4797)* | 6 | |
| | 7 | Other income (loss) *(attach schedule)* | 7 | |
| Deductions | 8 | Charitable contributions *(attach schedule)* SEE STATEMENT 2 | 8 | 1,000. |
| | 9 | Section 179 expense deduction *(attach Form 4562)* | 9 | |
| | 10 | Deductions related to portfolio income (itemize) | 10 | |
| | 11 | Other deductions *(attach schedule)* | 11 | |
| Credits | 12a | Low-income housing credit: | | |
| | | (1) From partnerships to which section 42(j)(5) applies | 12a(1) | |
| | | (2) Other than on line 12a(1) | 12a(2) | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities *(attach Form 3468)* | 12b | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d | Credits related to other rental activities | 12d | |
| | 13 | Other credits | 13 | |
| Investment Interest | 14a | Interest expense on investment debts | 14a | |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above STMT 2 | 14b(1) | 500. |
| | | (2) Investment expenses included on line 10 above | 14b(2) | |
| Self-employment | 15a | Net earnings (loss) from self-employment SEE STATEMENT 3 | 15a | 9,690. |
| | b | Gross farming or fishing income | 15b | |
| | c | Gross nonfarm income SEE STATEMENT 4 | 15c | 9,690. |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b | Adjusted gain or loss | 16b | |
| | c | Depletion (other than oil and gas) | 16c | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e | Other adjustments and tax preference items *(attach schedule)* | 16e | |
| Foreign Taxes | 17a | Name of foreign country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 17b | |
| | c | Gross income sourced at partner level | 17c | |
| | d | Foreign gross income sourced at partnership level: | | |
| | | (1) Passive ▶ (2) Listed categories *(attach schedule)* ▶ (3) General limitation ▶ | 17d(3) | |
| | e | Deductions allocated and apportioned at partner level: | | |
| | | (1) Interest expense ▶ (2) Other ▶ | 17e(2) | |
| | f | Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | | (1) Passive ▶ (2) Listed categories *(attach schedule)* ▶ (3) General limitation ▶ | 17f(3) | |
| | g | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 17g | |
| | h | Reduction in taxes available for credit *(attach schedule)* | 17h | |
| Other | 18 | Section 59(e)(2) expenditures: a Type ▶ b Amount ▶ | 18b | |
| | 19 | Tax-exempt interest income | 19 | |
| | 20 | Other tax-exempt income | 20 | |
| | 21 | Nondeductible expenses SEE STATEMENT 4 | 21 | 9. |
| | 22 | Distributions of money (cash and marketable securities) | 22 | |
| | 23 | Distributions of property other than money | 23 | |
| | 24 | Other items and amounts required to be reported separately to partners *(attach schedule)* | | |

Analysis of Net Income (Loss)

| | | |
|---|---|---|
| 1 Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b | 1 | -1,226,256. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | -12,359. | -1213897. | | | | |

**Note: Schedules L, M-1 and M-2 are not required if Question 5 of Schedule B is answered "Yes."**

## Schedule L Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | NONE | | 69,291. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets *(attach schedule)* | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments *(attach schedule)* | | | | |
| 9a Buildings and other depreciable assets | NONE | | 3,347,561. | |
| b Less accumulated depreciation | NONE | NONE | 1,115,887. | 2,231,674. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | NONE | | 89,397. | |
| b Less accumulated amortization | NONE | NONE | 5,960. | 83,437. |
| 13 Other assets *(attach schedule)* | | | | |
| 14 Total assets | | NONE | | 2,384,402. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities *(attach schedule)* | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities *(attach schedule)* | STMT 6 | NONE | | 2,581,351. |
| 21 Partners' capital accounts | | NONE | | -196,949. |
| 22 Total liabilities and capital | | NONE | | 2,384,402. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -1,235,955. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 3 Guaranteed payments (other than health insurance) | 9,690. | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): a Depreciation $ | | | |
| b Travel and entertainment $ STMT 5 | 9. | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | -1,226,256. | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -1,226,256. |

## Schedule M-2 Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | NONE | 6 Distributions: a Cash | |
| 2 Capital contributed: a Cash | 1,039,006. | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | -1,235,955. | | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | -196,949. | 9 Balance at end of year. Subtract line 8 from line 5 | -196,949. |

Form **1065** (2002)

JSA
2P1035 2.000

TN3468 7351 04/11/2003 17:41:35 V02-5 6

MAC 2661

Form **4562** Depreciation and Amortization (Including Information on Listed Property) **2002**

Department of the Treasury Internal Revenue Service ▶ See separate instructions. ▶ Attach to your tax return. Attachment Sequence No. 67

Name(s) shown on return: MOUNTAIN AIR CHARTER, LLC — Identifying number: 03-0424090

Business or activity to which this form relates: MOUNTAIN AIR CHARTER, LLC

**Part I Election To Expense Certain Tangible Property Under Section 179**
**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See page 2 of the instructions for a higher limit for certain businesses | 1 | 24,000. |
| 2 | Total cost of section 179 property placed in service (see page 2 of the instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | 200,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 | |

| | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| 6 | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2001 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2003. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II Special Depreciation Allowance and Other Depreciation (Do not include listed property.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see page 3 of the instructions) | 14 | 2,868. |
| 15 | Property subject to section 168(f)(1) election (see page 4 of the instructions) | 15 | |
| 16 | Other depreciation (including ACRS) (see page 4 of the instructions) | 16 | |

**Part III MACRS Depreciation (Do not include listed property.) (See page 4 of the instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2002 | 17 | |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2002 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| * 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | 6,692. | 7.000 | HY | 200DB | 319. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2002 Tax Year Using the Alternative Depreciation System**

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part IV Summary (see page 6 of the instructions)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 1,112,700. |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 1,115,887. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

JSA 2X2300 2.000 For Paperwork Reduction Act Notice, see separate instructions. * SEE DETAIL Form 4562 (2002)

TN3468 7351 04/11/2003 17:41:35 V02-5 7

MAC 2662

**Part V** **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution:** *See page 8 of the instructions for limits for passenger automobiles.)*

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No 24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see page 7 of the instructions) | | | | | | 25 | 1,001,400. | |
| **26** Property used more than 50% in a qualified business use (see page 7 of the instructions): | | | | | | | | |
| PILATUS PC-12 | 09/03/2002 | 100. % | 3,338,001 | 2,336,601. | 7 | 200DB-HY | 111,300. | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use (see page 7 of the instructions): | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 1,112,700. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (do not include commuting miles - see page 2 of the instructions) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see page 8 of the instructions).

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 8 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? (See page 9 of the instructions.) | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2002 tax year (see page 9 of the instructions): | | | | | |
| START-UP COSTS | 09/03/2002 | 88,963. | 195 | 5.000 | 5,931. |
| ORGANIZATIONAL COSTS | 09/03/2002 | 434. | 709 | 5.000 | 29. |
| **43** Amortization of costs that began before your 2002 tax year | | | | 43 | |
| **44** Total. Add amounts in column (f). See page 9 of the instructions for where to report | | | | 44 | 5,960. |



JSA
2X2310 1.000

TN3468 7351 04/11/2003 17:41:35 V02-5 8

MAC 2663

MOUNTAIN CHARTER, LLC

# 2002 __preciation

03-0424090

Description of Property

MOUNTAIN AIR CHARTER, LLC

GENERAL TRADE OR BUSINESS

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | 30% & ITC Reduction in basis | Basis for depreciation | Beginning Accumulated depreciation | Ending Accumulated depreciation | Method | Convention | Life | ACRS class | MACRS class | Current-yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAFT | 09/03/2002 | 9,560. | 100. | | 2,868. | 6,692. | | 319. | 200DB | HY | | | 7 | | 319. |
| Less: Retired Assets | | | | | | | | | | | | | | | |
| TOTALS | | 9,560. | | | 2,868. | 6,692. | | 319. | | | | | | | 319. |

*Assets Retired

JSA
2X9027 1.000

TN3468 7351 04/11/2003 17:41:35 V02-5



MAC 2664

MOUNTAIN HARTER, LLC

# 2002 ...reciation

LISTED PROPERTIES

03-0424090

Description of Property

MOUNTAIN AIR CHARTER, LLC

GENERAL TRADE OR BUSINESS

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | 30% & ITC Reduction in basis | Basis for depreciation | Beginning Accumulated depreciation | Ending Accumulated depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MACRS class | Current-yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PILATUS PC-12 | 09/03/2002 | 3,338,001. | 100. | | 1001400. | 2,336,601. | | 111,300. | 200DB | HY | | | 7 | | 111,300. |
| Less: Retired Assets | | | | | | | | | | | | | | | |
| TOTALS | | 3,338,001. | | | 1001400. | 2,336,601. | | 111,300. | | | | | | | 111,300. |

*Assets Retired

JSA
2X9027 1.000

TN3468 7351 04/11/2003 17:41:35 V02-5



MAC 2665

MOUNTAI CHARTER, LLC

# 2002 ›preciation

03-0424090

Description of Property

MOUNTAIN AIR CHARTER, LLC

GENERAL TRADE OR BUSINESS

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | 30% & ITC Reduction in basis | Basis for depreciation | Beginning Accumulated depreciation | Ending Accumulated depreciation | Method | Convention | Life | ACRS class | MACRS class | Current-yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OTHER THAN LISTED | | | | | | | | | | | | | | | |
| GROSS | | 9,560. | | | | 6,692. | | 319. | | | | | | | 319. |
| LESS: RETIRED ASSETS | | | | | | | | | | | | | | | |
| SUBTOTAL: | | 9,560. | | | | 6,692. | | 319. | | | | | | | 319. |
| LISTED PROPERTY | | | | | | | | | | | | | | | |
| GROSS | | 3,338,001. | | | | 2,336,601. | | 111,300. | | | | | | | 111,300. |
| LESS: RETIRED ASSETS | | | | | | | | | | | | | | | |
| SUBTOTAL: | | 3,338,001. | | | | 2,336,601. | | 111,300. | | | | | | | 111,300. |
| GROSS AMOUNTS | | 3,347,561. | | | | 2,343,293. | | 111,619. | | | | | | | |
| Less: Retired Assets | | | | | | | | | | | | | | | |
| TOTALS | | 3,347,561. | | | | 2,343,293. | | 111,619. | | | | | | | 111,619. |

*Assets Retired

JSA
2X9027 1.000

TN3468 7351 04/11/2003 17:41:35 V02-5



MAC 2666

## 2002 Amortization

Descrip... of Property | 03-0424090

MOUNTAI CHARTER, LLC | GENER... ADE OR BUSINESS

| Asset description | Date placed in service | Cost or basis | Beginning Accumulated amortization | Ending Accumulated amortization | Code | Life | Current-year amortization |
|---|---|---|---|---|---|---|---|
| START-UP COSTS | 09/03/2002 | 88,963. | | 5,931. | 195 | 5.000 | 5,931. |
| ORGANIZATIONAL COSTS | 09/03/2002 | 434. | | 29. | 709 | 5.000 | 29. |
| Less: Retired Assets | | | | | | | |
| TOTALS | | 89,397. | | 5,960. | | | 5,960. |

* Assets Retired

JSA
2X9026 1.000

TN3468 7351 04/11/2003 17:41:35 V02-5



MAC 2667

MOUNTAIN CHARTER, LLC

# 2002 Alternative M mum Tax Depreciation

03-0424090

Description of Property

MOUNTAIN AIR CHARTER, LLC

GENERAL TRADE OR BUSINESS

| Asset description | Date Placed in Service | AMT basis for depreciation | AMT accumulated depreciation | AMT me-thod | AMT conven-tion | AMT life | AMT depreciation deduction | Regular depreciation deduction | Post-86 depreciation adjustment | Leased pers. prop. preference | Real property preference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PILATUS PC-12 | 09/03/2002 | 3,338,001. | | 200DB | HY | 7.000 | 111,300. | 111,300. | | | |
| RAFT | 09/03/2002 | 9,560. | | 200DB | HY | 7.000 | 319. | 319. | | | |
| Less: Retired Assets . . . . . . . . . . . . | | | | | | | | | | | |
| TOTALS . . . . . . . . . . . . . . . . | | 3,347,561. | | | | | 111,619. | 111,619. | | | |

2X9034 1.000 JSA * Assets Retired

TN3468 7351 04/11/2003 17:41:35 V02-5



MAC 2668

LINE 14 - PAGE 1 - TAXES

| | |
|---|---|
| PAYROLL TAXES | 10,144. |
| TAL TAXES | 10,144. |

LINE 20 - PAGE 1 - OTHER DEDUCTIONS

| | |
|---|---|
| AMORTIZATION | 5,960. |
| TRAVEL & ENTERTAINMENT EXPENSE | 8. |
| MISCELLANEOUS EXPENSE | 197. |
| FUEL EXPENSE | 32,953. |
| INSURANCE EXPENSE | 36,125. |
| BANK CHARGES | 61. |
| PHONE | 1,742. |
| TRAINING EXPENSE | 267. |
| PRINTING EXPENSE | 669. |
| SUPPLIES EXPENSE | 2,665. |
| LODGING EXPENSE | 599. |
| TOTAL OTHER DEDUCTIONS | 81,246. |

SCHEDULE K - LINE 4A - INTEREST INCOME

| | |
|---|---|
| INTEREST INCOME | 500. |
| AL INTEREST INCOME | 500. |

CHEDULE K - LINE 5 - GUARANTEED PAYMENTS

| | |
|---|---|
| EDUCTIBLE FROM TRADE/BUSINESS ACTIVITIES | 9,690. |
| TOTAL GUARANTEED PAYMENTS | 9,690. |

MAC 2669

STATEMENT #1

SCHEDULE K - LINE 8 - CHARITABLE CONTRIBUTIONS

CASH CHARITABLE CONTRIBUTIONS

| | | |
|---|---|---|
| CASH CONTRIBUTIONS - 50% LIMITATION: | | |
| PROMOTION EXPENSE-CHALLENGE AIR | 1,000. | |
| TOTAL CASH CONTRIBUTIONS - 50% LIMITATION | | 1,000. |
| TOTAL CASH CHARITABLE CONTRIBUTIONS | | 1,000. |
| TOTAL CHARITABLE CONTRIBUTIONS | | 1,000. |

SCHEDULE K - LINE 14B(1) - INVESTMENT INCOME

| | |
|---|---|
| INTEREST INCOME | 500. |
| TOTAL INVESTMENT INCOME, SCHEDULE K, LINE 14B(1) | 500. |

MAC 2670

SCHEDULE K - LINE 15A - NET EARNINGS (LOSS) FROM SELF-EMPLOYMENT

| | | |
|---|---|---|
| 1A | ORDINARY INCOME (LOSS) (SCHEDULE K, LINE 1) | -1,235,446. |
| B | NET INCOME (LOSS) FROM CERTAIN RENTAL REAL ESTATE ACTIVITIES | |
| | NET INCOME (LOSS) FROM OTHER RENTAL ACTIVITIES | |
| | NET LOSS FROM FORM 4797, PART II, LINE 18, INCLUDED ON LINE 1A ABOVE. ENTER AS A POSITIVE AMOUNT | |
| E | COMBINE LINES 1A THROUGH 1D | -1,235,446. |
| 2 | NET GAIN FROM FORM 4797, PART II, LINE 18, INCLUDED ON LINE 1A ABOVE | |
| 3A | SUBTRACT LINE 2 FROM LINE 1E. IF LINE 1E IS A LOSS, INCREASE THE LOSS ON LINE 1E BY THE AMOUNT ON LINE 2 | -1,235,446. |
| 3B | PART OF LINE 3A ALLOCATED TO LIMITED PARTNERS, ESTATES, TRUSTS, CORPORATIONS, EXEMPT ORGANIZATIONS, AND IRAS | -1,235,446. |
| 3C | SUBTRACT LINE 3B FROM LINE 3A. IF LINE 3A IS A LOSS, REDUCE THE LOSS ON LINE 3A BY THE AMOUNT ON LINE 3B. INCLUDE EACH INDIVIDUAL GENERAL PARTNER'S SHARE ON LINE 15A OF SCHEDULE K-1 | |
| 4A | GUARANTEED PAYMENTS TO PARTNERS | 9,690. |
| B | PART OF LINE 4A ALLOCATED TO ESTATES, TRUSTS, CORPORATIONS, EXEMPT ORGANIZATIONS, AND IRAS | |
| | PART OF LINE 4A ALLOCATED TO INDIVIDUAL LIMITED PARTNERS FOR OTHER THAN SERVICES | |
| C | SUBTRACT LINE 4B FROM LINE 4A. INCLUDE IN EACH INDIVIDUAL GENERAL PARTNER'S SHARE AND EACH INDIVIDUAL LIMITED PARTNER'S SHARE ON LINE 15A OF SCHEDULE K-1 | 9,690. |
| 5 | NET EARNINGS (LOSS) FROM SELF-EMPLOYMENT (LINE 3C + 4C) | 9,690. |

MAC 2671

STATEMENT #3

## SCHEDULE K - LINE 15C - GROSS NONFARM INCOME

| | |
|---|---|
| 1A GROSS INCOME FROM NONFARM ACTIVITIES | 17,327. |
| B NET INCOME (LOSS) FROM CERTAIN RENTAL REAL ESTATE ACTIVITIES | |
| NET INCOME (LOSS) FROM OTHER RENTAL ACTIVITIES | |
| LESS GUARANTEED PAYMENTS FROM SCHEDULE K, LINE 5 | 9,690. |
| D COMBINE LINES 1A - 1C. | 7,637. |
| E PART ALLOCATED TO PARTNERS WHO ARE ESTATES, TRUSTS, CORPORATIONS, EXEMPT ORGANIZATIONS, IRAS, OR LIMITED PARTNERS. | 7,637. |
| F SUBTRACT LINE 1E FROM LINE 1D. | |
| 4A GUARANTEED PAYMENTS TO PARTNERS. | 9,690. |
| B PART OF LINE 4A ALLOCATED TO ESTATES, TRUSTS, CORPORATIONS, EXEMPT ORGANIZATIONS, AND IRAS | |
| PART OF LINE 4A ALLOCATED TO INDIVIDUAL LIMITED PARTNERS FOR OTHER THAN SERVICES | |
| C SUBTRACT LINE 4B FROM LINE 4A. INCLUDE IN EACH INDIVIDUAL GENERAL PARTNER'S SHARE AND EACH INDIVIDUAL LIMITED PARTNER'S SHARE ON LINE 15A OF SCHEDULE K-1. | 9,690. |
| 5 GROSS NONFARM INCOME FOR SCHEDULE K, LINE 15C (LINE 1F + 4C) | 9,690. |

## SCHEDULE K - LINE 21 - NONDEDUCTIBLE EXPENSES

| | |
|---|---|
| TRAVEL AND ENTERTAINMENT EXPENSES - NONDEDUCTIBLE PORTION | 9. |
| TOTAL NONDEDUCTIBLE EXPENSES | 9. |

MAC 2672

STATEMENT #4

XX063 1.000

TN3468 7351 04/11/2003 17:41:35 V02-5

| SCHEDULE L - LINE 20 - OTHER LIABILITIES | BEGINNING | ENDING |
|---|---|---|
| LOAN FROM JRT | | 2,581,351. |
| TAL OTHER LIABILITIES | | 2,581,351. |

| SCHEDULE M-1 - LINE 4B - TRAVEL AND ENTERTAINMENT LIMITATION | |
|---|---|
| GROSS TRAVEL AND ENTERTAINMENT EXPENSES | 17. |
| LESS: 50% LIMITATION | 9. |
| NET TRAVEL AND ENTERTAINMENT EXPENSE | 8. |

| SCHEDULE M-2 - LINE 2A - CASH CONTRIBUTED DURING YEAR | |
|---|---|
| CASH CONTRIBUTED DURING THE YEAR | 1,039,006. |
| TOTAL CASH CONTRIBUTED DURING THE YEAR | 1,039,006. |

MAC 2673

STATEMENT #5

**MOUNTAIN AIR CHARTER, LLC**
**12/31/2002**

**Form 1065** **03-0424090**

**Election to Amortize Start-up Expenditures Pursuant to IRC Section 195**

Pursuant to Section 195(b) of the Internal Revenue Code of 1986, and regulations promulgated thereunder, taxpayer hereby elects to treat start-up expenditures incurred during the period from 03/19/2002 through 09/02/2002, in the amount of $88,963 as deferred expenditures and to amortize such deductions in the prescribed manner over sixty (60) months.

**MOUNTAIN AIR CHARTER, LLC**
**12/31/2002**

**Form 1065** **03-0424090**

**Election to Amortize Organizational Expenditures**
**Pursuant to IRC Section 709**

The taxpayer hereby elects under IRC Section 709 to amortize organizational expenditures over a 60-month period. Organizational expenditures in the amount of $434 were incurred on August 1, 2002.

**MOUNTAIN AIR CHARTER, LLC**
**12/31/2002**

**Form 1065** **03-0424090**

**Recurring Item Election Under IRC Section 461(h)**

The taxpayer hereby elects the recurring item exception of Section 461(h)(3) of the Internal Revenue Code with respect to all types of items incurred in all trades or businesses in which the taxpayer engages.

| Partner Number | A. Capital Account at Beginning of Year | B. Capital Contributed During Year | C. Partners' Shares of Sch. M-2, Lines 3, 4, and 7 | D. Withdrawals and Distributions | E. Capital Account at End of Year |
|---|---|---|---|---|---|
| 1 | NONE | 1,028,621. | -1,223,596. | | -194,975. |
| 2 | NONE | 10,385. | -12,359. | | -1,974. |
| TOT | NONE | 1,039,006. | -1,235,955. | | -196,949. |

SA
P9040 1.000 MOUNTAIN AIR CHARTER, LLC 03-0424090
TN3468 7351 04/11/2003 17:41:35 V02-5 19

SCHEDULE K-1 (Form 1065)
Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 2002 or tax year beginning , 2002, and ending

OMB No. 1545-0099

2002

Partner's identifying number ▶ 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

Partnership's identifying number ▶ 03-0424090

Partner's name, address, and ZIP code PARTNER # 1
JAMES R. THOMPSON
5758 BELMONT AVENUE
DALLAS, TX 75206

Partnership's name, address, and ZIP code
MOUNTAIN AIR CHARTER, LLC
5758 BELMONT AVENUE
DALLAS, TX 75206

A This partner is a [ ] general partner [ ] limited partner [X] limited liability company member

B What type of entity is this partner? ▶ INDIVIDUAL

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of: (i) Before change or termination / (ii) End of year

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 99.000000 % |
| Loss sharing | % | 99.000000 % |
| Ownership of capital | % | 99.000000 % |

E IRS Center where partnership filed return: OGDEN

F Partner's share of liabilities (see instructions):
Nonrecourse . . . . . . .
Qualified nonrecourse financing
Other . . . . . . . . . . . 2,555,537.

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . . . . . . [ ]

I Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| NONE | 1,028,621. | -1,223,596. | ( ) | -194,975. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | -1,223,092. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest STMT 1 | 4a | 495. | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 5 of worksheet for Sch. D, line 29 |
| | f | Other portfolio income (loss) *(attach schedule)* | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner STMT 1 | 5 | 9,690. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) *(attach schedule)* | 7 | | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) *(attach schedule)* | 8 | 990. | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income *(attach schedule)* | 10 | | |
| | 11 | Other deductions *(attach schedule)* | 11 | | |
| Credits | 12a | Low-income housing credit: | | | Form 8586, line 5 |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2002

SA P1200 2.000

TN3468 7351 04/11/2003 17:41:35 V02-5 20

MAC 2678

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 14 a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 495. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| Self-employment | 15 a Net earnings (loss) from self-employment | 15a | 9,690. | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | 9,690. | |
| Adjustments and Tax Preference Items | 16 a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments and tax preference items *(attach schedule)* | 16e | | |
| Foreign Taxes | 17 a Name of foreign country or U.S. possession ▶ | | | |
| | b Gross income from all sources | 17b | | Form 1116, Part I |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories *(attach schedule)* | 17d(2) | | |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories *(attach schedule)* | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit *(attach schedule)* | 17h | | Form 1116, line 12 |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses STMT 2 | 21 | 9. | |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner *(attach additional schedules if more space is needed)*:

| Activity Name(s) and Type of Income: | Disposed Activity | Low-Income Housing | Traded Partnership | Pass-through Activity |
|---|---|---|---|---|
| A MOUNTAIN AIR CHARTER, LLC | NO | NO | NO | NO |
| B MOUNTAIN AIR CHARTER, LLC | NO | NO | NO | NO |
| C | | | | |
| D | | | | |

| Schedule K-1 Line References | Activity A PORTFOLIO | Activity B GEN TAB | Activity C | Activity D | Activity E |
|---|---|---|---|---|---|
| 1 Ordinary income | | -1,223,092. | | | |
| 2 Rental real estate income | | | | | |
| 3 Other rental income | | | | | |
| 4a Interest income | 495. | | | | |
| 4b Ordinary dividends | | | | | |
| 4c Royalties | | | | | |
| 4d Short-term capital gain/loss | | | | | |
| 4e (1) Net long-term capital gain/loss | | | | | |
| 4e (2) 28% rate gain/loss | | | | | |
| 4e (3) Qualified 5-year gain | | | | | |
| 4f Other portfolio income/loss | | | | | |
| 5 Guaranteed payments | | 9,690. | | | |
| 6 Net Section 1231 gain/loss | | | | | |
| 7 Other income | | | | | |
| 8 Charitable contributions | | 990. | | | |
| 9 Section 179 expense | | | | | |
| 10 Deductions for portfolio income | | | | | |
| 11 Other deductions | | | | | |
| 12a (1) LIHC: Sect. 42(j)(5) pshs | | | | | |
| 12a (2) LIHC: Other than on 12a(i) | | | | | |
| 12b Qualified rehab. expenditures | | | | | |
| 12c Rental real estate credits | | | | | |
| 12d Other rental credits | | | | | |
| 13 Other credits | | | | | |
| 1[illegible] Interest expense on inv. debts | | | | | |
| 14[illegible] Investment income | 495. | | | | |
| 14b (2) Investment expense | | | | | |
| 16a Depr. adj. on post-86 property | | | | | |
| 16b Adjusted gain/loss | | | | | |
| 16c Depletion | | | | | |
| 16d (1) Gross income oil/gas/geoth | | | | | |
| 16d (2) Deductions alloc. to oil/gas prop. | | | | | |
| 16e Other tax preference | | | | | |
| 17b Gross income all sources | | | | | |
| 17c Gross income (ptr level) | | | | | |
| 17d (1) Passive (ptrshp level) | | | | | |
| 17d (2) Listed categories (ptrshp level) | | | | | |
| 17d (3) General limitation (ptrshp level) | | | | | |
| 17e (1) Interest exp. allo. & appt. (ptr level) | | | | | |
| 17e (2) Other deductions allo. & appt. (ptr level) | | | | | |
| 17f (1) Passive deductions (ptrshp level) | | | | | |
| 17f (2) Listed categories (ptrshp level) | | | | | |
| 17f (3) General limitation (ptrshp level) | | | | | |
| 17g Total foreign taxes | | | | | |
| 17h Reduction in taxes avail. for credit | | | | | |
| 8b Section 59(e) expenditures | | | | | |
| 19 Tax-exempt interest income | | | | | |
| 20 Other tax-exempt income | | | | | |
| 21 Nondeductible expenses | | 9. | | | |
| 4a Low-inc. housing credit recap. | | | | | |
| 4b [illegible]er than Sec. 42(j)(5) | | | | | |
| 25 [illegible]pplemental Information | | | | | |



MAC 2680

ITEM F, OTHER LIABILITIES

| | |
|---|---|
| OTHER LIABILITIES | 2,555,537. |
| )TAL OTHER LIABILITIES | 2,555,537. |

ITEM J, COLUMN(B) - CAPITAL CONTRIBUTIONS

| | |
|---|---|
| CASH CONTRIBUTIONS | 1,028,621. |
| TOTAL CAPITAL CONTRIBUTIONS | 1,028,621. |

ITEM J, COLUMN(C) - RECONCILIATION OF INCOME

| | |
|---|---|
| INCOME (LOSS) FROM SCH. K-1, LINES 1 - 7 | -1,212,907. |
| LESS: DEDUCTIONS FROM SCH. K-1, LINES 8 - 11, 14A, 17G & 18B | 990. |
| TOTAL INCOME PER SCHEDULE K-1 | -1,213,897. |
| LESS: GUARANTEED PAYMENTS | 9,690. |
| LESS: EXPENSES RECORDED ON BOOKS, NOT INCLUDED ON SCH. K-1: | |
| TRAVEL AND ENTERTAINMENT | 9. |
| TOTAL INCOME PER ITEM J, COLUMN(C) | -1,223,596. |

LINE 4A - INTEREST INCOME

| | |
|---|---|
| INTEREST INCOME | 495. |
| TOTAL INTEREST INCOME | 495. |

.INE 5 - GUARANTEED PAYMENTS

| | |
|---|---|
| 'ROM TRADE/BUSINESS ACTIVITIES | 9,690. |
| TOTAL GUARANTEED PAYMENTS | 9,690. |

INE 8 - CHARITABLE CONTRIBUTIONS

| | |
|---|---|
| ASH CONTRIBUTIONS SUBJECT TO 50% LIMITATION | 990. |
| TOTAL CHARITABLE CONTRIBUTIONS | 990. |

STATEMENT #1

LINE 21 - NONDEDUCTIBLE EXPENSES

| | |
|---|---|
| TRAVEL AND ENTERTAINMENT EXPENSE NONDEDUCTIBLE | 9. |
| TOTAL NONDEDUCTIBLE EXPENSES | 9. |

MAC 2682

STATEMENT #2

SCHEDULE K-1 (Form 1065)
Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 2002 or tax year beginning , 2002, and ending

OMB No. 1545-0099

2002

Partner's identifying number ▶ 01-0674505

Partner's name, address, and ZIP code PARTNER # 2

JRT HOLDING, INC.
5758 BELMONT AVENUE
DALLAS, TX 75206

Partnership's identifying number ▶ 03-0424090

Partnership's name, address, and ZIP code

MOUNTAIN AIR CHARTER, LLC
5758 BELMONT AVENUE
DALLAS, TX 75206

A This partner is a ☐ general partner ☐ limited partner
☒ limited liability company member

B What type of entity is this partner? ▶ S CORPORATION

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 1.000000 % |
| Loss sharing | % | 1.000000 % |
| Ownership of capital | % | 1.000000 % |

E IRS Center where partnership filed return: OGDEN

F Partner's share of liabilities (see instructions):
Nonrecourse
Qualified nonrecourse financing
Other 25,814.

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| NONE | 10,385. | -12,359. | ( ) | -1,974. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | -12,354. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest STMT. 1 | 4a | 5. | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 5 of worksheet for Sch. D, line 29 |
| | f | Other portfolio income (loss) *(attach schedule)* | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) *(attach schedule)* | 7 | | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) *(attach schedule)* | 8 | 10. | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income *(attach schedule)* | 10 | | |
| | 11 | Other deductions *(attach schedule)* | 11 | | |
| Credits | 12a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065. Schedule K-1 (Form 1065) 2002

JSA
2P1200 2.000

TN3468 7351 04/11/2003 17:41:35 V02-5 25

MAC 2683

| Section | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 14 a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 5. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| Self-employment | 15 a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16 a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments and tax preference items *(attach schedule)* | 16e | | |
| Foreign Taxes | 17 a Name of foreign country or U.S. possession ▶ ________ | | | Form 1116, Part I |
| | b Gross income from all sources | 17b | | |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories *(attach schedule)* | 17d(2) | | |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories *(attach schedule)* | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit *(attach schedule)* | 17h | | Form 1116, line 12 |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ ________ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner *(attach additional schedules if more space is needed)*:

| Activity Name(s) and Type of Income: | Activity | Housing | Partnership | Activity |
|---|---|---|---|---|
| A MOUNTAIN AIR CHARTER, LLC | NO | NO | NO | NO |
| B MOUNTAIN AIR CHARTER, LLC | NO | NO | NO | NO |
| C | | | | |
| D | | | | |
| ſ | | | | |

| | | Activity A | Activity B | Activity C | Activity D | Activity E |
|---|---|---|---|---|---|---|
| Schedule K-1 Line References | | PORTFOLIO | GEN. TAB | | | |
| 1 | Ordinary income . . . . . . . | | -12,354. | | | |
| 2 | Rental real estate income . . . | | | | | |
| 3 | Other rental income . . . . . . | | | | | |
| 4a | Interest income . . . . . . . . | 5. | | | | |
| 4b | Ordinary dividends . . . . . . | | | | | |
| 4c | Royalties . . . . . . . . . . . | | | | | |
| 4d | Short-term capital gain/loss . . | | | | | |
| 4e (1) | Net long-term capital gain/loss . . | | | | | |
| 4e (2) | 28% rate gain/loss . . . . . . | | | | | |
| 4e (3) | Qualified 5-year gain . . . . . . . | | | | | |
| 4f | Other portfolio income/loss . . | | | | | |
| 5 | Guaranteed payments . . . . . | | | | | |
| 6 | Net Section 1231 gain/loss . . | | | | | |
| 7 | Other income . . . . . . . . . | | | | | |
| 8 | Charitable contributions . . . . | | 10. | | | |
| 9 | Section 179 expense . . . . . | | | | | |
| 10 | Deductions for portfolio income | | | | | |
| 11 | Other deductions . . . . . . . | | | | | |
| 12a (1) | LIHC: Sect. 42(j)(5) pshs . . . . | | | | | |
| 12a (2) | LIHC: Other than on 12a(i) . . . | | | | | |
| 12b | Qualified rehab. expenditures . | | | | | |
| 12c | Rental real estate credits . . . | | | | | |
| 12d | Other rental credits . . . . . . | | | | | |
| 13 | Other credits . . . . . . . . . | | | | | |
| 1‹ | ›nterest expense on inv. debts . | | | | | |
| 14b ( ) | Investment income . . . . . . | 5. | | | | |
| 14b (2) | Investment expense . . . . . . | | | | | |
| 16a | Depr. adj. on post-86 property . | | | | | |
| 16b | Adjusted gain/loss . . . . . . | | | | | |
| 16c | Depletion . . . . . . . . . . | | | | | |
| 16d (1) | Gross income oil/gas/geoth . . | | | | | |
| 16d (2) | Deductions alloc. to oil/gas prop. . | | | | | |
| 16e | Other tax preference . . . . . | | | | | |
| 17b | Gross income all sources . . . | | | | | |
| 17c | Gross income (ptr level) . . . . | | | | | |
| 17d (1) | Passive (ptrshp level) . . . . . | | | | | |
| 17d (2) | Listed categories (ptrshp level) . | | | | | |
| 17d (3) | General limitation (ptrshp level). | | | | | |
| 17e (1) | Interest exp. allo. & appt. (ptr level) . | | | | | |
| 17e (2) | Other deductions allo. & appt. (ptr level) . | | | | | |
| 17f (1) | Passive deductions (ptrshp level) | | | | | |
| 17f (2) | Listed categories (ptrshp level) . | | | | | |
| 17f (3) | General limitation (ptrshp level) | | | | | |
| 17g | Total foreign taxes. . . . . . . | | | | | |
| 17h | Reduction in taxes avail. for credit . | | | | | |
| 18b | Section 59(e) expenditures . . | | | | | |
| 19 | Tax-exempt interest income . . | | | | | |
| 20 | Other tax-exempt income . . . | | | | | |
| 21 | Nondeductible expenses. . . . | | | | | |
| 24a | ‘ow-inc. housing credit recap. . | | | | | |
| 24 | :her than Sec. 42(j)(5) . . . . | | | | | |
| 25 | Supplemental Information . . . | | | | | |

ISA 2P9010 1.000 TN3468 7351 04/11/2003 17:41:35 V02-5



MAC 2685

ITEM F, OTHER LIABILITIES

| | |
|---|---|
| OTHER LIABILITIES | 25,814. |
| TOTAL OTHER LIABILITIES | 25,814. |

ITEM J, COLUMN(B) - CAPITAL CONTRIBUTIONS

| | |
|---|---|
| CASH CONTRIBUTIONS | 10,385. |
| TOTAL CAPITAL CONTRIBUTIONS | 10,385. |

ITEM J, COLUMN(C) - RECONCILIATION OF INCOME

| | |
|---|---|
| INCOME (LOSS) FROM SCH. K-1, LINES 1 - 7 | -12,349. |
| LESS: DEDUCTIONS FROM SCH. K-1, LINES 8 - 11, 14A, 17G & 18B | 10. |
| TOTAL INCOME PER SCHEDULE K-1 | -12,359. |
| TOTAL INCOME PER ITEM J, COLUMN(C) | -12,359. |

LINE 4A - INTEREST INCOME

| | |
|---|---|
| INTEREST INCOME | 5. |
| TOTAL INTEREST INCOME | 5. |

LINE 8 - CHARITABLE CONTRIBUTIONS

| | |
|---|---|
| CASH CONTRIBUTIONS SUBJECT TO 50% LIMITATION | 10. |
| TOTAL CHARITABLE CONTRIBUTIONS | 10. |