Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2003, or tax year beginning ________, ________, and ending ________, ________

OMB No. 1545-0099 **2003**

| | | |
|---|---|---|
| A Principal business activity: AIR CARRIER | Name of partnership: MOUNTAIN AIR CHARTER, LLC | D Employer identification number: 03-0424090 |
| B Principal product or service: AIR CARRIER | Number, street, and room or suite no. If a P.O. box, see page 14 of the instructions: 5758 BELMONT AVENUE | E Date business started: 03/19/2002 |
| C Business code number: 481000 | City or town, state, and ZIP code: DALLAS, TX 75206 | F Total assets: $ 1,831,136. |

Use the IRS label. Otherwise, print or type.

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | Line | Description | | | | Amount |
|---|---|---|---|---|---|---|
| Income | 1 a | Gross receipts or sales | 1a | 166,762. | | |
| | b | Less returns and allowances | 1b | | 1c | 166,762. |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 166,762. |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | | | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 18 | | | 6 | |
| | 7 | Other income (loss) (attach schedule) | | | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 166,762. |
| Deductions (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | 59,352. |
| | 10 | Guaranteed payments to partners | | | 10 | |
| | 11 | Repairs and maintenance | | | 11 | 50,907. |
| | 12 | Bad debts | | | 12 | |
| | 13 | Rent | | | 13 | 15,353. |
| | 14 | Taxes and licenses SEE STATEMENT 1 | | | 14 | 15,723. |
| | 15 | Interest | | | 15 | 156,000. |
| | 16 a | Depreciation (if required, attach Form 4562) | 16a | 637,631. | | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | 637,631. |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| | 18 | Retirement plans, etc. | | | 18 | |
| | 19 | Employee benefit programs | | | 19 | |
| | 20 | Other deductions (attach schedule) SEE STATEMENT 2 | | | 20 | 187,226. |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 1,122,192. |
| | 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | | 22 | <955,430.> |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member ▶ Date

May the IRS discuss this return with the preparer shown below (see instr.)? ☐ Yes ☒ No

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ [signature] | Date 14 Feb 04 | Check if self-employed ▶ ☒ Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ GRANT THORNTON LLP, 100 E. WISCONSIN AVE, MILWAUKEE, WI 53202 | | EIN ▶ 36-6055558; Phone no. (414) 289-8200 |

311001 12-18-03 JWA For Paperwork Reduction Act Notice, see separate instructions. Form 1065 (2003)

GOVERNMENT EXHIBIT 24

MAC 0083

MOUNTAIN AIR CHARTER, LLC 03-0424090



## Schedule A Cost of Goods Sold (see page 18 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| | Additional section 263A costs *(attach schedule)* | 4 | |
| | Other costs *(attach schedule)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9 a Check all methods used for valuing closing inventory:

(i) ☐ Cost as described in Regulations section 1.471-3

(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

(iii) ☐ Other (specify method used and attach explanation) ▶

b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ▶ ☐

d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No

If "Yes," attach explanation.

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☐ Domestic general partnership b ☐ Domestic limited partnership<br>c ☒ Domestic limited liability company d ☐ Domestic limited liability partnership<br>e ☐ Foreign partnership f ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | | X |
| | Does this partnership meet **all three** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; and<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264**, Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2003, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** on page 9 of the instructions | | X |
| 12 | Enter the number of **Forms 8865**, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

## Designation of Tax Matters Partner (see page 20 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ Identifying number of TMP ▶

dress of uesignated TMP ▶



JWA 311011 12-18-03

MAC 0084

State Return

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | <955,430.> |
| | 2 | Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3 a | Gross income from other rental activities — 3a | | |
| | b | Expenses from other rental activities (attach schedule) — 3b | | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 | Portfolio income (loss) (attach Schedule D (Form 1065) for lines 4d and 4e): | | |
| | a | Interest income SEE STATEMENT 3 | 4a | 535. |
| | b | Dividends: (1) Qualified dividends ▶ (2) Total ordinary dividends ▶ | 4b | |
| | c | Royalty income | 4c | |
| | d | Net short-term capital gain (loss): (1) post-May 5, 2003 ▶ (2) Entire year ▶ | 4d(2) | |
| | e | Net long-term capital gain (loss): (1) post-May 5, 2003 ▶ (2) Entire year ▶ | 4e(2) | |
| | f | Other portfolio income (loss) (attach schedule) | 4f | |
| | 5 | Guaranteed payments to partners SEE STATEMENT 4 | 5 | 14,281. |
| | 6 a | Net section 1231 gain (loss) (post-May 5, 2003) (attach Form 4797) | 6a | |
| | b | Net section 1231 gain (loss) (entire year) (attach Form 4797) | 6b | |
| | 7 | Other income (loss) (attach schedule) | 7 | |
| Deductions | 8 | Charitable contributions (attach schedule) | 8 | |
| | 9 | Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 | Deductions related to portfolio income (itemize) | 10 | |
| | 11 | Other deductions (attach schedule) | 11 | |
| Credits | 12 a | Low-income housing credit: (1) From partnerships to which section 42(j)(5) applies | 12a(1) | |
| | | (2) Other than on line 12a(1) | 12a(2) | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12b | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d | Credits related to other rental activities | 12d | |
| | 13 | Other credits | 13 | |
| Investment Interest | 14 a | Interest expense on investment debts | 14a | |
| | b | (1) Investment income included on lines 4a, 4b(2), 4c, and 4f above | 14b(1) | 535. |
| | | (2) Investment expenses included on line 10 above | 14b(2) | |
| Self-Employment | 15 a | Net earnings (loss) from self-employment | 15a | 14,281. |
| | b | Gross farming or fishing income | 15b | |
| | c | Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16 a | Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b | Adjusted gain or loss | 16b | |
| | c | Depletion (other than oil and gas) | 16c | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17 a | Name of foreign country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 17b | |
| | c | Gross income sourced at partner level | 17c | |
| | d | Foreign gross income sourced at partnership level: | | |
| | | (1) Passive ▶ (2) Listed categories (attach sch.) ▶ (3) General limitation ▶ | 17d(3) | |
| | e | Deductions allocated and apportioned at partner level: | | |
| | | (1) Interest expense ▶ (2) Other ▶ | 17e(2) | |
| | f | Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | | (1) Passive ▶ (2) Listed categories (attach sch.) ▶ (3) General limitation ▶ | 17f(3) | |
| | g | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 17g | |
| | h | Reduction in taxes available for credit (attach schedule) | 17h | |
| Other | 18 | Section 59(e)(2) expenditures: a Type ▶ b Amount ▶ | 18b | |
| | 19 | Tax-exempt interest income | 19 | |
| | 20 | Other tax-exempt income | 20 | |
| | 21 | Nondeductible expenses SEE STATEMENT 5 | 21 | 2,411. |
| | 22 | Distributions of money (cash and marketable securities) | 22 | |
| | 23 | Distributions of property other than money | 23 | |
| | 24 | Other items and amounts required to be reported separately to partners (attach schedule) | | |

Form 1065 (2003)

JWA
1021
12-18-03

MAC 0085

State Return

MOUNTAIN AIR CHARTER, LLC 03-0424090 Page 4

**Analysis of Net Income (Loss)**

1 Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Sch K, lines 8 through 11, 14a, 17g, and 18b — 1 — <940,614.>

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | <9,549.> | <931,065.> | | | | |

Note: Schedules L, M-1 and M-2 are not required if Question 5 of Schedule B is answered "Yes."

## Schedule L Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 69,291. | | 140,325. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | STATEMENT 6 | | | 31,211. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | | | |
| 9a Buildings and other depreciable assets | 3,347,561. | | 3,347,561. | |
| b Less accumulated depreciation | 1,115,887. | 2,231,674. | 1,753,518. | 1,594,043. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | 89,397. | | 89,397. | |
| b Less accumulated amortization | 5,960. | 83,437. | 23,840. | 65,557. |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | 2,384,402. | | 1,831,136. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach schedule) | STATEMENT 7 | 2,581,351. | | 2,581,351. |
| 21 Partners' capital accounts | | <196,949.> | | <750,215.> |
| 22 Total liabilities and capital | | 2,384,402. | | 1,831,136. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | <957,306.> | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1 through 4, 6b, and 7, not recorded on books this year (itemize): | | | |
| 3 Guaranteed payments (other than health insurance) | 14,281. | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): a Depreciation $ b Travel and entertainment $ 411. STMT 9 2,000. | 2,411. | 8 Add lines 6 and 7 | |
| | | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | <940,614.> |
| 5 Add lines 1 through 4 | <940,614.> | | |

## Schedule M-2 Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | <196,949.> | 6 Distributions: a Cash | |
| 2 Capital contributed: a Cash | 404,040. | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | <957,306.> | | |
| 4 Other increases (itemize): | | | |
| | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | <750,215.> | 9 Balance at end of year. Subtract line 8 from line 5 | <750,215.> |

311041 12-18-03 JWA

Form 1065 (2003)

MAC 0086

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
(Including Information on Listed Property) OTHER 1

► See separate instructions. ► Attach to your tax return.

OMB No. 1545-0172
**2003**
Attachment Sequence No. 67

Name(s) shown on return: JNTAIN AIR CHARTER, LLC
Business or activity to which this form relates:
Identifying number: 03-0424090

**Part I** Election To Expense Certain Tangible Property Under Section 179 Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See instructions for a higher limit for certain businesses | 1 | 100,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | 400,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2002 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2004. Add lines 9 and 10, less line 12 ► | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election (see instructions) | 15 | |
| 16 | Other depreciation (including ACRS) (see instructions) | 16 | |

**Part III** MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2003 | 17 | 1,821. |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B - Assets Placed in Service During 2003 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2003 Tax Year Using the Alternative Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 635,810. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 637,631. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

316251
10-21-03 LHA For Paperwork Reduction Act Notice, see separate instructions. Form 4562 (2003)

MAC 0087

[redacted]

State Return

Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.) 03-0424090 Page 2

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information** (**Caution:** *See instructions for limits for passenger automobiles.*)

24a Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No 24b If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Electe section 1... cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| PILATUS PC-12 | 090302 | 100.00 % | 3,338,001. | 3,338,001. | 7.00 | 200DB-HY | 635810. | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 635810. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2003 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2003 tax year | | | | 43 | 17,880. |
| 44 Total. Add amounts in column (f). See instructions for where to report | | | | 44 | 17,88^ |

316252/10-21-03

Form 4562 (...

MAC 0088

State Return

[redacted]

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | | Employer identification number |
|---|---|---|---|---|
| MOUNTAIN AIR CHARTER, LLC | | | | 03-0424090 |
| 1 a Ordinary income (loss) (Schedule K, line 1) | 1a | <955,430.> | | |
| b Net income (loss) from CERTAIN rental real estate activities | 1b | | | |
| c Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | | | |
| d Net loss from Form 4797, Part II, line 18, included on line 1a above. Enter as a positive amount | 1d | | | |
| e Other additions | 1e | | | |
| f Combine lines 1a through 1e | 1f | <955,430.> | | |
| 2 a Net gain from Form 4797, Part II, line 18, included on line 1a above | 2a | | | |
| b Other subtractions | 2b | | | |
| c Add lines 2a and 2b | 2c | | | |
| 3 a Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | 3a | <955,430.> | | |
| b Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | 3b | <955,430.> | | |
| c Subtract line 3b from line 3a | | | 3c | |
| 4 a Guaranteed payments to partners (Schedule K, line 5) derived from a trade or business as defined in section 1402(c) | 4a | 14,281. | | |
| b Part of line 4a allocated to individual limited partners for other than services and to estates, trusts, corporations, exempt organizations, and IRAs | 4b | | | |
| c Subtract line 4b from line 4a | | | 4c | 14,281. |
| 5 Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 15a | | | 5 | 14,281. |

312161
05-01-03

MAC 0089

State Return

| 'ORM 1065 | TAX EXPENSE | STATEMENT 1 |
|---|---|---|

| )ESCRIPTION | AMOUNT |
|---|---|
| 'ROLL TAXES | 4,8? |
| E! AL PASSENGER TAX | 10,8? |
| 'OTAL TO FORM 1065, LINE 14 | 15,723. |

| 'ORM 1065 | OTHER DEDUCTIONS | STATEMENT 2 |
|---|---|---|

| )ESCRIPTION | AMOUNT |
|---|---|
| 'UEL EXPENSE | 49,452. |
| :NSURANCE EXPENSE | 60,476. |
| 3ANK CHARGES | 522. |
| 'ELEPHONE & INTERNET | 5,564. |
| 'RAINING EXPENSE | 14,545. |
| \IRCRAFT SUPPLIES | 1,118. |
| )FFICE SUPPLIES | 419. |
| ,ODGING EXPENSE - PILOT | 8,307. |
| 1ISCELLANEOUS | 1,806. |
| )UES & SUBSCRIPTIONS | 1,019. |
| ,EGAL FEES | 13,226. |
| JAV CHARTS | 3,906. |
| 'AX PREP FEES | 8,305. |
| \DVERTISING | 269. |
| ...S AND ENTERTAINMENT | 412. |
| ...IZATION EXPENSE | 17,8? |
| 'OTAL TO FORM 1065, LINE 20 | 187,226. |

| 3CHEDULE K | INTEREST INCOME | STATEMENT 3 |
|---|---|---|

| )ESCRIPTION | U.S. BONDS | OTHER |
|---|---|---|
| INTEREST INCOME | | 535. |
| 'OTAL TO SCHEDULE K, LINE 4A | | 535. |

STATEMENT(S) 1, 2, 3

[redacted]

SCHEDULE K — GUARANTEED PAYMENTS — STATEMENT 4

| URCE | AMOUNT |
|---|---|
| GUARANTEED PAYMENTS NOT DEDUCTED FROM INCOME | 14,281. |
| TOTAL TO SCHEDULE K, LINE 5 | 14,281. |

SCHEDULE K — NONDEDUCTIBLE EXPENSE — STATEMENT 5

| DESCRIPTION | AMOUNT |
|---|---|
| LOBBYING EXPENSES | 2,000. |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 411. |
| TOTAL TO SCHEDULE K, LINE 21 | 2,411. |

SCHEDULE L — OTHER CURRENT ASSETS — STATEMENT 6

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ADVANCE TO MEMBER | | 6,573. |
| IT - AMEX | | 24,638. |
| TOTAL TO SCHEDULE L, LINE 6 | | 31,211. |

SCHEDULE L — OTHER LIABILITIES — STATEMENT 7

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| LOAN FROM JRT | 2,581,351. | 2,581,351. |
| TOTAL TO SCHEDULE L, LINE 20 | 2,581,351. | 2,581,351. |

STATEMENT(S) 4, 5, 6, 7



[redacted]

State Return

[illegible]

FORM 1065 PARTNERS' CAPITAL ACCOUNT SUMMARY STATEMENT 8

| RTNER [illegible]ER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | <194,975.> | 400,000. | <947,733.> | | <742,708.> |
| 2 | <1,974.> | 4,040. | <9,573.> | | <7,507.> |
| TOTAL | <196,949.> | 404,040. | <957,306.> | | <750,215.> |

MAC 0092



State Return

... AIR CHARTER, LLC [redacted]

SCHEDULE M-1 EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN STATEMENT 9

| DESCRIPTION | AMOUNT |
| --- | --- |
| LOBBYING EXPENSES | 2,000. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 2,000. |

MAC 0093



[redacted] State Return

CHEDULE K-1 COLUMN C RECONCILIATION

| :RIPTION | AMOUNT |
| --- | --- |
| RL ARY INCOME (LOSS) | <945,876.> |
| NTEREST INCOME | 530. |
| ONDEDUCTIBLE EXPENSES | <2,387.> |
| OTAL TO SCHEDULE K-1, ITEM J, COLUMN C | <947,733.> |

CHEDULE K-1 NONDEDUCTIBLE EXPENSES

| ESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
| --- | --- | --- |
| XCLUDED MEALS AND ENTERTAINMENT XPENSES | 407. | NONDEDUCTIBLE PORTION |
| OBBYING EXPENSES | 1,980. | |
| 'OTAL TO SCHEDULE K-1, LINE 21 | 2,387. | |

Partner's identifying number ▶ 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

Partnership's identifying number ▶ 03-0424090

Partner's name, address, and ZIP code

JAMES R. THOMPSON
5758 BELMONT AVENUE
`LLAS, TX 75206

Partnership's name, address, and ZIP code

MOUNTAIN AIR CHARTER, LLC
5758 BELMONT AVENUE
DALLAS, TX 75206

A This partner is a [ ] general partner [ ] limited partner [X] limited liability company member

B What type of entity is this partner? ▶ INDIVIDUAL

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of: (i) Before change or termination / (ii) End of year

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 99.0000000% |
| Loss sharing | % | 99.0000000% |
| Ownership of capital | % | 99.0000000% |

E IRS Center where partnership filed return: OGDEN, UT

F Partner's share of liabilities:

Nonrecourse $

Qualified nonrecourse financing $

Other $ 2,555,537.

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| <194,975.> | 400,000. | <947,733.> | ( ) | <742,708.> |

| | | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | <945,876.> | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | | |
| | 3 | Net income (loss) from other rental activities | | |
| | 4 | Portfolio income (loss): a Interest | 530. | Form 1040, line 8a |
| | b | (1) Qualified dividends | | Form 1040, line 9b |
| | | (2) Total ordinary dividends | | Form 1040, line 9a |
| | c | Royalties | | Sch. E, Part I, line 4 |
| | d | (1) Net short-term capital gain (loss) (post-May 5, 2003) | | Sch. D, line 5, col. (g) |
| | | (2) Net short-term capital gain (loss) (entire year) | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) (post-May 5, 2003) | | Sch. D, line 12, col. (g) |
| | | (2) Net long-term capital gain (loss) (entire year) | | Sch. D, line 12 col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | | See pages 6 and 7 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 5 | Guaranteed payments to partner | 14,281. | |
| | 6 | (a) Net section 1231 gain (loss) (post-May 5, 2003) | | |
| | | (b) Net section 1231 (loss) (entire year) | | |
| | 7 | Other income (loss) (attach schedule) | | |
| Deductions | 8 | Charitable contributions (attach schedule) | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) | | |
| | 11 | Other deductions (attach schedule) | | |
| Credits, Investment Interest & S.E. | 13 | Other credits | | (Enter on applicable lines of your return) |
| | 14 a | Interest expense on investment debts | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b(2), 4c, and 4f above | 530. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | | (2) Investment expenses included on line 10 above | | |
| | 15 a | Net earnings (loss) from self-employment | 14,281. | Sch. SE, Section A or B |
| | c | Gross nonfarm income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| Adjustments and Tax Preference | 16 a | Depreciation adjustment on property placed in service after 1986 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| | b | Adjusted gain or loss | | |
| | e | Other adjustments and tax preference items (attach schedule) | | |
| Other | 19 | Tax-exempt interest income | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | | See page 10 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 | Nondeductible expenses SEE STATEMENT | 2,387. | |
| | 22 | Distributions of money (cash and marketable securities) | | |
| | 23 | Distributions of property other than money | | |

No Information Required for Page 2 Schedule K-1 (Form 1065) 2003

JWA For Paperwork Reduction Act Notice, see Form 1065 Instructions.
311161
12-19-03

1

MAC 0095

State Return

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2003 or tax year beginning , and ending

**2003**

Partner's identifying number ▶ 01-0674505
Partner's name, address, and ZIP code

T HOLDINGS, INC.
58 BELMONT AVENUE
DALLAS, TX 75206

Partnership's identifying number ▶ 03-0424090
Partnership's name, address, and ZIP code

MOUNTAIN AIR CHARTER, LLC
5758 BELMONT AVENUE
DALLAS, TX 75206

A This partner is a ☐ general partner ☐ limited partner
[X] limited liability company member
B What type of entity is this partner? ▶ S CORPORATION
C Is this partner a [X] domestic or a ☐ foreign partner?
D Enter partner's percentage of: (i) Before change or termination (ii) End of year

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 1.0000000% |
| Loss sharing | % | 1.0000000% |
| Ownership of capital | % | 1.0000000% |

E IRS Center where partnership filed return: OGDEN, UT

F Partner's share of liabilities:
Nonrecourse $
Qualified nonrecourse financing $
Other $ 25,814.
G Tax shelter registration number ▶
H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐
I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J **Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| <1,974.> | 4,040. | <9,573.> | ( ) | <7,507.> |

| | | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | <9,554.> | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | | |
| | 3 | Net income (loss) from other rental activities | | |
| | 4 | Portfolio income (loss): a Interest | 5. | Form 1040, line 8a |
| | b | (1) Qualified dividends | | Form 1040, line 9b |
| | | (2) Total ordinary dividends | | Form 1040, line 9a |
| | c | Royalties | | Sch. E, Part I, line 4 |
| | d | (1) Net short-term capital gain (loss) (post-May 5, 2003) | | Sch. D, line 5, col. (g) |
| | | (2) Net short-term capital gain (loss) (entire year) | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) (post-May 5, 2003) | | Sch. D, line 12, col. (g) |
| | | (2) Net long-term capital gain (loss) (entire year) | | Sch. D, line 12 col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | | See pages 6 and 7 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 5 | Guaranteed payments to partner | | |
| | 6 | (a) Net section 1231 gain (loss) (post-May 5, 2003) | | |
| | | (b) Net section 1231 (loss) (entire year) | | |
| | 7 | Other income (loss) (attach schedule) | | |
| Deductions | 8 | Charitable contributions (attach schedule) | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) | | |
| | 11 | Other deductions (attach schedule) | | |
| Credits, Investment Interest & S.E. | 13 | Other credits | | (Enter on applicable lines of your return) |
| | 14 a | Interest expense on investment debts | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b(2), 4c, and 4f above | 5. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | | (2) Investment expenses included on line 10 above | | |
| | 15 a | Net earnings (loss) from self-employment | | Sch. SE, Section A or B |
| | c | Gross nonfarm income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| Adjustments and Tax Preference | 16 a | Depreciation adjustment on property placed in service after 1986 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| | b | Adjusted gain or loss | | |
| | e | Other adjustments and tax preference items (attach schedule) | | |
| Other | 19 | Tax-exempt interest income | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | | See page 10 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 | Nondeductible expenses SEE STATEMENT | 24. | |
| | 22 | Distributions of money (cash and marketable securities) | | |
| | 23 | Distributions of property other than money | | |

For Paperwork Reduction Act Notice, see Form 1065 Instructions. No Information Required for Page 2 Schedule K-1 (Form 1065) 2003

MOUNTAIN AIR CHARTER, LLC [redacted]

SCHEDULE K-1 COLUMN C RECONCILIATION

| DE IPTION | AMOUNT |
|---|---|
| ORDINARY INCOME (LOSS) | <9,554.> |
| INTEREST INCOME | 5. |
| NONDEDUCTIBLE EXPENSES | <24.> |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | <9,573.> |

SCHEDULE K-1 NONDEDUCTIBLE EXPENSES

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 4. | NONDEDUCTIBLE PORTION |
| LOBBYING EXPENSES | 20. | |
| TOTAL TO SCHEDULE K-1, LINE 21 | 24. | |

MAC 0097

Partner Number 2

# 2004 TAX RETURN FILING INSTRUCTIONS

TEXAS FORM 05-141

FOR THE YEAR ENDING
DECEMBER 31, 2003

| | |
|---|---|
| Prepared for | MOUNTAIN AIR CHARTER, LLC<br>5758 BELMONT AVENUE<br>DALLAS, TX 75206 |
| Prepared by | GRANT THORNTON LLP<br>100 E. WISCONSIN AVE<br>MILWAUKEE, WI 53202 |
| Amount due or refund | NOT APPLICABLE |
| Make check payable to | NOT APPLICABLE |
| Mail tax return and check (if applicable) to | COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN, TX 78774-0100 |
| Return must be mailed on or before | MAY 15, 2004 |
| Special Instructions | THE RETURN MUST BE SIGNED AND DATED.<br>PLEASE, DO NOT STAPLE ANY PART OF THE RETURN TOGETHER.<br><br>THE APPROPRIATE CORPORATE OFFICER(S) SHOULD SIGN AND DATE FORM 05-102, PUBLIC INFORMATION REPORT, AND MAIL IT WITH THE RETURN. |

05-141
(Rev. 2-03/11) Do Not Staple or Paper Clip

04

b ■

# TEXAS FRANCHISE NO TAX DUE INFORMATION REPORT

- SHORT FORM -

Please do not write in the space above. This form may not be used to file a final franchise tax report. Please use Form 05-139, Texas Final Corporation Franchise Tax Report.

a. ■ Please check ONLY one box below to indicate the type of report being filed.

[X] 13108 Franchise
[ ] 16108 Bank

d. REPORT YEAR ■ 2004

c. Taxpayer number ■ 32004517556

f. Due date 05/15/04

g. Privilege period covered by this report 01/01/04 through 12/31/04

e. ■ h. ■ PIR ■ F M

i. 0800065764

j. Taxpayer name and mailing address

MOUNTAIN AIR CHARTER, LLC
5758 BELMONT AVENUE
DALLAS, TX 75206

Mail to: COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17th STREET
AUSTIN, TX 78774-0100

[ ] Check this box if your mailing address has changed.

YOU ARE ELIGIBLE TO USE THIS FORM TO FILE YOUR NO TAX DUE INFORMATION REPORT IF YOUR CORPORATION FOR THE ACCOUNTING PERIOD ON WHICH THIS REPORT IS BASED,

- had no gross receipts in Texas; OR
- had gross receipts everywhere of less than $150,000 (Item 2 and Item 3 must each be less than $150,000.); OR
- had total taxable capital less than $40,000 (less than $17,800 if this is an initial report) AND earned surplus (including officer and director compensation, if applicable) of less than $2,222.00.

If you are eligible to use this form, complete, sign, and return it by the due date with your Franchise Tax Public Information Report, Form 05-102. If you are not eligible to file this form, please complete the Texas Corporation Franchise Tax Report-Pages 1 and 2, Forms 05-142 and 05-143, and the Franchise Tax Public Information Report, Form 05-102.

NOTE: You must also file a final report in the year you wish to terminate (i.e., dissolve, merge, or convert) the corporation's existence. Foreign corporations must file a final report in the year they cease to have nexus in Texas. See Form 05-139.

1. Enter the beginning and ending dates of your accounting period .......... Beginning date ■ MONTH 01 DAY 01 YEAR 03 — Ending date ■ MONTH 12 DAY 31 YEAR 03

2. Gross receipts everywhere for taxable capital .......... $ ■ 16729 00

3. Gross receipts everywhere for taxable earned surplus .......... $ ■ 16729 00

Print or type name (Officer, director or duly authorized agent) | Daytime phone (Area code & number)

sign here ▶ Officer, director or duly authorized agent | Date

CCH

TO FILE YOUR NO TAX DUE INFORMATION REPORT, DETACH AND RETURN THE TOP PORTION ONLY.

Keep a copy for your records.

TO REQUEST AN EXTENSION TO FILE A REPORT, DETACH AND RETURN THE EXTENSION FORM BELOW

05-141
(2-03/11) EXTENSION REQUEST FOR TEXAS CORPORATION FRANCHISE TAX REPORT

b. ■

Please do not write in the space above

a. ■ Please check ONLY one box below to indicate the type of extension being requested.

[ ] Franchise 13850 / 13198
[ ] Bank 16850 / 16198

1. Taxpayer number ■ | 2. Report year | c. ■ | 3. Due date

4. File number ■ ■ | d. PM ■ | e. FM ■

f. Taxpayer name and mailing address

5. Will you begin using your temporary credit for the report year for which you are requesting this extension? ■ .......... YES 1 [ ] NO 2 [ ]

6. Extension payment due and payable ... ■

Make the amount in Item 6 payable to STATE COMPTROLLER
Mail to: COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17th STREET, AUSTIN, TX 78774-0100

Print or type name (Officer, director or duly authorized agent)

Daytime phone (Area code & number) | Date

sign here ▶ Signature of officer, director or duly authorized agent

[ ] Check this box if your address has changed

or an extension to file your report, return this request form even if you paid by Electronic Fund Transfer

380141
11-05-03 CCH

555

MAC 0099

05-102
(Rev. 2-03/21)

a. T Code ■ 13196 3333 b. ■

Do not write in the space above

c. Taxpayer identification number ■ 32004517556

d. Report year ■ 2004

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

MUST be filed to satisfy franchise tax requirements

Corporation name and address

MOUNTAIN AIR CHARTER, LLC
5758 BELMONT AVENUE
DALLAS, TX 75206

e. PIR / IND ■ 1, 2, 3, 4

Secretary of State file number or, if none, Comptroller unchartered number

Item k on Franchise Tax Report form, Page 1 g. ■ 0800065764 ■

*The following information MUST be provided for the Secretary of State (S.O.S.) by each corporation or limited liability company that files a Texas Corporation Franchise Tax Report. The information will be available for public inspection.*

"SECTION A" MUST BE COMPLETE AND ACCURATE.
If preprinted information is not correct, please type or print the correct information. **Please sign below!**

⊗ Blacken this circle completely if there are currently no changes to the information preprinted in Sections A, B, and C of this report.

Corporation's principal office
5758 BELMONT AVENUE

Principal place of business
DALLAS, TX 75206

**SECTION A.** Name, title and mailing address of each officer and director. Use additional sheets, if necessary.

| NAME | TITLE | DIRECTOR | Social Security No. (Optional) |
|---|---|---|---|
| JAMES R. THOMPSON | MGR | ☐ YES | 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 |
| MAILING ADDRESS: 5758 BELMONT AVENUE, DALLAS, TX 75206 | | | Expiration date (mm-dd-yy) |
| NAME | TITLE | ☐ YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Expiration date (mm-dd-yy) |
| NAME | TITLE | ☐ YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Expiration date (mm-dd-yy) |
| NAME | TITLE | ☐ YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Expiration date (mm-dd-yy) |
| NAME | TITLE | ☐ YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Expiration date (mm-dd-yy) |

**SECTION B.** List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more. Enter the information requested for each corporation. Use additional sheets, if necessary.

| Name of owned (subsidiary) corporation | State of incorporation | Texas S.O.S. file number | Percentage Interest |
|---|---|---|---|
| NONE | | | |
| | | | |

**SECTION C.** List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company. Enter the information requested for each corporation or limited liability company if necessary.

| Name of owning (parent) corporation | State of incorporation | Texas S.O.S. file number | Percentage Interest |
|---|---|---|---|
| NONE | | | |

Registered agent and registered office currently on file. (Changes must be filed separately with the Secretary of State.)

Agent: JAMES R. THOMPSON
Office: 5758 BELMONT AVENUE
DALLAS, TX 75206

○ Blacken this circle if you need forms to change this information.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or limited liability company or a related corporation.

| sign here ▶ Officer, director, or other authorized person | Title | Date | Daytime phone (Area code and number) |
|---|---|---|---|
| | | | |

380001
11-05-03

CCH

MAC 0100

# 2003 TAX RETURN FILING INSTRUCTIONS

U.S. PARTNERSHIP RETURN

FOR THE YEAR ENDING

DECEMBER 31, 2003

| | |
|---|---|
| Prepared for | MOUNTAIN AIR CHARTER, LLC<br>5758 BELMONT AVENUE<br>DALLAS, TX 75206 |
| Prepared by | GRANT THORNTON LLP<br>100 E. WISCONSIN AVE<br>MILWAUKEE, WI 53202 |
| To be signed and dated by | A MEMBER OF THE LLC |
| Amount of tax | NOT APPLICABLE |
| Mail tax return to | INTERNAL REVENUE SERVICE CENTER<br>OGDEN, UT 84201-0011 |
| Forms to be tributed to partners | ENCLOSED ARE COPIES OF SCHEDULE K-1 TO BE DISTRIBUTED TO THE MEMBERS. |
| Return must be mailed on or before | APRIL 15, 2004 |
| Special Instructions | |

310142
05-01-03