Form 4549A

Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

Page 1 of 2

| Name and Address of Taxpayer | SS or EI Number | Return Form No: |
|---|---|---|
| JAMES R THOMPSON<br>5555 Winston Court<br>DALLAS TX 75220 | 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 | 1040 |
| | Person with whom examination changes were discussed. | Name and Title: |

| 1. Adjustments to Income | Period End 12/31/2002 | Period End 12/31/2003 | Period End |
|---|---|---|---|
| a. Interest Income From Guaranteed Payments | 9,690.00 | 14,281.00 | |
| b. Sch E-Passive Loss Mountain Air Charter LLC/JRT | 1,225,869.00 | 783,878.00 | |
| c. Itemized Deductions | (9,690.00) | 81,999.00 | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 1,225,869.00 | 880,158.00 | |
| 3. Taxable Income Per Return or as Previously Adjusted | 6,926,815.00 | 6,343,705.00 | |
| 4. Corrected Taxable Income | 8,152,684.00 | 7,223,863.00 | |
| Tax Method | TAX RATE | SCHEDULE D | |
| Filing Status | Single | Single | |
| 5. Tax | 3,123,135.00 | 2,509,612.00 | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 3,123,135.00 | 2,509,612.00 | |
| 8. Less Credits a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less total of lines 8a through 8d) | 3,123,135.00 | 2,509,612.00 | |
| 10. Plus Other Taxes a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (line 9 plus line 10a - 10d) | 3,123,135.00 | 2,509,612.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 2,649,949.00 | 2,201,557.00 | |
| 13. Adjustments to: a. Special Fuels Credit | | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | 473,186.00 | 308,055.00 | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or (Overpayment) (Line 14 adjusted by Line 15) ( Excluding interest and penalties) | 473,186.00 | 308,055.00 | |

GOVERNMENT EXHIBIT 25

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

| Form 4549A | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | Page 2 of 2 |
|---|---|---|

| Name and Address of Taxpayer | SS or EI Number | Return Form No: |
|---|---|---|
| JAMES R THOMPSON | 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 | 1040 |

| 17. Penalties | Period End 12/31/2002 | Period End 12/31/2003 | Period End |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | | | |
| Underpayment attributable Tax Motivated Transactions TMT interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c) | 0.00 | 0.00 | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or Overpayment Taxes – Line 16, Page 1 | 473,186.00 | 308,055.00 | |
| b. Penalties (Line 18, Page2)-computed to 08/11/2005 | 58,843.93 | 23,038.87 | |
| c. Interest (IRC§ 6601)-computed to 09/10/2005 | 0.00 | 0.00 | |
| d. TMT Interest – computed 09/10/2005 on TMT underpayment | | | |
| e. Amount due or refund (sum of lines a, b, c and d) | 532,029.93 | 331,093.87 | |

**Other Information:**

For tax period(s) 200212, the tax liability shown in this report may be subject to IRC section 6404(g). Interest on the amount due will not be charged during the suspension period applicable to your tax liability. When your tax bill is issued, it will reflect the reduced amount of interest based on IRC section 6404(g), if such suspension period has resulted.

| Examiner's Signature: | Employee ID: | Office: | Date: |
|---|---|---|---|
| Karen Graham | 75-11177 | | 08/11/2005 |

RGS Version 6.20.00

Form CG-4549A