IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-211 T
(Judge Victor J. Wolski)

JAMES R. THOMPSON,
Plaintiff

v.

THE UNITED STATES,
Defendant

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

NOW COMES James R. Thompson, Plaintiff, by his undersigned attorney, and submits this Unopposed Motion to Amend Scheduling Order and, in support thereof, would respectfully show the Court as follows:

1. Under the Scheduling Order, oral argument on the parties' cross motions for summary judgment is currently scheduled for July 19, 2007. The undersigned has developed an unavoidable conflict and must be in Chicago, Illinois on another matter on July 19, 2007. He has conferred with Jeff Malo, counsel for the government and Mr. Malo is agreeable to moving the summary judgment hearing to the earliest and next available date which the Court may have. The undersigned respectfully requests that the Court cancel the summary judgment hearing currently set for July 19, 2007 and set a new date thereafter.

Respectfully submitted,

WINSTEAD SECHREST & MINICK P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2199
(214) 745-5400 (Phone)
(214) 745-5390 (Fax)

By: /s/ Stuart M. Reynolds, Jr.
Thomas R. Helfand, State Bar No. 09392500
Stuart M. Reynolds, Jr., State Bar No. 16805700

**ATTORNEYS FOR PLAINTIFF JAMES R. THOMPSON**

## CERTIFICATE OF CONFERENCE

The undersigned has conferred by telephone with Jeffrey R. Malo, Defendant's counsel, and Mr. Malo does not oppose the relief requested in this motion.

/s/ Stuart M. Reynolds, Jr.
One of Counsel

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this 2nd day of July, 2007, a true and correct copy of the foregoing was forwarded via first class mail to the following:

Jeffrey R. Malo
Jeffrey.R.Malo@usdoj.gov
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

/s/ Stuart M. Reynolds, Jr.
One of Counsel

Dallas_1\4929049\1
44222-1 7/2/2007