# In the United States Court of Federal Claims

No. 06-211T
(Filed July 5, 2007)

* * * * * * * * * * * * * * * * * ** * * *
*
**JAMES R. THOMPSON,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * ** *

**ORDER**

The Court has reviewed plaintiff's unopposed motion to amend the scheduling order. Plaintiff's motion is **GRANTED**. The hearing on the parties' cross motions for summary judgment, originally scheduled for July 19, 2007, is hereby rescheduled for **Thursday, August 2, 2007** at 10 a.m. Eastern time at the United States Court of Federal Claims, Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The parties should consult the Court schedule that morning to ascertain the courtroom assigned for the hearing.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge