IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-211T
(Judge Victor J. Wolski)

JAMES R. THOMPSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**STIPULATION**

The parties have filed cross motions for partial summary judgment. In their supporting briefs, each party has described the legal question for the Court to resolve. Based upon their review of the facts relevant to the subsequent implementation of the Court's resolution of the legal question, the parties stipulate the following:

1. If plaintiff prevails on the legal question, then the losses at issue in this case are not limited by IRC § 469 in either 2002 or 2003.

2. If defendant prevails on the legal question, then the losses at issue in this case are limited by IRC § 469 for both 2002 and 2003.

Respectfully submitted,

WINSTEAD PC
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2199
(214) 745-5400 (Phone)
(214) 745-5390 (Fax)

By: /s/ Stuart M. Reynolds, Jr.
Thomas R. Helfand, State Bar No. 09392500
Stuart M. Reynolds, Jr., State Bar No. 16805700

**ATTORNEYS FOR PLAINTIFF JAMES R. THOMPSON**

July 16, 2007

By: /s/ Jeffrey R. Malo
JEFFREY R. MALO Attorney of Record
U.S. Department of Justice Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office Washington, D.C. 20044 (202) 305-7539
Fax (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN FRAHM
Assistant Chief, Court of Federal Claims Section

July 16, 2007

/s/ Steven Frahm
Of Counsel

**ATTORNEYS FOR DEFENDANT**