# In the United States Court of Federal Claims

No. 06-211T
(Filed August 14, 2007)

* * * * * * * * * * * * * * * * * * ** * * *
*
**JAMES R. THOMPSON,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * ** *

## ORDER

On August 2, 2007, the Court heard oral argument on plaintiff's motion for summary judgment and defendant's cross-motion for summary judgment. As was confirmed by both parties at the hearing, resolution of the motions will dispose of the entire case. Therefore, the Court amends the scheduling orders dated February 1 and February 12, 2007, and removes from the calendar the trial scheduled for October 15-17, 2007, and all scheduled pre-trial activity.

The Court appreciates the able argument of counsel for both parties, particularly when considered in light of the thorough and rigorous questioning to which they were subjected. Upon reflection, the Court believes it would be prudent to have some issues addressed more fully by the parties. Those issues are as follows:

**1.** As of 1986, was there a commonly-held or predominant meaning, under the law of the several states, of limited partner interests in limited partnerships? What were the features or attributes of such an interest in such an entity?

**2.** How much deference, if any, must a court give to a federal agency's interpretation and application of the agency's own regulations? Must a court interpret regulations in a manner that makes them internally consistent?

**3.** How does 26 C.F.R. § 1.469-5T(e)(3)(ii) apply to plaintiff's matter?

Each party shall file its supplemental brief on or by **August 28, 2007**. In that brief, a party may also include, space permitting, a discussion of any other relevant issue that the party feels the need to clarify. Each party may respond to the other's supplemental brief on or by **September 5, 2007**. The parties shall confine each submission to twenty (20) pages in length, not counting any material in an appendix.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge