IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-211T
(Judge Victor J. Wolski)

JAMES R. THOMPSON,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**SECOND SUPPLEMENTAL APPENDIX TO PLAINTIFF'S**
**<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

**VOLUME IV**


| Description | Page(s) |
| --- | --- |
| 6 Uniform Laws Ann. (1989 Pocket Part) | 225-228 |

# UNIFORM LAWS ANNOTATED

## Volume 6

### Uniform Partnership Act

### Uniform Limited Partnership Act (1916)

### Revised Uniform Limited Partnership Act (1976) with 1985 Amendments

## 1989
## Cumulative Annual Pocket Part

Replacing 1988 pocket part in back of volume

**DIRECTORY OF UNIFORM ACTS AND CODES**
**with**
**TABLES AND INDEX**

**See special pamphlet**
**which accompanies these Pocket Parts**

ST. PAUL, MINN.
WEST PUBLISHING CO.

# UNIFORM LIMITED PARTNERSHIP ACT (1916)

*See, also, Revised Uniform Limited Partnership Act of 1976 and the Uniform Limited Partnership Act (1985), infra, this supplement.*

*Table of Jurisdictions Wherein 1916 Act Has Been Adopted*

| Jurisdiction | Laws | Effective Date | Statutory Citation |
|---|---|---|---|
| Alaska | 1917, c. 71 | 5-2-1917* | AS 32.10.010 to 32.10.290. |
| Arkansas[4] | 1953, Act 243 | 3-6-1953* | Code 1978, §§ 4-44-101 to 4-44-131. |
| Colorado[4] | 1931, C. 128 | 4-11-1931* | C.R.S. 7-61-101 to 7-61-130. |
| Georgia[4] | 1952, p. 375 | 2-2-1952 | O.C.G.A. §§ 14-9A-1 to 14-9A-91. |
| Hawaii | 1943, Act 162 | 5-12-1943 | HRS §§ 425-21 to 425-52. |
| Illinois[1] | 1917, p. 569 | 7-1-1917 | S.H.A. ch. 106½, ¶¶ 44 to 73. |
| Indiana[2] | 1949, c. 121 | 9-10-1949 | West's A.I.C. 23-4-2-1 to 23-4-2-30. |
| Maine | 1969, c. 324 | 9-1-1969 | 31 M.R.S.A. §§ 151 to 181. |
| Minnesota[4] | 1919, c. 498 | 4-25-1919* | M.S.A. §§ 322.01 to 322.31. |
| New Jersey[4] | 1919, c. 211 | 4-15-1919 | N.J.S.A. 42:2-1 to 42:2-30. |
| New York | 1922, c. 640 | 4-13-1922 | McKinney's Partnership Law, §§ 90 to 120/. |
| Oklahoma[4] | 1951, p. 144 | 5-29-1951* | 54 Okl.St.Ann. §§ 141 to 171. |
| Pennsylvania | 1917, P.L. 55 | 4-12-1917* | 59 Pa.C.S.A. §§ 501 to 545. |
| Texas[3] | 1955, c. 133 | 4-30-1955 | Vernon's Ann.Texas Civ.St. art. 6132a. |
| Utah | 1921, c. 88 | 5-10-1921 | U.C.A.1953, 48-2-1 to 48-2-27. |
| Vermont | 1941, No. 145 | 3-31-1941 | 11 V.S.A. §§ 1391 to 1419. |
| Virgin Islands | 1957, Act, No. 160 | 9-1-1957 | 26 V.I.C. §§ 201 to 228. |

* Date of approval.

[1] Repealed 1916 Act (effective January 1, 1990) and enacted Revised Limited Partnership Act of 1976 (effective July 1, 1987). See General Statutory Note, infra.

[2] Repealed 1916 Act (effective July 1, 1993) and enacted Revised Limited Partnership Act of 1976 (effective July 1, 1988). See General Statutory Note, infra.

[3] Enacted Revised Limited Partnership Act of 1976 (effective Sept. 1, 1987) without repealing the 1916 Limited Partnership Act which is, however, to expire on Sept. 1, 1992. See General Statutory Note, infra.

[4] Enacted Revised Limited Partnership Act of 1976 without repealing the 1916 Limited Partnership Act. See General Statutory Note, infra.

# REVISED UNIFORM LIMITED PARTNERSHIP ACT (1976)

## With The 1985 Amendments

## 1976 ACT

**Table of Jurisdictions Wherein Act Has Been Adopted**

| Jurisdiction | Laws | Effective Date | Statutory Citation |
|---|---|---|---|
| Alabama | 1997, 1st Sp. Sess. 97–921 | 10–1–1998 | Code 1975, §§ 10–9B–101 to 10–9B–1206. |
| Alaska | 1992, c. 128 | 7–1–1993 | AS 32.11.010 to 32.11.990. |
| Arizona | 1982, c. 192 | 4–22–1982* | A.R.S. §§ 29–301 to 29–376. |
| Arkansas | 1979, No. 657 | 7–1–1979 | A.C.A. §§ 4–43–101 to 4–43–1206. |
| California [1] | 1983, c. 1223 | 7–1–1984 | West's Ann.Cal.Corp.Code, §§ 15611 to 15724. |
| Colorado [1] | 1981, c. 77 | 11–1–1981 | West's C.R.S.A. §§ 7–62–101 to 7–62–1201. |
| Connecticut | 1979, P.A. 440 | 6–14–1979* | C.G.S.A. §§ 34–9 to 34–38u. |
| Delaware | L.1982, c. 420 | 7–21–1982* | 6 Del.C. §§ 17–101 to 17–1111. |
| District of Columbia | 1987, D.C.Law 7–49 | | D.C. Official Code, 2001 Ed. §§ 33–201.01 to 33–211.07. |
| Georgia [1] | 1988, pp. 1016, 1018 | | O.C.G.A. §§ 14–9–100 to 14–9–1204. |
| Hawaii | 1989, Act 288 | 1–1–1990 | H.R.S. §§ 425D–101 to 425D–1206. |
| Illinois [3] | 1986, P.A. 84–1412 | 7–1–1987 | S.H.A. 805 ILCS 210/100 to 210/1205. |
| Indiana | 1988, P.L. 147 | 7–1–1988 | West's A.I.C. 23–16–1–1 to 23–16–12–6. |
| Kansas | 1983, c. 88 | 1–1–1984 | K.S.A. 56–1a101 to 56–1a610. |
| Kentucky [3] | 1988, c. 284 | 7–15–1988 | KRS 362.401 to 362.550. |
| Maine [4] | 1991, c. 552 | 1–1–1992 | 31 M.R.S.A. §§ 401 to 530. |
| Maryland | 1981, c. 801 | 7–1–1982 | Code, Corporations and Associations, §§ 10–101 to 10–1105. |
| Massachusetts | 1982, c. 202 | 7–1–1982 | M.G.L.A. c. 109, §§ 1 to 62. |
| Michigan | 1982, P.A. 213 | 1–1–1983 | M.C.L.A. §§ 449.1101 to 449.2108. |
| Mississippi | 1987, c. 488 | 1–1–1988 | Code 1972, §§ 79–14–101 to 79–14–1107. |
| Missouri | 1985, H.B. 512, 650 | 1–1–1987 | V.A.M.S. §§ 359.011 to 359.691. |
| Montana | 1981, c. 522 | | MCA §§ 35–12–501 to 35–12–1404. |
| Nebraska | 1981, LB 272 | 1–1–1982 | R.R.S.1943, §§ 67–233 to 67–296. |
| Nevada | 1985, c. 445 | 1–1–1987 | N.R.S. 88.010 to 88.650. |
| New Hampshire | 1987, c. 349 | 1–1–1988 | RSA 304–B:1 to 304–B:64. |
| New Jersey | 1983, c. 489 | 1–1–1985 | N.J.S.A. 42:2A–1 to 42:2A–73. |
| New Mexico | 1988, c. 90 | 9–1–1988 | NMSA 1978, §§ 54–2–1 to 54–2–63. |
| New York [1] | 1990, c. 950 | 4–1–1991 | McKinney's Partnership Law, §§ 121–101 to 121–1300. |
| North Carolina | L.1985 (Reg. Sess.1986), c. 989 | 10–1–1986 | G.S. §§ 59–101 to 59–1107. |
| Ohio | 1984, H.B. 607 | 4–1–1985 | R.C. §§ 1782.01 to 1782.65. |
| Oklahoma [1] | 1984, c. 50 | 11–1–1984 | 54 Okl.St.Ann. §§ 301 to 365. |
| Oregon | 1985, c. 677 | 7–1–1986 | ORS 70.005 to 70.625. |
| Pennsylvania | 1988, Act 177 | 10–1–1989 | 15 Pa.C.S.A. §§ 8501 to 8594. |
| Rhode Island | 1985, c. 390 | 1–1–1986 | Gen.Laws 1956, §§ 7–13–1 to 7–13–68. |
| South Carolina | 1984, No. 491 | 6–27–1984 | Code 1976, §§ 33–42–10 to 33–42–2040. |
| South Dakota | SL 1986, c. 391 | 7–1–1986 | SDCL 48–7–101 to 48–7–1106. |
| Tennessee | 1988, c. 922 | 1–1–1989 | T.C.A. §§ 61–2–101 to 61–2–1208. |
| Texas | 1987, c. 49 | 9–1–1987 | Vernon's Ann.Texas Civ.St. art. 6132a–1. |
| Utah | 1990, c. 233 | 7–1–1990 | U.C.A.1953, 48–2a–101 to 48–2a–1107. |
| Vermont | 1998, No. 149 | 1–1–1999 | 11 V.S.A. §§ 3401 to 3503. |

| Jurisdiction | Laws | Effective Date | Statutory Citation |
|---|---|---|---|
| Virgin Islands ........ | L.1998, c. 6205 | 2–12–1998* | 26 V.I.C. §§ 321 to 575. |
| Virginia ............. | 1985, c. 607 | 1–1–1987 | Code 1950, §§ 50–73.1 to 50–73.78. |
| Washington ........... | 1981, c. 51 | 1–1–1982 | West's RCWA 25.10.010 to 25.10.955. |
| West Virginia ........ | 1981, c. 208 | 1–1–1982 | Code, 47–9–1 to 47–9–63. |
| Wisconsin ........... | 1983–85, Act 173 | 9–1–1984 | W.S.A. 179.01 to 179.94. |
| Wyoming ............ | 1979, c. 153 | 7–1–1979 | Wyo.Stat.Ann. §§ 17–14–201 to 17–14–1104. |

[1] Enacted Revised Limited Partnership Act of 1976 without repealing the 1916 Limited Partnership Act. See General Statutory Note, post.

[3] Enacted the Uniform Limited Partnership Act (2001), and repealed the Revised Limited Partnership Act (1976) effective January 1, 2008. See General Statutory Note, post.

[4] Enacted the Uniform Limited Partnership Act (2001), and repealed the Revised Limited Partnership Act (1976) effective July 1, 2007. See General Statutory Note, post.

## General Statutory Note

### ARKANSAS

Section 1 of L.2005, c. 1158 provides:

"SECTION 1. Statement of legislative purpose and intent.

"The General Assembly finds and determines that as a result of the repeal, effective January 1, 2005, of certain provisions of the Uniform Partnership Act, § 4–42–101 et seq., the amendments contained in this act are necessary in order to fill voids in the Revised Limited Partnership Act of 1991, § 4–43–101 et seq., resulting from cross-references in the Revised Limited Partnership Act of 1991, § 4–43–101 et seq., to repealed provisions of the Uniform Partnership Act, § 4–42–101 et seq."

Added section 4–43–1110, as set out in the main volume, now provides:

"**4–43–1110 Limited partnerships as registered limited liability limited partnerships**

"(a) To become and continue as a registered limited liability limited partnership, a limited partnership shall, in addition to complying with the requirements of this chapter:

"(1) File an application as provided in § 4–42–703 as permitted by the limited partnership's partnership agreement or, if the limited partnership's partnership agreement does not provide for the limited partnership's becoming a registered limited liability limited partnership, with the approval (i) by all general partners, and (ii) by the limited partners or, if there is more than one class or group of limited partners, by each class or group of limited partners, and in either case, by limited partners who own more than fifty percent (50%) of the then current percentage or other interest in the profits of the limited partnership owned by all of the limited partners or by the limited partners in each class or group, as appropriate; and

"(2) Have as the last words or letters of its name the words 'Registered Limited Liability Limited Partnership', or the abbreviation 'L.L.L.P.' or 'LLLP', and the word 'Limited' may be abbreviated as 'Ltd.'

"(b) In applying § 4–42–703 to a limited partnership:

"(1) An application to become a registered limited liability limited partnership, or a withdrawal notice, shall be executed by at least one general partner of the limited partnership;

"(2) All references to partners mean general partners only; and

"(3) With respect to the initial filing of a certificate of limited partnership by a limited partnership which also files an application as provided in § 4–42–703 to become a registered limited liability limited partnership, there shall only be one filing fee, which shall equal the greater of the filing fee under this chapter or the filing fee provided in § 4–42–703.

"(c) If a limited partnership is a registered limited liability limited partnership, its partners who are liable for the debts, liabilities, and other obligations of the limited partnership shall:

"(1) Not be liable directly or indirectly or by way of indemnification, contribution, assessment, or otherwise for debts, obligations, and liabilities of or chargeable to the partnership arising whether in tort, contract, or otherwise from errors, omissions, negligence, incompetence, or misconduct committed in the course of the partnership business by another partner or by an employee, agent, or representative of the partnership for debts, obligations, and liabilities accruing prior to the effective date of this subdivision (c)(1); and

"(2) Have the limitation on liability afforded to partners of limited liability partnerships under § 4–46–306 for obligations accruing on and after the effective date of this subdivision (c)(2).

"(d) With respect to a limited partnership which is simultaneously filing a certificate of limited partnership along with an application to become a registered limited liability limited partnership, the name used in the certificate of limited partnership may contain the words designating the limited partnership as a registered limited liability limited partnership as indicated in subdivision (a)(2) of this section.

"(e) Subdivision (c)(1) of this section is curative and shall apply retroactively to all debts, obligations, and liabilities accruing prior to the effective date of subdivision (c)(1) of this section."

### CALIFORNIA

Repealed the original Uniform Limited Partnership Act (1916) (West's Ann.Cal.Corp.Code, §§ 15501 to 15533) by L.1981, c. 807, effective January 1, 1983, and replaced same with an enactment of the Revised Uniform Limited Partnership Act (1976) (West's Ann.Cal.Corp.Code, §§ 15511 to 15623).

L.1982, c. 997, made certain changes to the Revised Uniform Limited Partnership Act (West's Ann.Cal.Corp. Code, §§ 15511 to 15623) and provided for a new operative date of January 1, 1984. Subsequently, L.1983, c. 1223, repealed this enactment of the Revised Uniform Limited Partnership Act (1976) and reenacted the same as